```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
RANDOM VENTURES, INC., KEVIN              :
BRITTINGHAM, and LYNSEY THOMPSON,         :
                                          :    12 Civ. 6792 (KBF)
                          Plaintiffs,     :
                                          :         ORDER
                -v-                       :
                                          :
ADVANCED ARMAMENT CORP., LLC, and         :
REMINGTON ARMS COMPANY, LLC,              :
                                          :
                          Defendants.     :
------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: SEP 13 2012

KATHERINE B. FORREST, District Judge:

IT IS HEREBY ORDERED that because subject matter jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332, defendants shall submit letters no later than September 21, 2012 listing the domicile of each member of its limited liability company. See Handelsman v. Bedford Village Assocs. Ltd. P'ship, 213 F.3d 48, 51 (2d Cir. 200).

SO ORDERED:

Dated: New York, New York
       September 13, 2012

                              _____
                                    Katherine B. Forrest
                              UNITED STATES DISTRICT JUDGE