

**MORRIS, MANNING & MARTIN, LLP**
ATTORNEYS AT LAW

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 2 2 2013
```

March 21, 2013

**R. Jason D'Cruz**
404-504-7601
rjd@mmmlaw.com
www.mmmlaw.com

**VIA E-MAIL**

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 730
New York, New York  10007

Re: **Random Ventures, Inc., et al. v. Advanced Armament Corp., LLC, et al.**
      **Case No. 12-cv-6792 (KBF)(GWG)**

Dear Judge Forrest:

We are preparing a response to the letter of Edward Eakin, Esq. to Your Honor dated March 19, 2013, regarding defendants' demand to enter onto Mr. Kevin Brittingham's property ostensibly to conduct a search for various items.

Due to the extraordinary and irregular nature of defendants' demand, Mr. Brittingham requests permission to submit a response of up to six pages, including letterhead and signature block.

Sincerely,

R. Jason D'Cruz

*Request to submit six-page response is GRANTED.*

*SO ORDERED.*

K. B. Forrest
HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE

*March 22, 2013*