# Exhibit 25

| | |
|---|---|
| From: | Walcott, Jesse |
| Sent: | Tuesday, November 03, 2009 8:57 AM |
| To: | Schauble, Jason |
| Subject: | RE: Aac apa |

In the APA section 1.8, the $4MM earn-out will be paid on 3/31/2015 if: (i) Kevin is an employee, (ii) Kevin is not an employee due to death or permanent disability, or (iii) Kevin is not an employee due to our termination of him for any reason other than CAUSE, or his termination of employment for GOOD REASON as defined in the employment agreement.

Good Reason as defined in the employment agreement (Section 3.2.a(vi) on page 3 of 9) includes "the transfer of Executive's primary work location to a location that is more than thirty (30) miles from Executive's current primary work location".

P. Jesse Walcott

The Freedom Group Family of Companies

Tel: (336) 548-8575

jesse.walcott@freedom-group.com

-----Original Message-----
From: Schauble, Jason
Sent: Tuesday, November 03, 2009 7:52 AM
To: Walcott, Jesse
Subject: Re: Aac apa

I read his agreement - will read it again.

----- Original Message -----
From: Walcott, Jesse
To: Schauble, Jason
Sent: Tue Nov 03 07:47:15 2009
Subject: Re: Aac apa

Kevin's employment agreement. Sorry for the lack of direction. It says if we move him more than 30 miles, then he can quit 'for good reason' and if he quits with 'good reason' we will need to pay him $4MM after 2014 regardless if he stays with the company. This is a standard provision in executive employment agreements

----- Original Message -----
From: Schauble, Jason
To: Walcott, Jesse
Sent: Tue Nov 03 07:31:22 2009
Subject: Aac apa

Read the whole agreement on the plane.

Couldn't find anything that prohibits moving from atl.

Want to point me in the right direction?

Jps

1

CONFIDENTIAL

REM170007296