# Exhibit 29

| | |
|---|---|
| From: | allison@advanced-armament.com |
| Sent: | Tuesday, June 01, 2010 10:04 AM |
| To: | Mustian, Roger T. |
| Subject: | List of NFA items to transfer |
| Attachments: | transfer from corp to new.xlsx; transfer from kevin to corp to new.xlsx |

Please let me know if you are going to be at the AAC offices this week and want to review this information.

Allison

1

CONFIDENTIAL

REM030000430