# Exhibit 30

# Mustian, Roger T.

| | |
|---|---|
| **From:** | Mustian, Roger T. |
| **Sent:** | Wednesday, July 28, 2010 12:14 PM |
| **To:** | allison@advanced-armament.com |
| **Cc:** | 'Johanna Reeves'; 'kathy@advanced-armament.com'; 'Lynsey Thompson' |
| **Subject:** | AAC Bulk Form 3's |

Allison, thanks for walking through the A&D log for me this morning.

Definitions:
1. "Old Co - Norcross" = Norcross FFL that was prior to the purchase and used in the interim period.
2. "New Co - Norcross" = Norcross FFL that we converted to when DBA went live.
3. ""New Co – Lawrenceville" = Lawrenceville FFL for new location.

As for the serial numbers of firearms and silencers requiring transfer I offer the following 2 categories:
1. All non-core firearms and silencers from "Old Co – Norcross" to "New Co – Lawrenceville", these include research & development, sales samples, etc. that have been acquired since the purchase and that were part of the purchase list.
2. All non-core firearms and silencers from "New Co – Norcross" to "New Co – Lawrenceville", these include research & development, sales samples, etc. that have been acquired since the purchase.

The core silencers that we have in inventory as new and are available for sale should be dispositioned from their existing ffl bound book.

Their will be remaining items that Kevin owns that Kevin will need to authorize from Old Co – Norcross to Kevin's personal. Since there are FULL AUTO firearms involved there it will have to be done as part of the Old Co – Norcross ffl out of business procedure.

Of course the required info for each category are the fields required on the Form 3. Please contact Johanna if you have questions on this and I can catch up later.

Thanks much!
Roger

**Roger T. Mustian** | Director, Corporate Compliance
**Remington Arms Company, Inc.**

870 Remington Dr., PO Box 700, Madison, NC 27025-0700
Phone: 336.548.8606 | Cell: 336.543.6017 | Fax: 336.548.8810

---

**Freedom Group Family of Companies**

Remington | Bushmaster Firearms | DPMS / Panther Arms | Marlin | H&R | Dakota Arms
Parker Gun | L.C. Smith | EOTAC | INTC | Advanced Armament Corp | Barnes Bullets

---

*Confidentiality/Proprietary Note:* This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please reply back to sender advising that you have received the e-mail in error and delete this e-mail from your system. Thank you.

REM140015070