# Exhibit 31

| | |
|---|---|
| **Subject:** | FW: AAC Integration Kick-off meeting |
| **Location:** | Foothills Conference Room - Madison  28773262337 code 8695497 (call in number subject to change depending on availability) |
| **Start:** | Mon 9/28/2009 11:00 AM |
| **End:** | Mon 9/28/2009 12:00 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Organizer:** | Shaw, Trevor W. |
| **Required Attendees:** | Brown, Kim; Gyure, Jason; Mustian, Roger T. |

  

Functional area lead chart 22 ...    AAC - Draft IT Plan 09130...    F100 F100 for AAC 17 Sep 2009.ppt

1

REM030000005

## Integration Functional Areas and Leads

| Business Area | Remington Lead | AAC Counterpart |
|---|---|---|
| Close | Jesse Walcott | Kevin Brittingham / Lynsey Thompson |
| Accounting | Jason Gyure | Lynsey Thompson (New Hire to take over) |
| Financial Reporting | Melissa Anderson | Lynsey Thompson (New Hire to take over) |
| Treasury | Kim Brown | Lynsey Thompson (New Hire to take over) |
| Tax | Julie Sears | Lynsey Thompson (New Hire to take over) |
| IT | Jeff Constantin | Lynsey Thompson |
| Human Resources | Melissa Cofield | Lynsey Thompson |
| Sales | Jay Bunting | Kevin Brittingham |
| Legal | Fred Roth | Kevin Brittingham |
| Compliance and Governance | Roger Mustian | Kathy Wagoner / Lynsey Thompson |