# Exhibit 32

**Compliance/Legal Major Integration Efforts**                          *Confidential*

- Obtain Federal Firearms Licenses for AAC Acquisitions – To be completed by 11/15/09. Very limited AAC resource for 4 hours.

- Secure facility, develop facility security plan, contract for interim services and security hardware – To be completed by 10/2/09. Very Limited AAC resource for 2 hours.

- Perform serial number inventory and establish beginning bound book records – To be completed by 10/1/09. Will require AAC resources to key serial numbers from all firearms and silencers until complete.

- Reconcile serial numbers to Old Co records per APA in preparation for surrender to ATF – To be completed by 10/31/09. Limited AAC resource for 4 hours.

- International Customer Service to file for DSP-5 export license approval for prepaid international orders awaiting shipments – To be completed by 11/30/09. Limited AAC resource for 4 hours.

- Preliminary firearms regulatory training for management and supervisors – To be completed on 10/7/09. All supervisory and management AAC resources for 3 hours.

Remington 

1

CONFIDENTIAL

**Compliance/Legal Major Integration Efforts**                    *Confidential*

- Implement final regulatory policies and procedures based on documentation of workflow – To be completed on 10/6/09 and 10/7/09. Management AAC resources for 6 hours.

- Appropriate environmental provisions included in leases on premises – N/A.

- Implement manual procedure in shipping department for State and Local law review at ship to zip codes – To be completed on 10/6/09. Shipping supervisor AAC resource for 1 hour.

- Evaluate all outsource processes being performed to determine the need for marking variance submissions - To be completed on 10/6/09. AAC resource for 1 hour.

- Determine predecessor regulatory deficiencies that we want to remediate - To be completed on 10/1/09. AAC resource for 1 hour.

- Identify and assign existing, in-process, and denied patents

- Identify, quantify, and assign required royalty payments

- Complete novation of US SOCOM contract with Gov't KO

*Remington*                                    2

CONFIDENTIAL

REM030001199