# Exhibit 36

| | |
|---|---|
| From: | Shaw, Trevor W. |
| Sent: | Wednesday, November 11, 2009 3:16 PM |
| To: | Koz, Lee; 'Lynsey Thompson'; 'Kevin Brittingham'; Haley, Melissa A.; Costantin, Jeff; Mustian, Roger T.; Gaffney, Donna |
| Cc: | Schauble, Jason; Walcott, Jesse |
| Subject: | AAC New Draft Org Chart and Org Questions |
| Attachments: | New AAC Org 11 Nov 09.ppt; image001.gif |

Ladies and Gentlemen,

   Enclosed is a draft of a more realistic AAC Org given current requirements.  I need a reality check on the structure and I have some questions as well that we need to work through.  Please provide feedback and then let's get together to discuss.

1. Given the Job Descriptions I've seen so far we are one position too many given the base case structure.  We have both a Quality Engineer and Technician job descriptions and only a "Quality Control" position listed in the base case.  We need to understand what level of capability we need here.  How about these options:
   a. Can we do without one of the jobs by consolidating these two positions?
   b. Can Lee assume many of the Quality Engineer responsibilities and only hire a Quality Technician?
   c. Can we hire only a Quality Engineer and then combine the Quality Technician duties with another position – like a Shipper/Assembler?
   d. If we need both, what is the justification and cost?

2. Under the Operations Manager, do we need to have separate reporting columns?  In other words does everyone report to Corey or will we have another column that direct reports to Lee rather than Corey?  I'm not sure how the functions break out on the production floor so need clarification.  I prefer the "unity of command" concept, but there may be something I'm not seeing here, like maybe Quality needs to be a separate stack.

3. The machine engineer logically will assist with both production and R&D Machines.  Whom do we want him/her to report to, and once that is decided should we draw a dotted line to the other functional area to show that the job covers all machine functions within AAC – both production and R&D.

4. Can we accomplish the Compliance function via a combination of effort from the Accountant or Business Manager and one of the employees from Operations or R&D (Shipper, Apprentice Welder, Draftsman, or Machinist)?  If not, what can we do with the other 25% of the compliance manager's time (Roger rated it as a 75% FTE)?

5. I am under the impression (Jeff please verify) that our IT and ERP System maintenance will be conducted via a consultant.   Is this consultant controlled (called when needed) by the Accountant/Systems Manager or by Lynsey directly?

6. Who does the painting of silencers?  I don't see that on any of the job descriptions and that is something that must be executed by someone – or several people.  Probably need to add that to the relevant job descriptions.

7. Need a time phased approach and a prioritized list of the hiring schedule.  In other words, who do we hire first and when is the best time to do that given that we know it takes a while to get folks hired?

Anyone up for a Friday morning conversation on this topic?   We need to get the HR thing straight soonest before we start hiring in earnest – and we've got to ensure our pocketbook covers it all too.

Sincerely,
Trevor

*Trevor W. Shaw*
Director, Military & Government Programs
Remington Arms Company, Inc.
870 Remington Drive

1

REM030000718

Box 700
Madison, NC  27025
336 698 5722
336 548 8577
trevor.shaw@remington.com



2

REM030000719