# Exhibit 40



CONFIDENTIAL

REM050000026



CONFIDENTIAL

REM050000027





FREEDOM GROUP

**Measuring Success**

Oakpointe is a partner with skin in the game
- Holdback of portion of fees, pending signoff of Project Scope, UAT / Go, No-Go / Implementation
- At approximately 60 days after implementation (Go Live), all members of the Project Steering Committee will individually provide a rating of 1 – 5 for each of the following criteria:
    - Overall quality of system, data, and user readiness at the time of implementation.
    - Quality of internally and externally facing reports at the time of implementation.
    - Quality of internally and externally facing reports ~60 days after implementation.
    - Accuracy of Data in the system ~60 days after implementation.
    - Overall quality of system ~60 days after implementation.
    - User system and process adoption ~60 days after implementation.
- A Success Bonus will be paid to Oakpointe as follows:
    - If (Points Attained) / (Total Possible Points) >= 90%;        100% Payout
    - If (Points Attained) / (Total Possible Points) >= 80% & < 90%;   75% Payout
    - If (Points Attained) / (Total Possible Points) >= 70% & < 80%;   50% Payout
    - If (Points Attained) / (Total Possible Points) >= 60% & < 70%;   25% Payout
    - If (Points Attained) / (Total Possible Points) < 60%;          0% Payout

4

CONFIDENTIAL

REM050000029



CONFIDENTIAL

5

REM050000030



CONFIDENTIAL

6

REM050000031



FREEDOM GROUP — Project Steering Committee

- Purpose: The Project Steering Committee will meet regularly to access status, de-risk emerging issues, and be sign off on major project milestones before project can move to the next phase.
- The recommended team is (for further discussion):
  - Trevor Shaw
  - Jeff Costantin
  - Lynsey Thompson
  - Lee Koz
  - William Hewitt
  - Key User 5 from AAC
  - Key User 6 from AAC
  - Brian Turner
  - Jason Gyure
  - Roger Mustian

7

CONFIDENTIAL

REM050000032



8

CONFIDENTIAL

REM050000033



CONFIDENTIAL

9

REM050000034



## Requirements - Areas Requiring Analysis

- Confirm DBA process and transactional flows
- Document Control
  - Store BOM documents in DBA
- Data Collection
  - Shop Floor Scanning; Labor; Cycle Counting
- Web Orders Interface
  - Phase 1 – Input Order into DBA with batch upload
  - Phase 2 – "Real time" interface with Website
- AR Customer Deposits (Pre-pays)
- Reporting
  - Plan to utilize Standard DBA reports for AAC use and Madison use
  - Custom reporting
  - Data Extracts
- Customizations
  - Production and management of Form2, Form3, Form4, Form5, and Form9 to be housed in DBA
- Other Serialization and BATF requirements

CONFIDENTIAL

REM050000035



CONFIDENTIAL

11

REM050000036



### Infrastructure Deliverables

- Procure new server to house virtualization technology to support needs.
- No changes will occur in existing location other than new server to house DBA on.
- After move:
    - AAC will be connected to the FGI Wide Area Network.
        - Provide access to FGI resources; provide FGI access to AAC.
    - Move from AAC domain to FGI domain.
    - AAC e-mail will be migrated and housed internally within FGI.
    - Data will be moved from existing servers to virtual platform.
- No plans at this time to move web site or creative services.
- Continue to use Carlos Maldonado as IT contractor.

12

CONFIDENTIAL

REM050000037



**FREEDOM GROUP** — Next Steps

- Manually enter GL Chart of Accounts
- Set up GL accounting Periods
- Enter GL mappings and defaults
- Set up bank accounts
- Determine if sales will be tracked by customer type or item category
- Define work centers and work center labor and burden rates
- Enter employees in DBA
- Develop std. times for routing sequences
- Define item categories
- Scrub inventory master as needed (there was some discussion about changing part numbering schemes/methodology)
- Evaluate re-order levels, re-order amounts and lead times for inventory items that are to be included in MRP

13

CONFIDENTIAL

REM050000038



CONFIDENTIAL

REM050000039