# Exhibit 43

**From:** Mustian, Roger T.
**Sent:** Tuesday, June 29, 2010 11:27 AM
**To:** Shepard, Michelle
**Subject:** RE: Advanced Armament Corp., LLC - Lawrenceville, GA New Location FFL
**Attachments:** image001.jpg; image003.jpg

Michelle,
I did get it. Thank you (again)!

Roger

**Roger T. Mustian** | Director, Corporate Compliance
**Remington Arms Company, Inc.**

870 Remington Dr., PO Box 700, Madison, NC 27025-0700
Phone: 336.548.8606 | Cell: 336.543.6017 | Fax: 336.548.8819

**Freedom Group Family of Companies**

Remington | Bushmaster Firearms | DPMS / Panther Arms | Marlin | H&R | Dakota Arms
Parker Gun | L.C. Smith | EOTAC | INTC | Advanced Armament Corp | Barnes Bullets

*Confidentiality/Proprietary Note: This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please reply back to sender advising that you have received the e-mail in error and delete this e-mail from your system. Thank you.*

---

**From:** Shepard, Michelle [mailto:Michelle.Shepard@usdoj.gov]
**Sent:** Tuesday, June 29, 2010 8:21 AM
**To:** Mustian, Roger T.
**Subject:** RE: Advanced Armament Corp., LLC - Lawrenceville, GA New Location FFL

Good Morning Roger,

I faxed you a copy of the license yesterday, did you get it?

*Michelle Shepard*
PH: 304-616-4625
FAX: 304-616-4601

**From:** Mustian, Roger T. [mailto:Roger.Mustian@remington.com]
**Sent:** Wednesday, June 23, 2010 4:47 PM
**To:** Shepard, Michelle
**Subject:** Advanced Armament Corp., LLC - Lawrenceville, GA New Location FFL

Hi Michelle,

Can you tell me what the status of AAC Lawrenceville, GA new FFL? They are moving in 2 weeks. Specifically what the new number is as I need to file for the SOT.

Thanks

REM030000892

Roger

**Roger T. Mustian** | Director, Corporate Compliance
**Remington Arms Company, Inc.**

870 Remington Dr., PO Box 700, Madison, NC 27025-0700

Phone: 336.548.8606 | Cell: 336.543.6017 | Fax: 336.548.8610

---

**Freedom Group Family of Companies**

Remington | Bushmaster Firearms | DPMS / Panther Arms | Marlin | H&R | Dakota Arms

Parker Gun | L.C. Smith | EOTAC | INTC | Advanced Armament Corp | Barnes Bullets

---

*Confidentiality/Proprietary Note:* This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please reply back to sender advising that you have received the e-mail in error and delete this e-mail from your system. Thank you.

Message was spam and virus filtered by Vircom Modusgate appliance FGI Companies 2010

REM030000893