# Exhibit 44

| | |
|---|---|
| **From:** | Mustian, Roger T. |
| **Sent:** | Friday, July 09, 2010 3:24 PM |
| **To:** | Lindsay W. Babbie (Lindsay.Babbie@atf.gov) |
| **Subject:** | Remington Update |

Hello Lindsay,

Just wanted to update you on our reconciliation progress. We have the number of firearms unaccounted for down to approximately 1,800 that the group is actively researching in the facility. As a point of note, I walked into the plant and found over 800 in one box within 30 minutes after you left yesterday – so the point is we need a little time to investigate and locate these items. They are all recently serialized so I feel comfortable the group will locate them quickly. I will keep you posted regularly.

Have a great weekend.

Regards,

Roger

**Roger T. Mustian** | Director, Corporate Compliance
**Remington Arms Company, Inc.**

870 Remington Dr., PO Box 700, Madison, NC 27025-0700
Phone: 336.548.8806 | Cell: 336.543.6017 | Fax: 336.548.8810

**Freedom Group Family of Companies**
Remington | Bushmaster Firearms | DPMS / Panther Arms | Marlin | H&R | Dakota Arms
Parker Gun | L.C. Smith | EOTAC | INTC | Advanced Armament Corp | Barnes Bullets

**Confidentiality/Proprietary Note:** *This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please reply back to sender advising that you have received the e-mail in error and delete this e-mail from your system. Thank you.*