# Exhibit 45

Case 1:12-cv-06792-KBF   Document 90-25   Filed 05/01/13   Page 1 of 3

| | |
|---|---|
| **From:** | Lynsey Thompson |
| **Sent:** | Friday, December 02, 2011 1:06 PM |
| **To:** | Kathy Love; Allison Wolfe |
| **Cc:** | John Stevens |
| **Subject:** | RE: Acquisition transfers needed.xlsx |

Great! Thank you.

Allison,
Can you help with the additional paperwork next week?

Thanks,
**Lynsey Thompson** | Plant Manager
Advanced Armament Corp.

2408 Tech Center Pkwy Ste 150, Lawrenceville, GA 30043
Phone 770.925.9988 x 100 | Fax  770-925-9989 | Lynsey@advanced-armament.com

Freedom Group Family of Companies: Remington | Marlin | Bushmaster Firearms | DPMS / Panther Arms | H&R | Barnes Bullets | Advanced Armament Corp | Mountain Khakis | EOTAC | Dakota Arms | Parker Gun

Confidentiality/Proprietary Note: This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please reply back to sender advising that you have received the e-mail in error and delete this e-mail from your system.

**From:** Kathy Love
**Sent:** Friday, December 02, 2011 12:35 PM
**To:** Lynsey Thompson; Allison Wolfe
**Cc:** John Stevens
**Subject:** RE: Acquisition transfers needed.xlsx

I have attached all of the form 3's for the silencers. I have also attached any MG paperwork from Kevin's license that we have in the building. I have highlighted the spreadsheet to show which MG paperwork I found.


Thanks,
**Kathy Love/CSR**
Advanced Armament Corp., LLC
2408 Tech Center Parkway, Unit 150
Lawrenceville, GA  30043
Phone:  770.925.9988 x 108
Fax:     770.925.9989

**From:** Lynsey Thompson
**Sent:** Friday, December 02, 2011 11:42 AM
**To:** Allison Wolfe; Kathy Love
**Cc:** John Stevens
**Subject:** Acquisition transfers needed.xlsx

Attached is a list of the items that were acquired in the acquisition. I know you guys had worked with Roger on this, but I'm trying to get it all cleared up with Mark Barnes now. I can't remember if we already made copies of all of the Form 3 or 4's that are on this list. If we have copies could you send them to me. If we don't have copies could you pull all of the forms and scan them to me.

REM130012328

1. Need copies of items highlighted in yellow showing they are on the Lawrenceville license
2. Need copies from Kevin's records and the old Corp. license for the items not highlighted in yellow

I have another meeting next Friday with Mark so if we could get this done by Wednesday I would appreciate it.

Thanks,
Lynsey

REM130012329