# Exhibit 46

**McGuireWoods LLP**
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Phone: 804.775.1000
Fax: 804.775.1061
www.mcguirewoods.com

Dana L. Rust
Direct: 804.775.1082

## McGUIREWOODS

drust@mcguirewoods.com
Direct Fax: 804.698.2158

February 3, 2012

**VIA EMAIL & FEDERAL EXPRESS**

R. Jason D'Cruz, Esq.
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia  30326

**Kevin Brittingham**

Dear Mr. D'Cruz:

I am writing this letter:  1) to demand that your client remedy immediately certain breaches of the Asset Purchase Agreement between AAC Acquisitions LLC, ("AAC"), Advanced Armament Corp. and Kevin Brittingham dated October 2, 2009 ("the APA"); 2) to demand that he transfer certain firearms and other property to AAC; 3) to remind Mr. Brittingham of certain important continuing obligations he has to AAC, and 4) to respond to your letter of January 12, 2012.

Paragraph 6.10 of the APA prohibits Mr. Brittingham and Advanced Armament Corp. from using or allowing an affiliate to use any name, slogan, logo, trademark, service mark, trade name or internet domain name that is similar to or reasonably likely to cause confusion with AAC's business.  This provision also required Advanced Armament Corp. to file a certificate with the State of Georgia and all states in which Advanced Armament Corp. was qualified to do business changing its name to Random Ventures, Inc.  It is my understanding that Mr. Brittingham still controls an entity known as AAC, Inc. and this entity continues to have a federal firearms license.  The name of this entity is obviously very similar to and likely to cause confusion with AAC.  This is a breach of the APA.  If Mr. Brittingham has not already changed the name of Advanced Armament Corp. to Random Ventures, Inc., this is a separate breach. Mr. Brittingham is obligated under the Paragraph 6.10 of the APA to cease using the names AAC, Inc. and Advanced Armament Corp. immediately.  If Mr. Brittingham plans for AAC, Inc. to continue to exist and have a federal firearms license, he must change its name to something not confusing with or similar to AAC and amend his federal firearms license to reflect the new name of this entity.

Article 1.1 of the APA provides that Advanced Armament Corp. and Mr. Brittingham sold the rights, title and interest in all product inventory to AAC except for certain assets described in a Schedule 1.2(i), which is not applicable here.  Section 6.9(f) of the APA required Advanced

February 3, 2012
Page 2

Armament Corp. to apply to ATF for the transfer and registration of all NFA purchased firearms in its acquisition and disposition records and further required it to terminate its federal firearms license.  AAC has conducted a comprehensive inventory since Mr. Brittingham's termination and identified 514 firearm silencers which were conveyed to AAC through the APA but were never properly transferred to AAC by Mr. Brittingham and Advanced Armament Corp.  This is another breach of the APA.  A spreadsheet listing the firearms silencers in question is attached.  To complete the transfer of these firearms to AAC, Mr. Brittingham must promptly execute the Form 3 transfer application, which is also attached.  I note that these 514 firearm silencers are currently locked and secured in a cage at AAC to which only you and/or your client has the key.

Similarly, AAC purchased 14 "post-sample" machine guns from Advanced Armament Corp. and Mr. Brittingham through the APA.  It is my understanding that Mr. Brittingham had discussions regarding the transfer of these firearms to AAC before his termination and we ask that he cooperate as we complete this process.  We will be in touch with you in the near future to identify the additional steps that need to be taken to complete this transfer.  A list of these firearms is also attached.

ACC's recently completed inventory also revealed three NFA firearms which do not appear in either AAC, Inc.'s or AAC's bound books.  They are identified in an attachment to this letter.  If Mr. Brittingham believes that these silencers belong to him, he should produce proof of ownership and registration within 72 hours.  If we do not hear from you during this time period, ACC will either destroy the silencers or abandon them to ATF.

We have also corresponded several times regarding certain firearms which were located at ACC and identified immediately after Mr. Brittingham's termination as belonging to him.  I understand Mr. Brittingham attempted to retrieve these weapons recently but did not bring his key with him.  As you know, since his termination Mr. Brittingham alone controls access to these firearms and AAC does not have a key to the cage where they have been stored.  If Mr. Brittingham has not yet retrieved his weapons by the time you receive this letter, he should make arrangements to do so promptly and remember to bring the appropriate paperwork and key with him.

Next, AAC has reconciled expense reports that Mr. Brittingham has previously submitted with its inventory.  This reconciliation demonstrates that Mr. Brittingham purchased additional firearms and equipment while he worked for AAC and then sought reimbursement for these purchases, but he retains the property today.  This property belongs to AAC because Mr. Brittingham requested and received reimbursement for all of these purchases.  These firearms and other property need to be returned by Mr. Brittingham to AAC immediately.

I also write to remind Mr. Brittingham of certain obligations he has to AAC under the APA and his Employment Agreement.  Specifically, Section 1.1 of the APA provided that AAC purchased all of Advanced Armament Corp.'s intellectual property.  Section 6 of the APA includes a confidentiality provision, non-compete provision and non-disparagement provision.  Mr. Brittingham's Employment Agreement also contains confidentiality, non-competition, non-solicitation and non-disparagement provisions.  Both contracts allow AAC to obtain immediate injunctive relief, as well as damages, in the event he violates these provisions.  Mr. Brittingham needs to understand that if he attempts to use AAC's intellectual property and/or compete against AAC, the Company stands ready to enforce its rights under these agreements to the

February 3, 2012
Page 3

maximum extent possible.  The same holds true if Mr. Brittingham fails to remedy the existing breaches described above.

Turning to your letter of January 12, 2012, AAC denies that it breached Mr. Brittingham's Employment Agreement or the APA.  The grounds for Mr. Brittingham's termination are set forth in his original termination letter.  I will not repeat everything here, but suffice it to say that he committed flagrant compliance violations and repeatedly ignored the ATF regulations and federal statutes governing AAC's operations.  He was given a second chance when he was put on probation in lieu of termination, but he squandered that opportunity.  All of this clearly justified terminating him for cause.

With respect to his computer, Mr. Brittingham was given a business computer to use, but chose instead to use his personal computer for business purposes.  This was a clear violation of the Company's Computer Network Acceptable Use policy, which Mr. Brittingham agreed to follow on October 3, 2009.  Had he complied with the Company policy and used his personal computer for personal purposes and his business computer for business purposes, there would have been no need for the company to have an independent consultant image the hard drive. AAC promptly returned the computer to Mr. Brittingham after the image was made and it was confirmed he had violated Company policy by commingling business and personal information on the computer.  AAC paid to have the independent consultant install a new operating system for him.  As soon as Mr. Brittingham identifies the personal information he wants on the computer, it will be returned to him and deleted from the imaged hard drive and none of the personal information will be shared with AAC.  AAC will only retain the business information.

I understand Mr. Brittingham submitted three expense reports on December 8, 2011. Two of these have been approved and he can expect reimbursement for these expense reports next week.  The third one is being reviewed now.  We understand that Mr. Brittingham has been paid for all of his accrued but unused vacation pay.  If Mr. Brittingham disputes this, he should submit a detailed account of any vacation he took and unpaid vacation days to which he claims he is still entitled.  There was never an agreement between AAC and FN and therefore no royalty payments are due to Mr. Brittingham.

You have also requested various documents from AAC.  Mr. Brittingham was given copies of most of these documents, made copies himself or had access to them while he worked for AAC and knows very well what they state.  While the company has no obligation to provide Mr. Brittingham a copy of his personnel file, I attach it to this letter.

Please let me know if Mr. Brittingham will voluntarily comply with the demands I have made in this letter by Friday, February 10, 2012.

Sincerely,

Dana L. Rust

Enclosures

# EXHIBIT A

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0013  (03/31/2014)

**Application for Tax-Exempt Transfer of Firearm
and Registration to Special Occupational Taxpayer
(National Firearms Act)**

ATF Control Number

| | |
|---|---|
| 1.   Transferee's Name and Address *(as they appear on the Federal Firearms License, including trade name, if any)*<br><br>Advanced Armament Corp., LLC<br>2408 Tech Center Pkwy, Bldg. H, Suite 150<br>Lawrenceville, GA 30043                          LLC<br><br>☐ Sole Proprietor       ☐ Partnership       ☒ Corporation | To be submitted in duplicate by transferor of firearm<br><br>To:  National Firearms Act Branch<br>      Bureau of Alcohol, Tobacco, Firearms<br>      and Explosives<br>      244 Needy Road, Martinsburg, WV 25405 |
| 2a.  Transferor's Name and Address *(as they appear on the Federal Firearms License, including trade name, if any)*<br><br>Advanced Armament Corp.<br>1434 Hillcrest Road<br>Norcross, GA 30093-2603<br><br>☐ Sole Proprietor       ☐ Partnership       ☒ Corporation | 2b.  Transferor's Telephone Number and Area Code<br><br>(803) 736-0522 |

The above-named and undersigned transferor and special *(occupational)* taxpayer hereby makes application as required by Section 5812 of the National Firearms Act to transfer, without payment of tax, and register the firearm described below to special *(occupational)* taxpayer identified as the transferee in this application.

3.  Description of Firearm *(Complete items a through h, if applicable)*

| a.  Name and Address of Manufacturer and/or Importer of Firearm<br><br>Advanced Armament Corp.<br>1434 Hillcrest Road<br>Norcross, GA 30093-2603 | b.  Type of Firearm *(See instruction 1c)*<br><br><br>Silencer | c.  Caliber, Gauge or Size *(Specify)*<br><br><br>* See Attached | d.  Model<br>*See Attached | | |
|---|---|---|---|---|---|
| | | | Length *(Inches)* | e.  Of Barrel<br>*See Attached | f.  Overall<br>*See Attached |
| | | | g.  Serial Number<br>*See Attached | | |

h.  Additional Description or Data Appearing on Firearm *(Attach additional sheet if necessary)*

| 4.   Transferee's Federal Firearms License | | | | 5.  Transferee's Special (Occupational) Tax Status | |
|---|---|---|---|---|---|
| *(Give complete 15-digit number)  (See Instruction 2b)* | | | | a.  Employer Identification Number<br><br>38-3804450 | b.  Class<br><br>2 |
| First 6 digits | 2-digits | 2-digits | 5-digits | | |
| 158135 | 07 | 3G | 06236 | | |

| 6.   Transferee's Federal Firearms License | | | | 7.  Transferor's Special (Occupational) Tax Status | |
|---|---|---|---|---|---|
| *(Give complete 15-digit number)  (See Instruction 2b)* | | | | a.  Employer Identification Number<br><br>58-2466585 | b.  Class<br><br>2 |
| First 6 digits | 2-digits | 2-digits | 5-digits | | |
| 158135 | 07 | 1D | 02617 | | |

8.  Consent to Disclosure of Information to Transferee  *(See instruction 8)*. I **do** or **do not**  *(Circle one)* authorize ATF to provide information relating to this application to the above-named transferee.

I believe I am entitled to exemption from payment of the transfer tax imposed by Section 5811, National Firearms Act (NFA), on the firearm described above because the transferee named herein is qualified under the NFA to manufacture, import or deal in that type of firearm.

UNDER PENALTIES OF PERJURY, I DECLARE that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete.

| 9.  Original Signature or Transferor *(Or authorized official)* | 10.  Name and Title of Authorized Official *(Print or type)* | 11.  Date |
|---|---|---|
| | | |

**The Space Below is for the Use of the Bureau of Alcohol, Tobacco, Firearms and Explosives**

By Authority of the Director, this Application has been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee Are:

| ☐ Approved *(with the following conditions, if any)* | ☐ Disapproved *(For the following reasons)* |
|---|---|
| | |

| Authorized ATF Official | Date |
|---|---|
| | |

ATF Form 3 (5320.3)
Revised October 2004

| ON AAC INC. FFL | | | | | | |
|---|---|---|---|---|---|---|
| Description of firearm | | | | | | |
| Manufacturer and/or Importer | Country of Manufacture | Model | Serial No. | Qty. | Type | Caliber or Gauge |
| AAC | U.S. | M9-SD | SA-1326 | 1 | SI | |
| AAC | U.S. | Scar SD | 026 | 1 | SI | |
| AAC | U.S. | Scar SD | 027 | 1 | SI | |
| AAC | U.S. | PHOENIX | 1022-083 | 1 | SI | |
| AAC | U.S. | PHOENIX | 1022-2038 | 1 | SI | |
| AAC | U.S. | 417-SD | 17-0002 | 1 | SI | |
| AAC | U.S. | 417-SD | 17-0003 | 1 | SI | |
| AAC | U.S. | BLACKBOX | 1BB | 1 | SI | |
| RUGER | U.S. | 22/45 | 220-69118 | 1 | SI | |
| RUGER | U.S. | 22/45 | 223-91531 | 1 | SI | |
| AAC | U.S. | SPR/M4 | 3/75-A32 | 1 | SI | |
| AAC | U.S. | FIVESEVEN | 5.7-002 | 1 | SI | |
| AAC | U.S. | CYCLOPS | 50-0017 | 1 | SI | |
| AAC | U.S. | CYCLOPS | 50-0061 | 1 | SI | |
| Browning | U.S. | BUCKMARK | 515MZ15743 | 1 | SI | |
| AAC | U.S. | FIVESEVEN | 57-10051 | 1 | SI | |
| AAC | U.S. | FIVESEVEN | 57-10131 | 1 | SI | |
| AAC | U.S. | CYCLONE | 762-057 | 1 | SI | |
| AAC | U.S. | TITAN | AISM-0833 | 1 | SI | |
| AAC | U.S. | TITAN | AISM-0838 | 1 | SI | |
| AAC | U.S. | TITAN | AISM-0860 | 1 | SI | |
| AAC | U.S. | TITAN | AISM-0908 | 1 | SI | |
| AURORO TACTICAL | U.S. | AT 22 HS | AT 1109 | 1 | SI | |
| AAC | U.S. | AVENGEFR | AVR-053 | 1 | SI | |
| AAC | U.S. | AVENGER | AVR-071 | 1 | SI | |
| AAC | U.S. | AVENGER | AVR-1046 | 1 | SI | |
| AAC | U.S. | 762-SD | B0043 | 1 | SI | |
| AAC | U.S. | 762-SD | B02510 | 1 | SI | |
| AAC | U.S. | 762-SD | B0281 | 1 | SI | |
| AAC | U.S. | 762-SD | B0282 | 1 | SI | |
| AAC | U.S. | 762-SD | B0375 | 1 | SI | |
| AAC | U.S. | 762-SD | B0981 | 1 | SI | |
| AAC | U.S. | 762-SD | B1030 | 1 | SI | |
| AAC | U.S. | 762-SD | B1166 | 1 | SI | |
| AAC | U.S. | 762-SD | B1167 | 1 | SI | |
| AAC | U.S. | 762-SD | B1215 | 1 | SI | |
| AAC | U.S. | 762-SD | B1270 | 1 | SI | |
| AAC | U.S. | BLACKBOX | BBX-4500 | 1 | SI | |

| AAC | U.S. | BLACKBOX | BBX-4501 | 1 | SI | |
|-----|------|----------|----------|---|----|--|
| AAC | U.S. | BLACKBOX | BBX-4502 | 1 | SI | |
| AAC | U.S. | BLACKBOX | BBX-4503 | 1 | SI | |
| AAC | U.S. | BLACKBOX | BBX-4504 | 1 | SI | |
| AAC | U.S. | BLACKBOX | BBX-4505 | 1 | SI | |
| AAC | U.S. | BLACK BOX | BBX-4506 | 1 | SI | |
| AAC | U.S. | BLACKOUT | BO30-001 | 1 | SI | |
| AAC | U.S. | Blackout .30 | BO30-002 | 1 | SI | |
| AAC | U.S. | BLACKOUT | BO9-001 | 1 | SI | |
| AAC | U.S. | BLACKOUT 9 | BO9-003 | 1 | SI | |
| AAC | U.S. | BLACKOUT | BOM4-001 | 1 | SI | |
| AAC | U.S. | BLACKOUT | BOM4-002 | 1 | SI | |
| AAC | U.S. | SCAR-SD TI | BST-0008 | 1 | SI | |
| AAC | U.S. | CYCLONE | C0129 | 1 | SI | |
| AAC | U.S. | CYCLONE | C0131 | 1 | SI | |
| AAC | U.S. | CYCLONE | C0138 | 1 | SI | |
| AAC | U.S. | CYCLONE | C01510 | 1 | SI | |
| AAC | U.S. | CYCLONE | C0239 | 1 | SI | |
| AAC | U.S. | CYCLONE | C0240 | 1 | SI | |
| AAC | U.S. | CYCLONE K | C1021 | 1 | SI | |
| AAC | U.S. | CYCLONE-K | C1074 | 1 | SI | |
| AAC | U.S. | CYCLONE K | C1075 | 1 | SI | |
| AAC | U.S. | CYCLONE K | C1087 | 1 | SI | |
| AAC | U.S. | CF-9 | CF9-001 | 1 | SI | |
| AAC | U.S. | CF-9 | CF9-002 | 1 | SI | |
| AAC | U.S. | CLOAK | CLK-2033 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2027 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2029 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2030 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2031 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2032 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2033 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2034 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2039 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2040 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2041 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2042 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2043 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2044 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2046 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2047 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2048 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2049 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2050 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2051 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2052 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2053 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2054 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2077 | 1 | SI | |

| AAC | U.S. | EVO CQC-9 | CQC9-2080 | 1 | SI | |
|-----|------|-----------|-----------|---|----|----|
| AAC | U.S. | EVO CQC-9 | CQC9-2081 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2082 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2083 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2084 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2085 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2086 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2087 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2088 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2089 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2091 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2092 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2093 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2094 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2095 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2096 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2098 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2099 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2100 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2101 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2102 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2103 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2104 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2105 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2106 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2107 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2108 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2109 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2110 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2111 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2112 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2113 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2114 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2115 | 1 | SI | |
| AAC | U.S. | CYCLONE | CYN-01061 | 1 | SI | |
| AAC | U.S. | 416-SD | D0063 | 1 | SI | |
| AAC | U.S. | 416-SD | D0165 | 1 | SI | |
| AAC | U.S. | 416-SD | D0224 | 1 | SI | |
| AAC | U.S. | 416-SD | D0225 | 1 | SI | |
| AAC | U.S. | 416-SD | D0226 | 1 | SI | |
| AAC | U.S. | 416-SD | D0227 | 1 | SI | |
| AAC | U.S. | 416-SD | D0393 | 1 | SI | |
| AAC | U.S. | 416-SD | D0414 | 1 | SI | |
| AAC | U.S. | 416-SD | D0415 | 1 | SI | |
| AAC | U.S. | 416-SD | D0416 | 1 | SI | |
| AAC | U.S. | 416-SD | D0810 | 1 | SI | |
| AAC | U.S. | 416-SD | D0955 | 1 | SI | |
| AAC | U.S. | 416-SD | D0956 | 1 | SI | |
| AAC | U.S. | 416-SD | D0957 | 1 | SI | |

| AAC | U.S. | 416-SD | D0958 | 1 | SI | |
| AAC | U.S. | 416-SD | D0959 | 1 | SI | |
| AAC | U.S. | 416-SD | D0960 | 1 | SI | |
| AAC | U.S. | 416-SD | D0961 | 1 | SI | |
| AAC | U.S. | 416-SD | D0962 | 1 | SI | |
| AAC | U.S. | 416-SD | D0963 | 1 | SI | |
| AAC | U.S. | EVOLUTION 40 | E40-4147 | 1 | SI | |
| AAC | U.S. | EVO 40 | E40-4419 | 1 | SI | |
| AAC | U.S. | EVO 40 | E40-4421 | 1 | SI | |
| AAC | U.S. | EVO 40 | E40-4422 | 1 | SI | |
| AAC | U.S. | EVOLUTION 45 | E45-2182 | 1 | SI | |
| AAC | U.S. | EVO 45 | E45-2651 | 1 | SI | |
| AAC | U.S. | EVO 45 | E45-2740 | 1 | SI | |
| AAC | U.S. | EVO 45 | E45-3001 | 1 | SI | |
| AAC | U.S. | EVO 45 | E45-3244 | 1 | SI | |
| AAC | U.S. | EVO 45 | E45-3245 | 1 | SI | |
| AAC | U.S. | EVO 9 | E9-2174 | 1 | SI | |
| AAC | U.S. | EVO 9 | E9-2415 | 1 | SI | |
| AAC | U.S. | EVO 9 | E9-2443 | 1 | SI | |
| AAC | U.S. | EVO 9 | E9-3107 | 1 | SI | |
| AAC | U.S. | Evolution 9 | E9-3810 | 1 | SI | |
| AAC | U.S. | ECLIPSE | ECP-014 | 1 | SI | |
| AAC | U.S. | ELEMENT | EL-0001 | 1 | SI | |
| AAC | U.S. | ELEMENT | EL-00011 | 1 | SI | |
| AAC | U.S. | ELEMENT | EL-0544 | 1 | SI | |
| AAC | U.S. | ELEMENT | EL-0546 | 1 | SI | |
| AAC | U.S. | ELEMENT | EL-0547 | 1 | SI | |
| AAC | U.S. | ELEMENT | EL-0548 | 1 | SI | |
| AAC | U.S. | ELEMENT | EL-0549 | 1 | SI | |
| AAC | U.S. | ELEMENT | EL-0552 | 1 | SI | |
| AAC | U.S. | ELEMENT | EL-0553 | 1 | SI | |
| AAC | U.S. | ELEMENT | EL-0736 | 1 | SI | |
| AAC | U.S. | ELEMENT | EL-0850 | 1 | SI | |
| AAC | U.S. | Element | EL-0851 | 1 | SI | |
| AAC | U.S. | ELEMENT | EL-0852 | 1 | SI | |
| AAC | U.S. | ELEMENT | EL-X002 | 1 | SI | |
| AAC | U.S. | ENIGMA | EN-0001 | 1 | SI | |
| AAC | U.S. | ENIGMA | EN-0002 | 1 | SI | |
| AAC | U.S. | ENIGMA | EN-0003 | 1 | SI | |
| AAC | U.S. | ENIGMA | EN-0004 | 1 | SI | |
| AAC | U.S. | ENIGMA | EN-0005 | 1 | SI | |
| AAC | U.S. | ENIGMA | EN-0006 | 1 | SI | |
| AAC | U.S. | DRAGONFLY | FLY-044 | 1 | SI | |
| AAC | U.S. | DRAGONFLY | FLY-047 | 1 | SI | |
| AAC | U.S. | DRAGON FLY | FLY-2011 | 1 | SI | |
| AAC | U.S. | CQC-M | FNMHM1 | 1 | SI | |
| AAC | U.S. | ACR-SD | GR00101 | 1 | SI | |
| AAC | U.S. | SCAR-H | H2198 | 1 | SI | |
| AAC | U.S. | G-36 SD | HK-002 | 1 | SI | |

| AAC | U.S. | SCAR-H-SD BLACK | HSV-0004 | 1 | SI | |
|-----|------|-----------------|----------|---|-----|--|
| AAC | U.S. | KRINKOV | KGB-0001 | 1 | SI | |
| AAC | U.S. | KRINKOV | KGB-2006A | 1 | SI | |
| AAC | U.S. | SCAR-SD | L0262 | 1 | SI | |
| AAC | U.S. | SCAR-SD | L0453 | 1 | SI | |
| AAC | U.S. | SCAR-SD | L0454 | 1 | SI | |
| AAC | U.S. | SCAR-SD | L1057 | 1 | SI | |
| AAC | U.S. | SCAR-SD | L1074 | 1 | SI | |
| AAC | U.S. | M4-2000 | M1006 | 1 | SI | |
| AAC | U.S. | M4-1000 | M1108 | 1 | SI | |
| AAC | U.S. | M4-1000 | M1109 | 1 | SI | |
| AAC | U.S. | M4-1000 | M1301 | 1 | SI | |
| AAC | U.S. | M4-1000 | M1302 | 1 | SI | |
| AAC | U.S. | M4-1000 | M1303 | 1 | SI | |
| AAC | U.S. | M4-1000 | M13241 | 1 | SI | |
| AAC | U.S. | M4-1000 | M1477 | 1 | SI | |
| AAC | U.S. | M4-1000 | M1592 | 1 | SI | |
| AAC | U.S. | M4-1000 | M168 | 1 | SI | |
| AAC | U.S. | M4-1000 | M1700 | 1 | SI | |
| AAC | U.S. | M4-1000 | M1988 | 1 | SI | |
| AAC | U.S. | M4-1000 | M1989 | 1 | SI | |
| AAC | U.S. | M4-1000 | M2163 | 1 | SI | |
| AAC | U.S. | M4-1000 | M2291 | 1 | SI | |
| AAC | U.S. | M4-1000 | M2348 | 1 | SI | |
| AAC | U.S. | M4-1000 | M2349 | 1 | SI | |
| AAC | U.S. | M4-1000 | M2350 | 1 | SI | |
| AAC | U.S. | M4-2000 | M4-0718 | 1 | SI | |
| AAC | U.S. | M4-2000 | M4-1008 | 1 | SI | |
| AAC | U.S. | M47-2000 | M47-001 | 1 | SI | |
| AAC | U.S. | M4-2000 | M5288 | 1 | SI | |
| AAC | U.S. | M4-2000 | M5457 | 1 | SI | |
| AAC | U.S. | M4-2000 | M5520 | 1 | SI | |
| AAC | U.S. | M4-2000 | M5521 | 1 | SI | |
| AAC | U.S. | M4-2000 | M5522 | 1 | SI | |
| AAC | U.S. | M4-2000 | M5551 | 1 | SI | |
| AAC | U.S. | M4-2000 | M5552 | 1 | SI | |
| AAC | U.S. | M4-2000 | M5585 | 1 | SI | |
| AAC | U.S. | 249-SD | M5609 | 1 | SI | |
| AAC | U.S. | M4-2000 | M5610 | 1 | SI | |
| AAC | U.S. | M4-2000 | M5615 | 1 | SI | |
| AAC | U.S. | M4-2000 | M5719 | 1 | SI | |
| AAC | U.S. | M4-2000 | M5946 | 1 | SI | |
| AAC | U.S. | M4-2000 | M5947 | 1 | SI | |
| AAC | U.S. | M4-2000 | M5948 | 1 | SI | |
| AAC | U.S. | M4-2000 | M5986 | 1 | SI | |
| AAC | U.S. | M4-2000 | M5988 | 1 | SI | |
| AAC | U.S. | 300 BLACKOUT | M6115 | 1 | SI | |
| AAC | U.S. | M4-2000 | M6153 | 1 | SI | |
| AAC | U.S. | M4-2000 | M8018 | 1 | SI | |

| | | | | | | |
|---|---|---|---|---|---|---|
| AAC | U.S. | M4-2000 | M8020 | 1 | SI | |
| AAC | U.S. | M4-2000 | M8253 | 1 | SI | |
| AAC | U.S. | M4-2000 | M8301 | 1 | SI | |
| AAC | U.S. | M4-2000 | M8606 | 1 | SI | |
| AAC | U.S. | M4-2000 | M8943 | 1 | SI | |
| AAC | U.S. | M4-2000 | M9376 | 1 | SI | |
| AAC | U.S. | M4-2000 | M9554 | 1 | SI | |
| AAC | U.S. | M4-2000 | M9711 | 1 | SI | |
| AAC | U.S. | M4-2000 | M9712 | 1 | SI | |
| AAC | U.S. | M4-2000 | M98110 | 1 | SI | |
| AAC | U.S. | M4-2000 | M9840 | 1 | SI | |
| AAC | U.S. | M4-2000 | M98400 | 1 | SI | |
| AAC | U.S. | 240-SD | MAG-1007 | 1 | SI | |
| AAC | U.S. | SCAR HSD | MK17-2014 | 1 | SI | |
| AAC | U.S. | MP7-SD | MP7-3 | 1 | SI | |
| AAC | U.S. | MP7-SD | MP7-4 | 1 | SI | |
| AAC | U.S. | MP7-SD | MP7-6 | 1 | SI | |
| AAC | U.S. | GRENDEL | O0001 | 1 | SI | |
| AAC | U.S. | GRENDEL | O0006 | 1 | SI | |
| AAC | U.S. | GRENDEL | O0007 | 1 | SI | |
| AAC | U.S. | GRENDEL | O0008 | 1 | SI | |
| AAC | U.S. | GRENDEL | O0009 | 1 | SI | |
| AAC | U.S. | OMNI | O-001 | 1 | SI | |
| AAC | U.S. | GRENDEL | O0010 | 1 | SI | |
| AAC | U.S. | OMNI | OQD-0002 | 1 | SI | |
| AAC | U.S. | OMNI | OQD-0006 | 1 | SI | |
| AAC | U.S. | OMNI | OQD-2151 | 1 | SI | |
| AAC | U.S. | OMNI | OQD-2173 | 1 | SI | |
| SILENCER CO | U.S. | 45OSPREY | OSP45-0061 | 1 | SI | |
| SILENCER CO | U.S. | 9OSPREY | OSP9M-0036 | 1 | SI | |
| AAC | U.S. | P90-SD | P90-028 | 1 | SI | |
| AAC | U.S. | P90-SD | P90-103 | 1 | SI | |
| AAC | U.S. | P90-SD | P90-104 | 1 | SI | |
| AAC | U.S. | P90-SD | P90-105 | 1 | SI | |
| AAC | U.S. | PRODIGY | PB-0003 | 1 | SI | |
| AAC | U.S. | PRODIGY | PB-0005 | 1 | SI | |
| AAC | U.S. | PRODIGY | PDG-20781 | 1 | SI | |
| AAC | U.S. | PRODIGY | PDG-2215 | 1 | SI | |
| AAC | U.S. | PRODIGY 08 | PDG-2253 | 1 | SI | |
| AAC | U.S. | PRODIGY | PDG-2254 | 1 | SI | |
| AAC | U.S. | PRODIGY | PDG-2255 | 1 | SI | |
| AAC | U.S. | PRODIGY | PDG-2256 | 1 | SI | |
| AAC | U.S. | PRODIGY | PDG-2257 | 1 | SI | |
| AAC | U.S. | PRODIGY | PDG-2258 | 1 | SI | |
| AAC | U.S. | PRODIGY | PDG-2259 | 1 | SI | |
| AAC | U.S. | PRODIGY 08 | PDG-2260 | 1 | SI | |
| AAC | U.S. | PRODIGY | PDG-2261 | 1 | SI | |
| AAC | U.S. | PHOENIX | PHNX-0293 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-2865 | 1 | SI | |

| AAC | U.S. | PILOT | PLT-3223 | 1 | SI | |
|---|---|---|---|---|---|---|
| AAC | U.S. | PILOT | PLT-3508 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-3593 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4129 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4130 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4148 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4149 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4150 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4168 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4169 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4170 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4177 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4178 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4179 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4180 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4181 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4182 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4183 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4184 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4185 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4186 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4187 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4188 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4189 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4195 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4200 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4203 | 1 | SI | |
| AAC | U.S. | Pilot | PLT-4255 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4256 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4257 | 1 | SI | |
| AAC | U.S. | PRODIGY | PRG-2005 | 1 | SI | |
| AAC | U.S. | PRODIGY | PRG-2007 | 1 | SI | |
| SUREFIRE | U.S. | FA338SS | Q01049 | 1 | SI | |
| QUICK SILVER | U.S. | | QSMS851 | 1 | SI | |
| AAC | U.S. | RANGER 2 | R0023 | 1 | SI | |
| AAC | U.S. | RANGER 2 | R0037 | 1 | SI | |
| SureFire | U.S. | FA556-212 | R01418 | 1 | SI | |
| AAC | U.S. | RANGER 2 | R0181 | 1 | SI | |
| AAC | U.S. | RANGER 2 | R0252 | 1 | SI | |
| AAC | U.S. | RANGER 2 | R0289 | 1 | SI | |
| SUREFIRE | U.S. | FA556-212 | R0418 | 1 | SI | |
| AAC | U.S. | RANGER 2 | R0627 | 1 | SI | |
| AAC | U.S. | RANGER 2 | R0629 | 1 | SI | |
| AAC | U.S. | RANGER 2 | R0988 | 1 | SI | |
| AAC | U.S. | REC7SD-6.8 | R7-0022 | 1 | SI | |
| AAC | U.S. | REC7-SD | R7-0024 | 1 | SI | |
| AAC | U.S. | REC7-SD | R7-0025 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0053 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0076 | 1 | SI | |

| AAC | U.S. | SPR/M4 | S0077 | 1 | SI | |
|-----|------|--------|-------|---|-----|---|
| AAC | U.S. | SPR/M4 | S0192 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0219 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0220 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0221 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0232 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0266 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0268 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0302 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0303 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0304 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0305 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0306 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0309 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0311 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0462 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0567 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0575 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0604 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0605 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0606 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0665 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0712 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0713 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0735 | 1 | SI | |
| AAC | U.S. | S2R BLACKOUT | S2R-0004 | 1 | SI | |
| AAC | U.S. | EVO STEALTH | S9-2001 | 1 | SI | |
| AAC | U.S. | EVO STEALTH | S9-2011 | 1 | SI | |
| AAC | U.S. | SPIDER | SA-1168 | 1 | SI | |
| AAC | U.S. | PHOENIX | SA-1650 | 1 | SI | |
| AAC | U.S. | CLOAK | SA-21095 | 1 | SI | |
| AAC | U.S. | CLOAK | SA-21097 | 1 | SI | |
| AAC | U.S. | CLOAK | SA-21098 | 1 | SI | |
| AAC | U.S. | STINGER | SA-2118 | 1 | SI | |
| AAC | U.S. | sTINGER | SA-2133 | 1 | SI | |
| AAC | U.S. | SCORPION | SA-2648 | 1 | SI | |
| AAC | U.S. | SCORPION | SA-26551 | 1 | SI | |
| AAC | U.S. | SCORPION | SA-2660 | 1 | SI | |
| AAC | U.S. | PHOENIX | SA-5565 | 1 | SI | |
| AAC | U.S. | PILOT | SA-66781 | 1 | SI | |
| AAC | U.S. | SCARAB | SA-8661 | 1 | SI | |
| AAC | U.S. | SCARAB | SA-8680 | 1 | SI | |
| AAC | U.S. | 249-SD | SAW-0001 | 1 | SI | |
| AAC | U.S. | 249-SD | SAW-0002 | 1 | SI | |
| AAC | U.S. | 249-SD | SAW-0003 | 1 | SI | |
| AAC | U.S. | 249-SD | SAW-0004 | 1 | SI | |
| AAC | U.S. | 249-SD | SAW-0006 | 1 | SI | |
| AAC | U.S. | 249-SD | SAW-0007 | 1 | SI | |
| AAC | U.S. | 249-SD | SAW-0008 | 1 | SI | |

| AAC | U.S. | 249-SD | SAW-0009 | 1 | SI | |
|-----|------|--------|----------|---|----|---|
| AAC | U.S. | 249-SD | SAW-0010 | 1 | SI | |
| AAC | U.S. | 249-SD | SAW-0011 | 1 | SI | |
| AAC | U.S. | 249-SD | SAW-0012 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-003 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-004 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-005 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-006 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-007 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-008 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-010 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-012 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-013 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-014 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-015 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-016 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-017 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-018 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-019 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-020 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-021 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-023 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-025 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-026 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-027 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-028 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-029 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-033 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-034 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-036 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-038 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-039 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-041 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-043 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-044 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-045 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-047 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-048 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-049 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-051 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-054 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-055 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-055 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-057 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-058 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-059 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-060 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-061 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-063 | 1 | SI | |

| AAC | U.S. | SLIM LITER | SLR-065 | 1 | SI | |
|-----|------|-----------|---------|---|-----|---|
| AAC | U.S. | SLIM LITER | SLR-066 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-067 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-069 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-071 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-072 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-073 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-074 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-077 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-078 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-082 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-083 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-084 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-085 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-086 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-088 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-089 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-090 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-091 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-092 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-093 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-095 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-096 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-098 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-099 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-100 | 1 | SI | |
| AAC | U.S. | EVO 45 | SOF-2057 | 1 | SI | |
| AAC | U.S. | Striker II | STKR-2143 | 1 | SI | |
| AAC | U.S. | STRIKER 2 | STKR-2144 | 1 | SI | |
| AAC | U.S. | STRIKER 2 | STKR-2145 | 1 | SI | |
| AAC | U.S. | STRIKER 2 | STKR-2146 | 1 | SI | |
| AAC | U.S. | STRIKER 2 | STKR-2147 | 1 | SI | |
| AAC | U.S. | STRIKER 2 | STKR-2163 | 1 | SI | |
| AAC | U.S. | STRIKER 2 | STKR-2181 | 1 | SI | |
| AAC | U.S. | STRIKER 2 | STKR-2182 | 1 | SI | |
| AAC | U.S. | STRIKER 2 | STKR-2183 | 1 | SI | |
| AAC | U.S. | STRIKER 2 | STKR-2184 | 1 | SI | |
| AAC | U.S. | STRIKER 2 | STKR-2185 | 1 | SI | |
| AAC | U.S. | STRIKER 2 | STKR-2186 | 1 | SI | |
| AAC | U.S. | NAVY | SWU-011 | 1 | SI | |
| AAC | U.S. | 300-SD | T0031 | 1 | SI | |
| AAC | U.S. | TI-FIGHTER | TF-0001 | 1 | SI | |
| AAC | U.S. | TI FIGHTER | TF-0003 | 1 | SI | |
| AAC | U.S. | TI-FIGHTER | TF-0005 | 1 | SI | |
| AAC | U.S. | TI FIGHTER | TF-0007 | 1 | SI | |
| AAC | U.S. | TI-FIGHTER | TF-0008 | 1 | SI | |
| AAC | U.S. | TI-FIGHTER | TF-0009 | 1 | SI | |
| AAC | U.S. | TITAN QD | TIQD-0011 | 1 | SI | |
| AAC | U.S. | TITAN QD | TIQD-0020 | 1 | SI | |

| AAC | U.S. | TITAN-QD | TIQD-0051 | 1 | SI | |
| AAC | U.S. | TITAN-QD | TIQD-0209 | 1 | SI | |
| AAC | U.S. | TIRANT 9 | TR-0001 | 1 | SI | |
| AAC | U.S. | TIRANT 9 | TR-0004 | 1 | SI | |
| AAC | U.S. | TIRANT 9 | TR-0054 | 1 | SI | |
| AAC | U.S. | TI RANT 9 | TR-0101 | 1 | SI | |
| AAC | U.S. | TIRANT 9 | TR-0102 | 1 | SI | |
| AAC | U.S. | TIRANT | TR-0103 | 1 | SI | |
| AAC | U.S. | TI RANT 9 | TR-0368 | 1 | SI | |
| AAC | U.S. | TI RANT 9 | TR-0369 | 1 | SI | |
| AAC | U.S. | TI RANT 9 | TR-0370 | 1 | SI | |
| AAC | U.S. | TI RANT 9 | TR-0371 | 1 | SI | |
| AAC | U.S. | TI RANT 9 | TR-0372 | 1 | SI | |
| AAC | U.S. | TI RANT 9 | TR-0373 | 1 | SI | |
| AAC | U.S. | TiRANT 9 | TR-0483 | 1 | SI | |
| AAC | U.S. | TIRANT 9 | TR-0484 | 1 | SI | |
| AAC | U.S. | TIRANT 9 | TR-0485 | 1 | SI | |
| AAC | U.S. | TI RANT 45 | TR45-0008 | 1 | SI | |
| AAC | U.S. | TIRANT 45 | TR45-0061 | 1 | SI | |
| AAC | U.S. | TI RANT 45 | TR45-0068 | 1 | SI | |
| AAC | U.S. | TI RANT 9 K | TR9K-0001 | 1 | SI | |
| AAC | U.S. | TI RANT 9 | TR-XXXX2 | 1 | SI | |
| AAC | U.S. | TI RANT 9 | TR-XXXX4 | 1 | SI | |
| AAC | U.S. | TI RANT 9 | TR-XXXX5 | 1 | SI | |
| AAC | U.S. | TI RANT | TR-XXXX6 | 1 | SI | |
| AAC | U.S. | AVIATOR | WK-0006 | 1 | SI | |
| AAC | U.S. | AVIATOR | WK-02321 | 1 | SI | |
| AAC | U.S. | AVIATOR | WK-0242 | 1 | SI | |
| AAC | U.S. | AVIATOR | WK-0509 | 1 | SI | |
| AAC | U.S. | AVIATOR | WK-0603 | 1 | SI | |
| AAC | U.S. | AVIATOR | WK-0682 | 1 | SI | |
| AAC | U.S. | AVIATOR | WK-0685 | 1 | SI | |
| AAC | U.S. | Ti-RANT 9 | TR-0483 | 1 | SI | |
| AAC | U.S. | Ti-RANT 9 | TR-0484 | 1 | SI | |
| AAC | U.S. | Ti-RANT 9 | TR-0485 | 1 | SI | |

# EXHIBIT B

| THREE SILENCERS TO BE REVIEWED BY AAC, INC. FOR POSSIBLE REGISTRATION | | | | | | |
| Description of firearm | | | | | | |
| Manufacturer and/or Importer | Country of Manufacture | Model | Serial No. | Qty. | Type | Caliber or Gauge |
|---|---|---|---|---|---|---|
| AAC | U.S. | Pilot | PLT-36811 | 1 | SI | |
| AAC | U.S. | Pilot 2 | PLT2 X002 | 1 | SI | |
| AAC | U.S. | Pilot | PLT-XXXX | 1 | SI | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

# EXHIBIT C

## 14 AAC, LLC Post Sample Machineguns

| Manufacturer | Model | Serial Number | Type | Caliber |
|---|---|---|---|---|
| BERETTA | PM125 | F38195 | M/G | 9MM |
| FN | M240(Mag58) | FN93932 | M/G | 7.62MM |
| FN | 249(DSA)MOD.249 | SAW-003 | M/G | 5.56MM |
| HK | UMP | 162-001525 | M/G | .40S&W |
| HK | UMP | 163-001526 | M/G | .45 |
| HK | MP5A2 | 62-357280 | M/G | 9MM |
| HK | MP5K | 64-21082 | M/G | 9MM |
| HK | MP5-SD | 63-99757 | M/G | 9MM |
| IMI | MICRO UZI | 61073(061073) | M/G | 9MM |
| IMI | MINI UZI | MU04098 | M/G | 9MM |
| NORTH FULTON ARMS | PORT SAID SWEDISH K | 275652 | M/G | 9MM |
| SPRINGFIELD ARMORY | UZI | 7220720 | M/G | 9MM |
| WALTHER | MPK | 31955 | M/G | 9MM |
| ZASTAVA YUGOSLAVIA | M61J Skorpion | 54544 | M/G | 7.65mm |

# EXHIBIT D

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0040 (01/31/2014)

### Application for an Amended Federal Firearms License

*All entries must be in ink. Please read attached instructions carefully before completing this form.*

| Section I |
|---|

| | | |
|---|---|---|
| 1.  Name of Owner or Corporation *(If Partnership, include name of each partner)* | 2.  Social Security Number | 3.  Date of Birth |

| | |
|---|---|
| 4.  Trade or Business Name *(If any)* | 5.  Federal Firearms License Number *(Include expiration date)* |

| | |
|---|---|
| 6a.  Current Business Address *(number and street)* | 7a.  New Business Address *(number and street)* |

| | | | |
|---|---|---|---|
| 6b.  City | 6c.  County | 7b.  City | 7c.  County |
| 6d.  State | 6e.  ZIP Code | 7d.  State | 7e.  ZIP Code |

| | |
|---|---|
| 8a.  Current Mailing Address *(number and street)* | 9a.  New Mailing Address *(number and street)* |

| | | | |
|---|---|---|---|
| 8b.  City | 8c.  County | 9b.  City | 9c.  County |
| 8d.  State | 8e.  ZIP Code | 9d.  State | 9e.  ZIP Code |

| | |
|---|---|
| 10a.  Current Home Address *(number and street)* | 11a.  New Home Address *(number and street)* |

| | | | |
|---|---|---|---|
| 10b.  City | 10c.  County | 11b.  City | 11c.  County |
| 10d.  State | 10e.  ZIP Code | 11d.  State | 11e.  ZIP Code |

| | |
|---|---|
| 12.  Present Telephone Number *(With area code)*<br><br>Business<br><br>Residence | 13.  New Telephone Number *(With area code)*<br><br>Business<br><br>Residence |

If Business Is Obtained From Someone Else, Give:

| | |
|---|---|
| 14.  Name | 15.  License Number |

16.  Hours of Operation of Licensee's Business *(Not Applicable for Collectors)*

| Time | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| Open | | | | | | | |
| Close | | | | | | | |

17.  Are the Licensee's Business Premises Open to the General Public During These Hours?

Yes ☐          No ☐

18.  Will Any Other Business, Other Than That for Which the License Was Issued, Be Conducted on the New Premises?

Yes ☐                    No ☐

19.  Licensee's New Premises Are

Owned ☐          Leased ☐          Rented ☐

20.  If the New Premises Are Rented or Leased, Please Specify the Date the Lease or Rental Agreement Begins, the Date the Agreement Terminates, the Term of the Lease or Rental, and the Name, Address and Telephone Number of the Owner of the Property, Attach a Copy of the Lease or Rental Agreement to This Application.

21. Indicate Type of Business Premises at the New Location:

Commercial                                          Residential

Storefront ☐                                        Single/Family Dwelling ☐

Office ☐                                            Condominium ☐

Rod & Gun Club ☐                                    Apartment ☐

Military Base ☐                                      Hotel/Motel ☐

Other (*Specify*) ☐                                  Public Housing ☐

                                                Other (*Specify*) ☐

If the New Premises Are Located on a Military Installation, Attach a Written Authorization From the Base Commander to Conduct the Firearms Business on the Military Installation.

22. If the New Premises Are Owned By the Applicant, Are There Any Restrictions or Covenants Which Prohibit the Owner From Operating a Business on the Premises?  If Yes, on a Separate Sheet, Describe Such Restrictions or Covenants.

Yes ☐              No ☐

| 23. Do Any Zoning Ordinances Prohibit the Conduct of a Firearms Business on the New Premises?<br><br>Yes ☐              No ☐ | 24. Is a License, Permit, or Payment of Occupational or Business Tax Required Under State or Local Law to Engage in a Firearms Business From the Premises?  If So, Provide Copies.<br><br>Yes ☐              No ☐ |
|---|---|

| 25. Sign Here | Title | Date |
|---|---|---|
|  |  |  |

## Section II - Certification of Compliance With State and Local Law

As Required By 18 U.S.C. 923(d)(1), I Certify That:

1. The business to be conducted under the Federal firearms license is not prohibited by State or local law at the premises indicated in question 5.

2. Within 30 days after the application is approved the business to be conducted at the location indicated in question 5 will comply with the requirements of State and local law applicable to the conduct of business.

3. Business will not be conducted under the amended license until the requirements of State and local law applicable to the business have been met.

4. Notification of this application has been provided to the chief law enforcement officer of the locality in which the premises indicated in question 5 are located by mailing copy 2 of this form to such officer.

26. **Certification:  Under the Penalties Imposed By 18 U.S.C. 924, I Declare That I Have Examined This Application and the Documents Submitted in Support Hereof, and to the Best of My Knowledge and Belief, They are True, Correct and Complete.**

| Sign Here | Date |
|---|---|
|  |  |

**Instruction Sheet for ATF Form 5300.38** *(Detach this sheet before submitting your application)*
**All Applications are to be Submitted to:**
**ATF Federal Firearms Licensing Center**
**244 Needy Road**
**Martinsburg, WV 25405**

Section 923(d)(1), Title 18, U.S.C., provides the requirements for obtaining a Federal firearms license (FFL). These provisions require applicants for an FFL to certify that the firearms business or activity will be conducted in compliance with State and local law.

The purpose of this application is to require a licensee who moves the licensed premises to a different location during the term of an existing license to certify that the firearms business or activity at the new location will be conducted in compliance with State and local law. The application also requires applicants for an amended license to notify the Chief, Law Enforcement Officer (CLEO) in the locality where the new premises are located of the intent to apply for an amended license, as required by section 923 (d)(1)(F)(iii).

1. Notification of the new location of the business or activity must be given not less than 30 days prior to such removal.

2. Each licensee submitting the ATF Form 5300.38, Application for an Amended Federal Firearms License must provide notification of the intent to apply for an amended FFL to the CLEO in the locality where the new premises are located by mailing or delivering copy 2 of this application to such CLEO.

3. Submit copy 1 of ATF Form 5300.38 to the Chief, Federal Firearms Licensing Center, Bureau of Alcohol, Tobacco, Firearms and Explosives at the address listed above. Mail or deliver copy 2 to the CLEO.

4. PRINT with ball-point pen or type (except for signature at end). All attached sheets must be:

   a. Identified with your name and address at the top of each page.
   b. Referenced by the question number being responded to.

5. The certification in Section I, Item 2 and Section II, Item 6 must be executed (signed) by the owner, a partner, or in the case of a corporation, association, etc., by an officer duly authorized to sign for the licensee.

6. IF YOU HAVE QUESTIONS relating to this application, please contact the ATF Federal Firearms Licensing Center, 244 Needy Road, Martinsburg, WV 25405, toll free 1-866-662-2750, fax 1-866-257-2749.

**Definition**

The term "Chief Law Enforcement Officer" means the Chief of Police, the Sheriff, or an equivalent officer.

**Privacy Act Information**

The following information is provided pursuant to Section 3 of the Privacy Act of 1974 (5 U.S.C. § 552a(e)(3)):

1. **Authority.** Solicitation of this information is authorized pursuant to 18 U.S.C § 923(a) of the Gun Control Act of 1968. Disclosure of this information is mandatory if the applicant wishes to obtain a Federal firearms license.

2. **Purpose.** To determine the eligibility of the applicant to obtain a firearms license, to determine the ownership of the business, the type of firearms or ammunition to be dealt in, the business hours, the business history and the identity of the responsible person in the business.

3. **Routine Uses.** The information will be used by ATF to make determinations set forth in paragraph 2. In addition, information may be disclosed to other Federal, State, foreign and local law enforcement and regulatory agency personnel to verify information on the applicaiton and to aid in the performance of their duties with respect to the enforcement and regulation of firearms and/or ammunition where such disclosure is not prohibited by law. The information may further be disclosed to the Justice Department if it appears that the furnishing of false information may constitute a violation of Federal law. Finally, the information may be disclosed to members of the public in order to verify the information on the application when such disclosure is not prohibited by law.

4. **Effects of Not Supplying Information Requested.** Failure to supply complete information will delay processing and may result in denial of the application.

5. **Disclosure of Social Security Number.** Disclosure of the individual's social security number is voluntary. Under 18 U.S.C. § 923(a), ATF has the authority to solicit this information. The number may be used to verify the individual's identity.

**Paperwork Reduction Act**

The information required by this form is in accordance with the Paperwork Reduction Act of 1995. The purpose of the information is to certify whether the operations will be in conformity with Federal, State and local law. The information is subject to inspection by ATF officers. The information requested is mandatory by statute (18 U.S.C. 923).

The estimated average burden associated with this collection is 1 hour and 15 minutes per respondent or recordkeeper, depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to Reports Management Officer, Document Services Branch, Bureau of Alcohol, Tobacco, Firearms and Explosives, Washington, DC 20226.

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

ATF E-Form 5300.38
Revised October 2004



# FREEDOM GROUP
— FAMILY OF COMPANIES —

*CONFIDENTIAL*
*SALARIED EMPLOYEE CHANGE*
*OF STATUS FORM*

| Requested by: | Scott Blackwell | Date Prepared: | 1/2/12 | Staff Req |
|---|---|---|---|---|

Nature of Request: ☐ New Hire   ☐ Rehire   ☐ Job Change   ☐ Data Change   ☒ Termination

| **Employee Name:** | Kevin Brittingham | **Employee #:** | 190001 |
|---|---|---|---|

| PRESENT | | PROPOSED | |
|---|---|---|---|
| | | **Effective Date:** | 12/21/2011 |
| **Location:** | AAC | **Location:** | |
| **Position Title:** | Founder, Sales & Marketing Mgr | **Position Title:** | |
| **SAP Position** | 50006585 | **SAP Position #:** | |
| **Cost Center #:** | 35355 | **Cost Center #:** | |
| **Present Annual Salary:** | $200,000 | **Proposed Annual Salary:** | $ |
| **Grade:** | 32   Exempt ☒ Non-Ex ☐ | **Grade:** | Exempt ☐ Non-Ex ☐ |
| **Salary Range:** (in thousands) | $ ___ Min   $ ___ Mid   $ ___ Max | **Salary Range:** (in thousands) | $ ___ Min   $ ___ Mid   $ ___ Max |
| **Last Increase Amount:** | $ ___ ___% | **Increase Amount:** | $ ___ ___% |
| **Eff Date of Last Increase:** | | **Supervised by:** | |
| **Supervised by:** | Jason Schauble | **Direct Reports:** | ☐ No ☒ Yes (Attach List) |

**COMMENTS:**

| IC PLAN: | ___ ___% | Effective Date: | | **Relocation:** | |
|---|---|---|---|---|---|
| Sales Bonus: | ___ ___% | Effective Date: | | Relo Amount: | Full Package ☐ or $ |

**NEW HIRE:** _____   **CHANGES:** _____
Name of Person Replacing

**TERMINATION:** Last Day Worked 12/21/11   Termination Date 12/21/11   Paid Through Date 12/31/11
Reason: INV-Discharge-Cause   Explanation:
☐ Leave of Absence (LOA) ☐ Paid ☐ Unpaid   Type of Leave:
Vacation: ☐ Days ☐ Hours – Eligible: ___ Used: ___ Owed: ___

| APPROVAL LEVEL | TITLE | PRINTED NAME | SIGNATURES | DATE |
|---|---|---|---|---|
| *Requested by: | ~~Chief Officer~~ | ~~Scott Blackwell~~ | | |
| *HR Review: | HR Manager | Oralia Johnson | *(signature)* | 1-3-12 |
| *Level I: | | | | |
| *Level II: | | | | |
| *Level III: Compensation: | ~~Benefits~~ Director of Compensation | Mark Primm | *(signature)* | 1/4/12 |
| CHRO: | ~~CHRO~~ | Melissa Cofield | | |

*(stamp: ENTERED 1-9-12   DG)*

*Working Together To Make It Better*

# Advanced Armament Corp.

## EMERGENCY CONTACT INFORMATION

Employee Name _Kevin Brittingham_

In the event of an emergency during normal working hours, the person listed below should be contacted:

Name _Ken Brittingham_          Relationship _Father_

Phone Number(s)

Home: _478-453-1337_          Work: _N/A_

Cell: _770-377-9280_

_____          _10/3/09_
Employee Signature                Date

*Working Together To Make It Better*

**Do not Duplicate this Form**



# FREEDOM GROUP
## FAMILY OF COMPANIES
### EMPLOYMENT APPLICATION

As an EQUAL EMPLOYMENT OPPORTUNITY/AFFIRMATIVE ACTION EMPLOYER, Freedom Group Inc. ("FGI") does not discriminate against applicants or employees because of their age, race, color, national origin, sex (except where sex is a bona fide occupational qualification) or on any other basis prohibited by law. Furthermore, FGI will not discriminate against an applicant or employee because he or she is mentally or physically disabled, a disabled veteran, or a veteran of the Vietnam era, provided he or she is qualified and meets the requirements established by FGI for the job.

| PLEASE PRINT OR TYPE CLEARLY | DATE 8/20/09 |
|---|---|

| NAME (Last) Brittingham | (First) Kevin | (Middle) Tyson | CELLULAR PHONE NUMBER (404) 886-7335 |
|---|---|---|---|

| CURRENT ADDRESS (Street) 2168 Town Manor Ct. | (City) Dacula | (State) GA | (Zip Code) 30019 | HOME PHONE NUMBER ( ) N/A |
|---|---|---|---|---|

| RESIDENT ADDRESS (Street) (If different from above) | (City) | (State) | (Zip Code) | PHONE NUMBER ( ) |
|---|---|---|---|---|

ARE YOU 18 YEARS OR OLDER [X] YES [ ] NO   IF NOT, STATE YOUR DATE OF BIRTH _____

### TYPE OF POSITION DESIRED

POSITION APPLIED FOR: CEO

[X] FULL-TIME  [ ] PART-TIME  [ ] SUMMER  [ ] OTHER

**SALARY EXPECTED** 350,000

| WILL YOU RELOCATE? [ ] YES [X] NO | TO WHAT AREA? | WILL YOU TRAVEL? [X] YES [ ] NO | DATE AVAILABLE TO WORK Now |
|---|---|---|---|

HAVE YOU EVER WORKED FOR FREEDOM GROUP INC?   NO    IF YES, WHEN AND WHERE?

To comply with the Immigration Reform and Control Act of 1986, if you are hired you will be required to provide documents to establish your identity and your authorization to be employed in the United States. Such documents will be required within the first three (3) business days following your hire; or upon your first day of work if your employment period will be less than three (3) days.

HOW WERE YOU REFERRED TO FREEDOM GROUP INC?
Greg Barradat, Jason Schauble, Jesse Walcott    FGI employees

It is our policy to do a post offer drug screen for all jobs. Are you willing to take this test?
[X] YES  [ ] NO

HAVE YOU EVER BEEN CONVICTED OF A CRIME (MISDEMANOR OR FELONY)? [ ] YES  [X] NO

IF YES, PLEASE EXPLAIN:    (WHERE)    (WHEN)    (CHARGE)    (SENTENCE)
N/A

(Disclosure of a criminal record will not necessarily disqualify you for employment. Each conviction will be evaluated on its own merits with respect to time, circumstances and seriousness, in relation to the job for which you are applying.)

## RECORD OF EDUCATION

| Names and Address of School | Dates Attended | | Graduated | | Type of Degree/ Diploma Received or Expected | Major/Minor Field of Study |
|---|---|---|---|---|---|---|
| | From Mo/Yr | To Mo/Yr | YES | NO | | |
| **High School (Last Attended) or GED:** Dacula High School Dacula, GA | | | X | | | |
| **College/Universities:** GA College Milledgeville, GA | 92 | 96 | X | | Undergrad | |
| **Graduate School:** | | | | | | |
| **Other (Business, Technical, Secretarial):** | | | | | | |

LIST ANY CLUBS, ORGANIZATIONS, SOCIETIES, OR PROFESSIONAL GROUPS TO WHICH YOU BELONG WHICH HAVE A DIRECT BEARING UPON YOUR QUALIFICATIONS FOR THE JOB THAT YOU ARE SEEKING.

N/A

LIST ANY HOBBIES OR INTERESTS WHICH HAVE A DIRECT BEARING ON THE JOB FOR WHICH YOU ARE APPLYING.

N/A

LIST ANY SPECIAL SKILLS OR ABILITIES WHICH DIRECTLY RELATE TO THE JOB FOR WHICH YOU ARE APPLYING.

N/A

DO YOU POSSESS A VALID CURRENT DRIVER'S LICENSE (ONLY FOR JOBS REQUIRING DRIVING A VEHICLE)?
[X] YES [ ] NO

DRIVER'S LICENSE NUMBER AND STATE ___034885059___ GA

MILITARY SERVICE RECORD

HAVE YOU EVER BEEN A MEMBER OF THE ARMED FORCES OF THE UNITED STATES?   [ ] YES   [X] NO

IF YES, LIST ANY SPECIAL SKILLS OR ABILITIES YOU DEVELOPED WHILE IN MILITARY SERVICE WHICH DIRECTLY RELATE TO THE JOB WHICH YOU ARE APPLYING.

N/A

| 1.  NAME AND ADDRESS OF EMPLOYER | STARTING POSITION | | ENDING POSITION |
|---|---|---|---|
| | | | NAME AND TITLE OF SUPERVISOR |
| | SALARY | | |
| | Starting $ | Ending $ | |
| From Mo._____ Yr._____ TO Mo _____ Yr | REASON FOR LEAVING | | May we contact Supervisor? [  ] Yes     [  ] No |
| PHONE NUMBER Area Code (    ) | | | |
| Job Duties | | | |
| | | | |
| | | | |

| 2.  NAME AND ADDRESS OF EMPLOYER | STARTING POSITION | | ENDING POSITION |
|---|---|---|---|
| | | | NAME AND TITLE OF SUPERVISOR |
| | SALARY | | |
| | Starting $ | Ending $ | |
| From Mo._____ Yr._____ TO Mo _____ Yr | REASON FOR LEAVING | | |
| PHONE NUMBER Area Code (    ) | | | |
| Job Duties | | | |
| | | | |
| | | | |

| 3.  NAME AND ADDRESS OF EMPLOYER | STARTING POSITION | | ENDING POSITION |
|---|---|---|---|
| | | | NAME AND TITLE OF SUPERVISOR |
| | SALARY | | |
| | Starting $ | Ending $ | |
| From Mo._____ Yr._____ TO Mo _____ Yr | REASON FOR LEAVING | | |
| PHONE NUMBER Area Code (    ) | | | |
| Job Duties | | | |
| | | | |
| | | | |

USE THIS SPACE TO INCLUDE ANY ADDITONAL INFORMATION WHICH YOU FEEL MAY BE RELEVANT TO THE JOB FOR WHICH YOU ARE APPLYING.

This Application shall only remain active for 60 days. After 60 days, if you are still interested in employment at Freedom Group Inc., you must fill out a new application.

**FREEDOM GROUP INC. EMPLOYESS OR APPLICANTS FOR EMPLOYMENT ARE SUBJECT TO TESTING FOR DRUG USE, INCLUDING MARIJUANA.**

Offers of employment for some classifications are conditioned upon the results of a physical examination given by a representative of the Company's medical staff.

I hereby certify that all statements made in this application and interview(s) are true and correct to the best of my knowledge and belief. I understand and agree that any false or misleading information or omission of facts given in my application or interview(s) may be justification for refusal to hire or termination of employment.

I further understand that an investigative report may be made as to my character and general reputation. I authorize all past employers, schools, persons and organizations including, but not limited to, law enforcement agencies and licensing agencies, having relevant information or knowledge to provide it to FGI or its duly authorized representative for its use in deciding whether or not to offer me employment and specifically waive any required written notification. I hereby release employers, schools, persons and organizations from all liability in responding to inquiries in connection with my application. Upon written request by me, within a reasonable period of time, FGI will make available to me the nature and scope of all reports of every type obtained.

I understand that nothing contained in this employment application or in the granting of an interview is intended to create an employment contract between Freedom Group Inc., its subsidiaries and affiliates, and me for either employment or for the providing of a benefit. If an employment relationship is established, I understand and acknowledge that it is of an "at will" nature, which means that my employment can be terminated at any time, with or without cause, at the option of either FGI or myself. I further understand that this "*at will*" employment relationship cannot be changed by any written document or conduct unless such change is specifically authorized in writing by an authorized officer of FGI.

In signing this form, I certify that I understand all the questions and statements in this application.

Further, if granted a position with Freedom Group Inc., or any of its subsidiaries or affiliates, I will comply with all its rules and regulations, including the Business Conduct Policy and Non-Disclosure Agreement.

| | |
|---|---|
| SIGNATURE OF APPLICANT | 08/20/09 |
| | DATE |

## FOR HUMAN RESOURCES USE ONLY

| DATE APPLICATION RECEIVED | REFERRAL SOURCE |
|---|---|
| INTERVIEWED BY | DEPARTMENT |
| REFERENCE CHECK COMPLETED (DATE AND BY WHOM) | |
| DISPOSITION AND REASON | |

FAX PAGES 1 AND 2 OF THE AUTHORIZATION RELEASE TO (440) 205-8355 (along with an application and/or resume)

# NOTICE AND ACKNOWLEDGMENT
## AUTHORIZATION RELEASE

[IMPORTANT -- PLEASE READ CAREFULLY BEFORE SIGNING ACKNOWLEDGMENT]

### NOTICE REGARDING BACKGROUND INVESTIGATION

Employer ("the Company") may obtain information about you from a consumer reporting agency for employment purposes. Thus, you may be the subject of a "consumer report" and/or an "investigative consumer report" which may include information about your character, general reputation, personal characteristics, and/or mode of living, and which can involve personal interviews with sources such as your neighbors, friends, or associates. These reports may contain information regarding your credit history, criminal history from various state, private and insurance sources along with other public records available, social search, motor vehicle records ("driving records"), verification of your education or employment history, or workers' compensation claims. Workers compensation will only be requested in compliance with the ADA and/or any other applicable state laws. These reports may be obtained at any time after receipt of your authorization and, if you are hired, throughout your employment. You have the right, upon written request made within a reasonable time after receipt of this notice, to request disclosure of the nature and scope of any investigative consumer report. Please be advised that the nature and scope of the most common form of investigative consumer report obtained with regard to applicants for employment is an investigation into your education and/or employment history conducted by BackTrack, Inc., 8850 Tyler Boulevard, Mentor, OH 44060, or another outside organization. The scope of this notice and authorization is all-encompassing, however, allowing Employer to obtain from any outside organization all manner of consumer reports and investigative consumer reports now and, if you are hired, throughout the course of your employment to the extent permitted by law. As a result, you should carefully consider whether to exercise your right to request disclosure of the nature and scope of any investigative consumer report. According to the Fair Credit Reporting Act, you are entitled to know if employment is denied or you otherwise suffer an adverse employment action because of information obtained from your prospective employer/employer from a consumer reporting agency. If so, you will be advised and be given the name of the agency or source of information.

> **New York applicants or employees only:** You have the right to inspect and receive a copy of any investigative consumer report requested by Employer by contacting the consumer reporting agency identified above directly.

### ACKNOWLEDGMENT AND AUTHORIZATION

I acknowledge receipt of the NOTICE REGARDING BACKGROUND INVESTIGATION and A SUMMARY OF YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT and certify that I have read and understand both of those documents. I hereby authorize the obtaining of "consumer reports" and/or "investigative consumer reports" at any time after receipt of this authorization and, if I am hired, throughout my employment. To this end, I hereby authorize, without reservation, any law enforcement agency, administrator, state or federal agency, institution, school or university (public or private), information service bureau, Employer, or insurance company to furnish any and all background information requested by BackTrack, Inc., another outside organization acting on behalf of Employer, and/or Employer itself. I agree that a facsimile ("fax"), electronic or photographic copy of this Authorization shall be as valid as the original.

> **Minnesota and Oklahoma applicants or employees only:** Please check this box if you would like to receive a copy of a consumer report if one is obtained by the Company ☐

> **California applicants or employees only:** By signing below, you also acknowledge receipt of the NOTICE REGARDING BACKGROUND INVESTIGATION PURSUANT TO CALIFORNIA LAW. Please check this box if you would like to receive a copy of an investigative consumer report or consumer credit report if one is obtained by the Company at no charge whenever you have a right to receive such a copy under California law. ☐

Have you been convicted of an adult felony crime in the last seven (7) years? You are not obligated to disclose sealed, annulled or expunged convictions or convictions pardoned by the governor. Please be aware that a criminal conviction will not necessarily be a bar to employment and will be considered as it relates to the job in question. Failure to honestly and completely answer this question (other than as described below) will result in discontinued consideration of the application or termination of employment.

If you are a candidate residing or applying for a position in California, Georgia, or Hawaii please note the limitations on the scope of this inquiry as follows:
1.  **CALIFORNIA** candidates and residents only: Excluded from this inquiry are the following:
    *   Convictions for which the records have been judicially sealed, expunged or statutorily eradicated.
2.  **GEORGIA** candidates and residents only: Excluded from this inquiry are convictions discharged under the First Offender's Law.
3.  **HAWAII** candidates and residents only: Only if you are given an offer of employment, will you be required to answer this question. Otherwise, you do not have to complete this section.

☐ YES ☐ NO. If YES, please indicate county and state where convicted._____ Date convicted  /  /

Y06-1005/061110

Signature _____   Date 8/20/09

Printed Name  Kevin Brittingham   Company Applying To   FREEDOM GROUP INC.

# BackTrack
EMPLOYMENT SCREENING SPECIALISTS

8850 Tyler Blvd., Mentor, OH 44060   Phone (440) 205-8280   Fax (440) 205-8355
Visit our website at: www.backtracker.com  or  email us at: bti@backtracker.com

Page 1 of 5 ( Must be returned to BackTrack, Inc. )

**FAX PAGES 1 AND 2 OF THE AUTHORIZATION RELEASE TO (440) 205-8355 (along with an application and/or resume)**

## NOTICE AND ACKNOWLEDGMENT
## AUTHORIZATION RELEASE ( Continued from Page 1 )

*BackTrack, Inc. is an employment screening company that conducts background checks on prospective employees/employees for our clients as part of their standard hiring procedure. In order to perform this check, we need you to provide the following information. Please be sure to fill out this form completely and legibly.*

| APPLICANT INFORMATION (please print clearly & accurately) | | | |
|---|---|---|---|
| Last Name Brittingham | First Name Kevin | | Middle Name Tyson |
| Maiden Name N/A | Any Other Name(s) Used | | Phone ( 404 ) 886-7335 |
| Home Address 2168 Town Manor Ct. | | E-Mail Address kevin@advanced-armament.com | |
| City Dacula | State GA | Zip 30019 | County Gwinnett | From Mth/Yr 2/09 | To Mth/Yr Now |
| Social Security Number 252 31 4432 | | Date of Birth * 01/13/74 | |
| List Previous Addresses (to cover last 7 years) Address 2044 Lenox Cove CIR | | City/State Atlanta GA | Zip 30319 |
| County DeKalb | | From Mth/Yr 11/05 | To Mth/Yr 2/09 |
| Address 1367 Oak Bend Way | | City/State Lawrenceville GA | Zip 30045 |
| County Gwinnett | | From Mth/Yr 1999-2000 | To Mth/Yr 11/05 |
| Address | | City/State | Zip |
| County | | From Mth/Yr | To Mth/Yr |

*NOTE: The absence of any of the above information could result in a delay in processing your background. If necessary, a representative from BackTrack, Inc. will contact you for additional information in order to expedite the background process. Thank you for your assistance.*

### ---FOR CLIENT USE ONLY – DO NOT WRITE BELOW THIS LINE---

| CLIENT INFORMATION | SERVICES REQUESTED |
|---|---|
| Name: | |
| Title: | SERVICES REQUESTED: |
| E-Mail Address: | ☐ Standard Package |
| Company Name: **REMINGTON ARMS CO.** | |
| Address: City/State/Zip: | Comments: |
| If Applicable, Division or Code #: | |
| Phone Number: | |
| Fax Number: | |

F06-1005/061110

**BackTrack**
EMPLOYMENT SCREENING SPECIALISTS

8850 Tyler Blvd., Mentor, OH 44060   Phone (440) 205-8280   Fax (440) 205-8355
Visit our website at: www.backtracker.com   or   email us at: bti@backtracker.com

*This information will be used for background screening purposes only and will not be used as hiring criteria.

*Para information en español, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A 600 Pennsylvania Ave. N. W., Washington, D. C. 20580.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies.  There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records).  Here is a summary of your major rights under the FCRA.  **For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

**You must be told if information in your file has been used against you.**  Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.**  You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure").  You will be required to provide proper identification, which may include your Social Security number.  In many cases, the disclosure will be free.  You are entitled to a free file disclosure if:

a person has taken adverse action against you because of information in your credit report;

you are the victim of identify theft and place a fraud alert in your file;

your file contains inaccurate information as a result of fraud;

you are on public assistance;

you are unemployed but expect to apply for employment within 60 days.

In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies.  See www.ftc.gov/credit for additional information.

**You have the right to ask for a credit score.**  Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus.  You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it.  In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.**  If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous.  See www.ftc.gov/credit for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.**  Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days.  However, a consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.ftc.gov/credit.

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 888-5-OPT-OUT (888-567-8688) or www.optoutprescreen.com.

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.ftc.gov/credit.

**States may enforce the FCRA, and many states have their own consumer reporting laws.** In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General Federal enforcers are:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| Consumer reporting agencies, creditors and others not listed below | Federal Trade Commission: Consumer Response Center – FCRA Washington, DC 20580  877-382-4357 |
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of the Currency Compliance Management, Mail Stop 6-6 Washington, DC 20219  800-613-6743 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Board Division of Consumer & Community Affairs Washington, DC 20551  202-452-3693 |
| Savings associations and federally chartered savings banks (word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision Consumer Complaints Washington, DC 20552  800-842-6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration 1775 Duke Street Alexandria, VA 22314   703-519-4600 |
| State-chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation Consumer Response Center, 2345 Grand Avenue, Suite 100 Kansas City, Missouri 64108-2638 877-275-3342 |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board or Interstate Commerce Commission | Department of Transportation, Office of Financial Management Washington, DC 20590  202-366-1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture Office of Deputy Administrator – GIPSA Washington, DC 20250  202-720-7051 |

## NOTICE REGARDING BACKGROUND INVESTIGATION
## PURSUANT TO CALIFORNIA LAW

Employer (the "Company") intends to obtain information about you from an investigative consumer reporting agency and/or a consumer credit reporting agency for employment purposes. Thus, you can expect to be the subject of "investigative consumer reports" and "consumer credit reports" obtained for employment purposes. Such reports may include information about your character, general reputation, personal characteristics and mode of living. With respect to any investigative consumer report from an investigative consumer reporting agency ("ICRA"), the Company may investigate the information contained in your employment application and other background information about you, including but not limited to obtaining a criminal record report, verifying references, work history, your social security number, your educational achievements, licensure, and certifications, your driving record, and other information about you, and interviewing people who are knowledgeable about you. The results of this report may be used as a factor in making employment decisions. The source of any investigative consumer report (as that term is defined under California law) will be Back Track, Inc., 8850 Tyler Boulevard, Mentor, OH 44060, 800-991-9694. The source of any credit report will be Back Track, Inc., 8850 Tyler Boulevard, Mentor, OH 44060, 800-991-9694.

The Company agrees to provide you with a copy of an investigative consumer report when required to do so under California law.

Under California Civil Code section 1786.22, you are entitled to find out from an ICRA what is in the ICRA's file on you with proper identification, as follows:

- In person, by visual inspection of your file during normal business hours and on reasonable notice. You also may request a copy of the information in person. The ICRA may not charge you more than the actual copying costs for providing you with a copy of your file.

- A summary of all information contained in the ICRA's file on you that is required to be provided by the California Civil Code will be provided to you via telephone, if you have made a written request, with proper identification, for telephone disclosure, and the toll charge, if any, for the telephone call is prepaid by or charged directly to you.

- By requesting a copy be sent to a specified addressee by certified mail. ICRAs complying with requests for certified mailings shall not be liable for disclosures to third parties caused by mishandling of mail after such mailings leave the ICRAs.

"Proper Identification" includes documents such as a valid driver's license, social security account number, military identification card, and credit cards. Only if you cannot identify yourself with such information may the ICRA require additional information concerning your employment and personal or family history in order to verify your identity.

The ICRA will provide trained personnel to explain any information furnished to you and will provide a written explanation of any coded information contained in files maintained on you. This written explanation will be provided whenever a file is provided to you for visual inspection.

You may be accompanied by one other person of your choosing, who must furnish reasonable identification. An ICRA may require you to furnish a written statement granting permission to the ICRA to discuss your file in such person's presence.



## FREEDOM GROUP
— FAMILY OF COMPANIES —

## *VOLUNTARY APPLICANT DATA RECORD*

Remington Arms Company, Inc. is an Equal Opportunity Employer.  As required by law, we must record certain information in order to comply with our Affirmative Action Program.

We do not discriminate in our hiring or employment practices on the basis of race, color, national origin, age, religion, disability status, veteran status, gender, sexual orientation, marital status or any other protected status as governed by federal, state and local laws.

Various government agencies request statistical information regarding our hiring practices. **Your cooperation in providing this information is completely voluntary.  Any information gathered is strictly confidential and refusal to provide this information will have no bearing on your employment application and will not subject you to any adverse treatment.**

If you choose to provide this information, we appreciate your cooperation.

**Name** _Kevin Brittingham_     **Date** _08/20/09_

**I choose not to disclose any information** ☐

***Race or Ethnic Identity***         ***Gender***

☐ **Hispanic or Latino**                    ☐ **Female**

☒ **White (not Hispanic or Latino)**        ☒ **Male**

☐ **Black or African American**             ☐ **I choose not to**
   **(not Hispanic or Latino)**                **disclose**

☐ **Native Hawaiian or Pacific Islander**
   **(not Hispanic or Latino)**

☐ **Asian (not Hispanic or Latino)**

☐ **American Indian or Alaskan Native**
   **(not Hispanic or Latino)**

☐ **Two or More Races (not Hispanic or Latino)**

☐ **I choose not to disclose**

Company Form          ***Working Together To Make It Better***
Rev. 08-17-09



FAX
LABORATORY REPORT


Quest
Diagnostics

30014864 AREA/ROUTE/STOP: XXXXXXX
REMINGTON ARMS COMPANY

2592 ARKANSAS HWY 15N
LONOKE, AR  72086

| PARTICIPANT NAME | PARTICIPANT ID | | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|
| 252314432 | BRITTINGHAM,KEVIN | | | | | |

| PAGE | REQUISITION NO | ACCESSION NO. | LAB REF.# | COLLECTION DATE & TIME | LOG-IN-DATE | FAX DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 3056609 | 435578G | | 09212009 03:03PM | 09222009 | 09232009 | 3:45AM |

REMARKS: Client Site Location:
REASON FOR TEST: PRE-EMPLOYMENT
DONOR ID VERIFIED: PHOTO I.D.

| REPORT STATUS | FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|---|
| | | | IN RANGE | OUT OF RANGE | | | |

REPORT FOR:          REMINGTON ARMS COMPANY - 30014864
                     2592 ARKANSAS HWY 15N
                     LONOKE  AR  72086


Tests Ordered:  20910N (POCT SAP-9 TESTSURE)

Integrity Checks                           Acceptable Range

CREATININE              213.2 mg/dL           >/= 20 mg/dL
OXIDIZING ADULTERANTS   Negative
pH                      6.9                       4.5-8.9

Substance Abuse Panel
                                       Initial       GC/MS Confirm
                                     Test Level       Test Level

AMPHETAMINES            Negative
BARBITURATES            Negative      1000 ng/mL       500 ng/mL
BENZODIAZEPINES         Negative       300 ng/mL       200 ng/mL
COCAINE METABOLITES     Negative       300 ng/mL       200 ng/mL
MARIJUANA METABOLITES   Negative       300 ng/mL       150 ng/mL
METHADONE               Negative        50 ng/mL        15 ng/mL
OPIATES                 Negative       300 ng/mL       200 ng/mL
PHENCYCLIDINE           Negative      2000 ng/mL      2000 ng/mL
PROPOXYPHENE            Negative        25 ng/mL        25 ng/mL
                                       300 ng/mL       200 ng/mL

          CERTIFYING SCIENTIST: Lysaida Moore

     SPECIMEN RECEIVED AND PROCESSED IN THE ATLANTA DHHS CERTIFIED LABORATORY

LAB:      Quest Diagnostics-Atlanta (NIDA)
          3175 Presidential Dr
          Atlanta GA 30340

                       >> END OF REPORT <<

Form G-4 (Rev. 10/06)

## STATE OF GEORGIA
### EMPLOYEE'S WITHHOLDING ALLOWANCE CERTIFICATE

| 1a. YOUR FULL NAME | 1b. YOUR SOCIAL SECURITY NUMBER |
|---|---|
| Kevin Tyson Brittingham | 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 |

| 2a. HOME ADDRESS (Number, Street, or Rural Route) | 2b. CITY, STATE AND ZIP CODE |
|---|---|
| 2168 Town Manor Ct. | Dacula, GA 30019 |

**READ INSTRUCTIONS ON REVERSE SIDE BEFORE COMPLETING THIS FORM**

**3. MARITAL STATUS** (If you do not wish to claim an allowance, enter "0" in the brackets beside your marital status.)

A. Single: enter 0 or 1 ............................. [ ]       **4. DEPENDENT ALLOWANCES**   [ ]

B. Married Filing Joint, both ..........................
   spouses working: enter 0 or 1 or 2 ........... [ 1 ]

C. Married Filing Joint, one ...........................       **5. ADDITIONAL ALLOWANCES**   [ ]
   spouse working: enter 0 or 1 or 2 ............. [ ]          (complete worksheet below)

D. Married Filing Separate:
   enter 0 or 1 or 2 ...................................... [ ]

E. Head of Household: .................................
   enter 0 or 1 or 2 ...................................... [ ]       **6. ADDITIONAL WITHHOLDING** $_____

---

**WORKSHEET FOR CALCULATING ADDITIONAL ALLOWANCES**
**This worksheet must be completed if Line 5 is greater than zero.**

1. COMPLETE THIS LINE ONLY IF USING STANDARD DEDUCTION:
   Yourself: [ ] Age 65 or over    [ ] Blind
   Spouse: [ ] Age 65 or over    [ ] Blind    Number of boxes checked _____ x 1300 = $ _____

2. ADDITIONAL ALLOWANCES FOR DEDUCTIONS:

   A. Estimated Federal Itemized Deductions ..................................................... $ _____

   B. Georgia Standard Deduction (enter one):   Single/Head of Household   $2,300
                                                Each Spouse                $1,500   $ _____

   C. Subtract Line B from Line A ................................................................ $ _____

   D. Allowable Deductions to Federal Adjusted Gross Income .......................... $ _____

   E. Add the Amounts on Lines 1, 2C, and 2D ................................................ $ _____

   F. Estimate of Taxable Income not Subject to Withholding .............................. $ _____

   G. Subtract Line F from Line E (if zero or less, stop here) ............................... $ _____

   H. Divide the Amount on Line G by $3,000. Enter total here and on Line 5 above ....................
      This is the maximum number of additional allowances you can claim. If the remainder is over $1,500 round up.

**7. LETTER USED** (Marital Status A, B, C, D, or E) ___C___    **TOTAL ALLOWANCES** (Total of Lines 3 - 5) __3__
   (Employer:  The letter indicates the tax tables in the Employer's Tax Guide)

**8. EXEMPT:** Skip this line if you entered information on Lines 3 - 7. Read the Instructions for Line 8 on page 2.
I claim exemption from withholding because I incurred no Georgia income tax liability last year and I do not expect to have
a Georgia income tax liability this year.  **Check here** [ ]

I certify under penalty of perjury that I am entitled to the number of withholding allowances or the exemption from withholding status
claimed on this Form G-4.  Also, I authorize my employer to deduct per pay period the additional amount listed above.

Employee's Signature _____   Date  10/3/09

**Employer:**  Complete Line 9 and mail entire form _only_ if the employee claims over 14 allowances or exempt from withholding.
If necessary, mail form to: Georgia Department of Revenue, Withholding Tax Unit, P. O. Box 49432, Atlanta, GA  30359.

**9. EMPLOYER'S NAME AND ADDRESS:**        EMPLOYER'S FEIN: _____
                                          EMPLOYER'S WH#: _____

**Do not accept forms claiming additional allowances unless the worksheet has been completed.  Do not accept forms
claiming exempt if numbers are written on Lines 3 - 7.**

# Form W-4 (2009)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2009 expires February 16, 2010. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** You cannot claim exemption from withholding if (a) your income exceeds $950 and includes more than $300 of unearned income (for example, interest and dividends) and (b) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 further adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earner/multiple job situations.

Complete all worksheets that apply. However, you may claim fewer (or zero) allowances. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See Pub. 501, Exemptions, Standard Deduction, and Filing Information, for information.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See Pub. 919, How Do I Adjust My Tax Withholding, for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or

dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax. If you have pension or annuity income, see Pub. 919 to find out if you should adjust your withholding on Form W-4 or W-4P.

**Two earners or multiple jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others. See Pub. 919 for details.

**Nonresident alien.** If you are a nonresident alien, see the Instructions for Form 8233 before completing this Form W-4.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the amount you are having withheld compares to your projected total tax for 2009. See Pub. 919, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

---

## Personal Allowances Worksheet (Keep for your records.)

| | | |
|---|---|---|
| A | Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . . . . . . | A ____ |
| B | Enter "1" if: { • You are single and have only one job; or<br>• You are married, have only one job, and your spouse does not work; or<br>• Your wages from a second job or your spouse's wages (or the total of both) are $1,500 or less. } | B ____ |
| C | Enter "1" for your **spouse.** But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . . . . | C ____ |
| D | Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . . | D ____ |
| E | Enter "1" if you will file as **head of household** on your tax return (see conditions under **Head of household** above) . | E ____ |
| F | Enter "1" if you have at least $1,800 of **child or dependent care expenses** for which you plan to claim a credit . . | F ____ |
| | (**Note.** Do **not** include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.) | |
| G | **Child Tax Credit** (including additional child tax credit). See Pub. 972, Child Tax Credit, for more information. | |
| | • If your total income will be less than $61,000 ($90,000 if married), enter "2" for each eligible child; then **less** "1" if you have three or more eligible children. | |
| | • If your total income will be between $61,000 and $84,000 ($90,000 and $119,000 if married), enter "1" for each eligible child plus "1" **additional** if you have six or more eligible children. . . . . . . . . . . . . | G ____ |
| H | Add lines A through G and enter total here. (**Note.** This may be different from the number of exemptions you claim on your tax return.) ▶ H | ____ |

| | |
|---|---|
| For accuracy, complete all worksheets that apply. { | • If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.<br>• If you have more than one job or are married and you and your spouse both work and the combined earnings from all jobs exceed $40,000 ($25,000 if married), see the **Two-Earners/Multiple Jobs Worksheet** on page 2 to avoid having too little tax withheld.<br>• If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below. |

---------- Cut here and give Form W-4 to your employer. Keep the top part for your records. ----------

---

| Form **W-4** | **Employee's Withholding Allowance Certificate** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ **Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.** | **2009** |

| 1 Type or print your first name and middle initial. | Last name | 2 Your social security number |
|---|---|---|
| Kevin T. | Brittingham | 252 31 4432 |

| Home address (number and street or rural route) | 3 ☐ Single  ☑ Married  ☐ Married, but withhold at higher Single rate.<br>Note. If married, but legally separated, or spouse is a nonresident alien, check the "Single" box. |
|---|---|
| 2168 Town Manor Ct. | |
| City or town, state, and ZIP code | 4 If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card. ▶ ☐ |
| Dacula, GA 30019 | |

| | | | |
|---|---|---|---|
| 5 | Total number of allowances you are claiming (from line **H** above or from the applicable worksheet on page 2) | 5 | 3 |
| 6 | Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . | 6 | $ |
| 7 | I claim exemption from withholding for 2009, and I certify that I meet **both** of the following conditions for exemption.<br>• Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability **and**<br>• This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.<br>If you meet both conditions, write "**Exempt**" here . . . . . . . . . ▶ | 7 | |

Under penalties of perjury, I declare that I have examined this certificate and to the best of my knowledge and belief, it is true, correct, and complete.

| Employee's signature<br>(Form is not valid unless you sign it.) ▶ | Date ▶ 10/3/09 |
|---|---|

| 8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9 Office code (optional) | 10 Employer identification number (EIN) |
|---|---|---|
| | | |

| For Privacy Act and Paperwork Reduction Act Notice, see page 2. | Cat. No. 10220Q | Form **W-4** (2009) |
|---|---|---|

# Advanced Armament Corp.

## Payroll Check Direct Deposit

As a service to AAC employees, you can have your payroll check deposited directly into your bank account. The major banks will accept electronic transfer of funds. However, if you bank at one of the smaller institutions, please contact them before you choose this service.

**Availability of Funds**: Funds directly deposited will be available to you at the beginning of your bank's business day on the date of your pay check.

**Check Stubs:** You will continue to receive a check stub each pay period with your payroll in

KEVIN BRITTINGHAM
CARA BRITTINGHAM
1434 HILLCREST ROAD
NORCROSS, GA 30093

1870

84-5/610 GA
177

VOID

Pay To The Order Of                                                    $ VOID

VOID                                    Dollars

**Bank of America**

ACH R/T 061000052

Bank of America Advantage®

VOID                                    VOID

⑆061000052⑆ 003346822445⑈ 1870

---

## Payroll Check Direct Deposit Authorization Form

Please complete the following information and return to the Payroll Department.

☐ New Authorization      ☒ Change      ☐ Cancellation

For new authorizations and changes, **please attach a voided blank check** with your checking account number and the bank number.

I hereby authorize the Remington Arms Payroll Department to have my payroll check directly deposited to my bank account.

_____        _____        7/11/11
Signature                         Employee #                  Date

# Advanced Armament Corp.

# Payroll Check Direct Deposit

As a service to AAC employees, you can have your payroll check deposited directly into your bank account.  The major banks will accept electronic transfer of funds.  However, if you bank at one of the smaller institutions, please contact them before you choose this service.

**Availability of Funds**:  Funds directly deposited will be available to you at the beginning of your bank's business day on the date of your pay check.

**Check Stubs:**  You will continue to receive a check stub each pay period with your payroll information and the amount of your deposit.

**___ Begins:**  New authorizations and changes will take approximately ___ form by the payroll department to become effective. ___ following receipt of the form.  It takes one ___ ___ will take effect.

___ payroll check will be ___ed.  For example, if you ___ old account and be sent ___count.

___ es Department.

___ ation Form

KEVIN T. BRITTINGHAM
1434 HILLCREST RD.
NORCROSS, GA  30093

PAY TO THE
ORDER OF ___   V O I D

84-385
611
11132420

DATE ___   2018

Community Bank & Trust
WINDER, GEORGIA

V O I D   $ ___

_____ DOLLARS

MEMO ___

⑆0611038521⑆ 111 32 4 20⑈ 2018

V O I D

Please complete the following information and ___   Payroll Department.

[✓] New Authorization       [ ] Change       [ ] Cancellation

For new authorizations and changes, *please attach a voided blank check* with your checking account number and the bank number.

I hereby authorize the Remington Arms Payroll Department to have my payroll check directly deposited to my bank account.

_____          _____          10/3/09
Signature                                    Employee #           Date

*Working Together To Make It Better*

| **ADVANCED ARMAMENT CORP.** | *PROPRIETARY INFORMATION PROTECTION PLAN* |
|---|---|

## EMPLOYEE DECLARATION OF OWNERSHIP OF WORK AND NON-DISCLOSURE AGREEMENT

This Agreement is entered into this __3__ day of __October__, 20_09_, by __Kevin Brittingham__ (hereinafter referred to as "Employee"), in consideration for, and as part of the obligations associated with, the position of employment held by Employee with **ADVANCED ARMAMENT CORP..** (hereinafter referred to as the "Company").

### WITNESSETH:

**WHEREAS**, in its business, Company has developed and uses commercially valuable technical and non-technical information, and, to guard the legitimate interests of Company, it is necessary for Company to protect certain of the information either by patents or by holding it secret or confidential; and

**WHEREAS**, the aforesaid information is vital to the success of Company's business, and Employee through his or her activities may become acquainted therewith, and may contribute thereto either through inventions, discoveries, improvements or otherwise;

**NOW, THEREFORE**, Employee agrees as follows:

1. Employee shall not directly or indirectly, without the Company's express written consent, furnish or offer to furnish, disclose or offer to disclose, to any third party, or use for Employee's own or another's benefit, any information, knowledge or data of any nature, including trade secrets or other confidential information relating to products, processes, know-how, machines, software, systems, designs, drawings, formulas, test data, customers, vendor lists, litigation, or other matters pertaining to the business of the Company, consultants, licensees, affiliates of the Company or any joint venture in which the Company is a participant, whether or not any such information, knowledge or data of any nature, is developed by Employee, except as required in Employee's duties to Company, unless such information is generally publicly known and in the public domain, other than through any breach of this Agreement.  Employee agrees and acknowledges that Employee's obligations and commitments under this Agreement shall survive the term of employment and shall continue for a period of one (1) year thereafter.

2. Employee shall disclose promptly to Company or its nominee any and all inventions, discoveries and improvements conceived of or made by Employee during the period of employment and related to the business or activities of Company.   All technical information, manuscripts, financial plans, reports, collected data, research, computer

Company Form

*Working Together To Make It Better*

DECLARATION OF OWNERSHIP- NON-DISCLOSURE AGREEMENT

software, analyses, notes, and other information, documents and materials of any nature whatsoever (collectively referred to as "work"), prepared, in whole or in part, by Employee pursuant to, or in connection with, his or her employment with the Company shall be the sole property of the Company. Employee shall, and hereby does, assign to the Company all right, title and interest in any copyrights, patents, know-how or other proprietary rights with respect to such work prepared pursuant to, or in connection with, said employment and agrees to assist the Company to secure appropriate legal protection of any such work.  Such assistance shall include, upon request of the Company, prompt execution of all documentation necessary for the Company to protect and enforce its rights.  These obligations shall continue beyond the termination of employment with respect to inventions, discoveries and improvements conceived of or made by Employee during the period of employment, and shall be binding upon Employee's assigns, executors, administrators and other legal representatives.

3.  Upon termination of employment, Employee shall promptly deliver to Company all drawings, blueprints, manuals, letters, notes, notebooks, reports and all other materials of a secret or confidential nature relating to Company's business and which are in the possession or under the control of Employee.

4.  Throughout the duration of employment with the Company or an affiliate, Employee will execute on a periodic basis, if requested by the Company, an Employee Declaration of Ownership of Work and Non-Disclosure Agreement to emphasize the importance of the commitments undertaken herein.  Failure to execute any future Declaration of Ownership of Work and Non-Disclosure shall in no way excuse or release, or be argued to excuse or release, Employee from the obligations and commitments set forth herein.

**IN WITNESS WHEREOF,** Employee has agreed to and duly executed this Agreement as of the date written above.

By: _____
(Employee)

WITNESSED THIS **3** DAY OF **October**, 20**09**

By: _____
(Witness)

**Computer/Network Acceptable Use Policy**

**Agreement**

I have read and understand the Company's Computer/Network Acceptable Use Policy.

As a user of the Company's Systems, I hereby agree to use the Company's Systems in a professional and business-like manner consistent with all applicable laws, rules, regulations and the Company's Computer/Network Acceptable Use Policy.

I understand and agree that the Company is authorized to monitor Systems use and conduct tests to monitor employee compliance to this Policy, with or without notice to the employee. This includes the right to retrieve, review, audit, intercept, access, examine, and disclose any data or information stored on or transmitted by any of the Company's Systems.

I FURTHER UNDERSTAND THAT A VIOLATION OF COMPANY'S COMPUTER/NETWORK ACCEPTABLE USE POLICY OR APPLICABLE LAW, RULE OR REGULATION MAY RESULT IN DISCIPLINARY ACTION BEING TAKEN AGAINST ME UP TO AND INCLUDING TERMINATION OF EMPLOYMENT.

_____
Signature

Kevin Brittingham
Print Name

10/3/09
Date

| | |
|---|---|
| # Advanced Armament Corp. | ## COMPUTER NETWORK ACCEPTABLE USE POLICY |

*This Policy applies to all employees of Advanced Armament Corp. ("AAC" or "Company"). It does not constitute an employment contract, nor is it intended to make commitments to employees concerning their employment with the Company.*

*This Policy is in effect at the time of publication and, with the exception of the at-will nature of employment, any and all Policies may be changed at any time by the Company. Ideally, employees will be notified in advance of significant Policy changes. However, employees should understand that Policy changes may be made without notice. Policies cannot be modified by implication, conduct or statements, either oral or written, regardless of the source. Modifications must be approved by both the Chief Executive Officer and the Chief Financial Officer Advanced Armament Corp.*

## POLICY OVERVIEW

This Policy is in place to protect Company Systems assets from misuse, to maintain the confidentiality, and to ensure the integrity and security of Company information and Systems.

"Systems" refer to all Company owned hardware, software, voice/data network, and communication assets.

"Systems" also include all data or information (without limitation) that either resides on or is exchanged using Company owned hardware, software, voice/data network, and communication assets.

AAC's Systems are designed and intended for business use and all data and information (without limitation) that either resides on or is exchanged using Company owned hardware, software, voice/data network, and communication assets is the property of AAC.

Employees are responsible for any information that comes into their control and must ensure that it is adequately protected against unauthorized disclosure, modification, destruction, or use for which it was not intended. As such, Employees are responsible for ensuring that Systems are used according this Policy and other Company Policies, in pursuit of Company business objectives, and consistent with the Company operating procedures.

## ENFORCEMENT

EMPLOYEES IN ANYTHING THEY CREATE, SHOULD NOT HAVE AN EXPECTATION OF PRIVACY STORE, SEND OR RECEIVE ON THE SYSTEMS. The Information Technology Department, under the direction of the Chief Information Officer and with approval of the Vice President of Human Resources, is authorized to monitor computer use and conduct tests to monitor employee compliance to this Policy, with or without notice to the employee. This includes the right to retrieve, review, audit, intercept, access, examine, and disclose any data or information stored on or transmitted by any of the Company's

Systems for any purpose.

The Company reserves the right, in its sole discretion, to restrict access via Internet Filters to Web Sites containing materials with inappropriate content. Examples of content the Company may consider inappropriate include, but are not limited to: sex, drugs, hate speech, criminal skills, cults, gaming, gambling or other extreme, gross or indecent content.

Non-compliance with this Policy can pose significant business and other risks for the Company including adverse impact to Company operations, corruption or loss of data, loss or compromise of Company intellectual property and trade secrets and possible damage to Company assets and reputation. It is the responsibility of each employee to report any known or suspected improper use of the Company computer/network or similar Systems to their manger, Chief Information Officer, Vice President-Human Resources, or the General Counsel.

## COMPUTER/NETWORK ACCEPTABLE USE POLICIES

All employees have the responsibility to use all Systems resources in a professional, ethical and lawful manner. It is the strict policy of AAC that it will not tolerate any use of the computer and network systems which create, either intentionally or unintentionally, a hostile or offensive work environment based on race, gender, nationality, culture, religion, sexual orientation, age, disability or any other personal characteristics.

Employees will not access or attempt to access data, software or systems other than he/she has been authorized or engage in any deliberate activity which might enable unauthorized access to the Company's information assets or gain unauthorized access to resources of other companies or entities.

Employees will not attempt to circumvent any security controls or do anything intentionally to degrade the performance of the Systems.

Unless specifically authorized, employees will not disclose any information outside the Company related to the security controls or other technologies that are in use or the way in which they are implemented.

Employees must not deliberately perform acts that waste computer resources or unfairly monopolize resources to the exclusion of other employees. These acts include, but are not limited to, sending mass mailings or chain letters, subscribing to non-business related list servers and mailing lists, spending excessive amounts of time on the Internet, playing games, engaging in online chat groups or sessions, printing multiple copies of documents, or otherwise creating unnecessary network traffic.

All employees are required to adhere to the current Company standards for software and associated software updates on the Company's Systems. This includes, but is not limited to, virus software, operating system (e.g. Microsoft Windows XP), Company provided patches, virus updates, and maintenance releases when made available. If there is uncertainty of the Company standards, it is the Employee's responsibility to contact the Information Technology Department.

To protect Company information resources 'from loss or damage, employees are responsible for ensuring that business critical information on their Systems are backed up. Contact a Systems administrator if assistance is required.

## E-MAIL

Company e-mail accounts are provided to employees primarily for business purposes, but limited and reasonable personal use is acceptable. The employee is expected to exercise good judgment and act in a professional manner.

Company e-mail is not to be used for frequent or continuous personal needs, or to conduct business that is not Company-related.

Employees are expected to use good judgment and act in a professional manner in all e- mail correspondence and should always use language that is professional and reflects positively on themselves and the Company.

Information transmitted via e-mail, especially to outside parties, may not be secure and can be intercepted by third parties. Therefore, employees should exercise caution when transmitting files, messages, or any other form of electronic information. Employees should never consider electronic communications to be either private or secure.

Employees should not open e-mail attachments or click on URL links in an e-mail from senders who are unknown or suspicious without confirming the contents of the attachment with the sender.

Employees should be cautious with e-mails from trusted sources that appear out of character for the sender. In this case, Employees should contact the sender to ask about the validity of the e-mail before opening.

Employees may not use any techniques to modify the "From" line or other senderlorigin information in e-mails to change, hide, or disguise their identity or send anonymous or electronic communications. Sending e-mails on behalf of someone else (e.g., an executive assistant sending an e-mail on behalf of an executive) is allowable only if it is indicated in the e-mail.

The automatic forwarding of Company e-mails to non-Company e-mail accounts (e.g. Google, Yahoo, AOL, Hotmail, etc.) is prohibited.

Use of non-Company e-mail (e.g. Google, Yahoo, AOL, Hotmail, etc.) is restricted to access over the Internet using Microsoft Internet Explorer and no such e-mail programs can be installed on Company Systems.

Employees may periodically receive unsolicited e-mails that may contain inappropriate content. In these instances, under no circumstances should the Employee forward or share an e-mail containing this type of content. Examples of content the Company may consider inappropriate include, but are not limited to: sex, drugs, hate speech, criminal skills, cults, gaming, gambling or other extreme, gross or indecent content.

E-mail messages should only be sent to recipients with a "need-to-know". Do not feel the need to "just send copies to others" unless they have a need to be copied.

Use of Company resources to access the Internet is meant primarily for business purposes. Access to the Internet for non-business purposes should be limited and cannot impact other users, individual job or system performance, or violate any other Company Policies and procedures. Utilization of Company resources for Internet access is a privilege that may be revoked at any time.

Employees will not use Systems to access, download, transmit, store or view any offensive content.

Offensive content includes, but is not limited to, sexual comments or images, racial slurs, gender specific comments or any comments that would offend someone on the basis of their age, sexual orientation, religious or political beliefs, national origin or disability.

Employees will not use Systems to publicly embarrass the Company, its employees, or to jeopardize the reputation of the Company (e.g., by transmitting libelous, slanderous, defamatory, threatening, abusive or other inappropriate messages).

Employees will not use Systems for uploading/downloading of internal or external copyrighted material which will constitute an infringement of copyright law.

Employees will not use Systems to access non-business related auctions, such as Ebay.

Office phones and mobile communication devices are primarily for business purposes, although limited personal use is acceptable. The employee is expected to exercise good judgment and act in a professional manner.

The computers and computer accounts given to employees are to assist them in the performance of their job. Private equipment is not allowed to be connected to the Local Area Network.

Employees may not permit any unauthorized person to access data contained on their computer.

All employees are responsible for protecting the security of the computers and other equipment assigned to them to ensure that they are not subject to unauthorized access or use.

Employees must ensure their computers have password protection which is maintained in accordance with the password policies and computers must not be left unattended at any time without an appropriate locking function (screensaver with password protection).

Employees should not have an expectation of privacy in anything they create, store, send, or receive on Company owned computers and Systems.

Installation or use of unapproved hardware or software is prohibited. The Company reserves the right to remove any unauthorized hardware or software without warning or notice.

All Users must change their Microsoft Windows, Local Area Network, and business applications (e.g. SAP) passwords at least once every 3 months to a case sensitive format that is at least 8 bytes long, contains at least one capital letter and contains at least one number. The Systems are be set up to auto-prompt the employee to update their password.

Employees are responsible for all transactions made using their passwords.

No employee may access a Systems using another employee's password or account.

All passwords must be promptly changed if an employee suspects that it has or might be disclosed to an unauthorized party.

Passwords are to be treated as confidential information and are not to be divulged. For example, passwords must not be written down, and should not be printed, stored online, or given to others.

The screensaver used should have password protection so that no person other than the designated employee

can restart the PC's functions.

The password should never be visible when entered.

All employees must avoid the inadvertent spread of computer viruses by following all of the Company's virus protection procedures when downloading software and data from the Internet.

The willful introduction of computer "viruses", Trojan horse or trap-door applications, messages used solely to distort or control the recipient's screen or display or other disruptive, destructive or self-replicating programs into the Company's networks or into external networks is strictly prohibited.

All employees are required to adhere to the current Company standards for software and associated software updates on the employee's Systems. This includes virus software, operating system (e.g. Microsoft Windows XP), Company provided patches, virus updates, and maintenance releases when made available.

Installation or use of unapproved hardware or software is prohibited. The Company reserves the right to remove any unauthorized hardware or software without warning or notice.

**COPYRIGHT, LICENSE AND LEGAL ISSUES**

The Company prohibits the unauthorized access or improper use of its Systems and/or network.

Transmission, distribution, and storage of material or other conduct in violation of Company Policy and/or the Company's Business Conduct Guidelines, or conduct found unlawful under any local, state or federal law or regulation is strictly prohibited. This shall include, but is not limited to, unauthorized use of material that is protected by copyright, trademark or other intellectual property right; material that establishes a threat, violation of export control laws or regulations or disclosure of trade secret.

Information marked "For Internal Use Only" or "Confidential", or whose contents place it on a similar level requiring special treatment, must not be given to outsiders without proper authorization. Content marked as "For Internal Use Only" or "Confidential" or similar manner is only permitted to be transmitted provided the appropriate measures have been taken to ensure that disclosure to unauthorized persons is prevented and that the integrity of the information is assured.

**VIOLATION OF THIS POLICY MAY RESULT IN DISCIPLINARY ACTION UP TO AND INCLUDING TERMINATION OF EMPLOYMENT.**

# Advanced Armament Corp.

## NEW HIRE ORIENTATION

EMPLOYEE NAME: Kevin Brittingham     EMPLOYEE #: _____

JOB TITLE President     HIRE DATE: 10/3/09

## Information Covered with New Employee
## (If Applicable)

√ or NA

- Employee Number
- Employee / ID Badge / Security
- Drug Test
- Physical (If Applicable)
- I-9 Form (copies attached)
- W-4 Forms (Federal & State)
- HRIS Form
- EOE Employer
- Non-Disclosure Form
- Emergency Contact
- Vacation
- Holidays
- Payroll / Timecard / Overtime
- Direct Deposit (if applicable)
- Changes to Personal Information
- Dispute Resolution
- Performance Reviews

- Copy of Employee Reference Guide
- Harassment Policy
- Workplace Violence Policy
- Drug-Free Workplace Policy
- Computer Network User Policy
- Attendance Policy
- FMLA / Sick Leave / Military LOA
- Dress Code
- Firearms Policy – Personal Firearms
- Safety Procedures
- Quality Policy / Principles

By signing this form, I am verifying the following:

1. I have received a copy of the Employee Reference Manual Guide and will read it.
2. That I am on a six (6) months new hire trial/review program.
3. That the Company may change, rescind, or add to any policies, benefits or practices described in the Employee Reference Manual from time to time and at its sole and absolute discretion with or without prior notice. I also understand that it is my responsibility to familiarize myself with those changes.
4. That all of the above information has been reviewed with me and I had an opportunity to ask questions or voice concerns.

Employee: _____     Date: 10/3/09

Human Resources: _____     Date: _____

Company Form     *Working Together To Make It Better*

# ADVANCED ARMAMENT CORP.

*Acknowledgment Of Receipt Of Employee Reference Manual*

This is to acknowledge that I have received a copy of the Employee Reference Manual of AAC. I understand that it contains important information on the general policies of the company.

I have familiarized myself with the material in the reference manual and understand that I am governed by its contents. I further understand that AAC may change, rescind, or add to any policies, benefits, or practices described in the reference manual from time to time at its sole and absolute discretion with or without prior notice. I also understand that it is my responsibility to familiarize myself with those changes; and that a master copy of this reference manual is available in the Human Resource Department for my review at any time.

_____
Signature

Kevin Brittingham
Print Name

10/3/09
Date