# Exhibit 47

| | |
|---|---|
| **From:** | Allison Wolfe |
| **Sent:** | Thursday, February 10, 2011 4:43 PM |
| **To:** | Kathy Wagoner |
| **Subject:** | FW: PWS MK109 |

I sent this is Knox in response to this question. I really don't know. I tried to get Robert to understand that dba is not pulling this information to the bound book. It has something to do with the location of the item maybe.. in R&D but I don't know for sure.

If it is in DBA, it should be in the bound book but there is a disconnect. I have sent emails to specific examples to Robert of numerous occasions asking him to research it and why but have never heard anything from him.

**From:** Allison Wolfe
**Sent:** Thursday, February 10, 2011 3:29 PM
**To:** Knox Williams
**Subject:** RE: PWS MK109

Knox,

I am honestly not sure. I have tried to tell them (Oak Point, Robert) that items in R&D that are in DBA are not showing up on the bound book. They have given me no resolution. Sorry I can't be of further help.

Allison

**From:** Knox Williams
**Sent:** Thursday, February 10, 2011 1:27 PM
**To:** Allison Wolfe
**Subject:** FW: PWS MK109

Hey Allison,

I have an SBR Lower from PWS that I had Mike Kojan enter into our system, but it's not showing up in the bound book. Ethan created a part number for it in DBA: 102151. What do I need to do to get it into the bound book?

Thanks,
**Knox Williams | Special Projects**
**Advanced Armament Corp.**

2408 Tech Center Pkwy Ste 150, Lawrenceville, GA 30043
Phone 770.925.9988 x 103 | Fax 770-925-9989 | knox@advanced-armament.com

**Freedom Group Family of Companies:** Remington | Marlin | Bushmaster Firearms | DPMS / Panther Arms | H&R | Barnes Bullets | Advanced Armament Corp | Mountain Khakis | EOTAC | Dakota Arms | Parker Gun

Confidentiality/Proprietary Note: This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please reply back to sender advising that you have received the e-mail in error and delete this e-mail from your system.