# Exhibit 48

| | |
|---|---|
| **From:** | Kathy Love |
| **Sent:** | Monday, December 19, 2011 2:30 PM |
| **To:** | Cox, Glinda G. |
| **Attachments:** | Oakpointe Record Keeping 12-12-11.xlsx; image001.gif; image002.png |

Glinda,

I have just sent this to Lynsey. I believe she is going to review it then discuss it with you.

Thanks,
Kathy Love/CSR
Advanced Armament Corp., LLC
2408 Tech Center Parkway, Unit 150
Lawrenceville, GA 30043
Phone: 770.925.9988 x 108
Fax:    770.925.9989

**From:** Cox, Glinda G.
**Sent:** Monday, December 19, 2011 2:25 PM
**To:** Kathy Love; rmiller@oakpointeconsulting.com
**Cc:** Lynsey Thompson; Allison Wolfe
**Subject:** RE: FFL CHANGES

Did this run? Are the changes OK? Would love to get sign off on the excel sheet which are the main items. We can work on anything else later with a new invoice, our goal being to keep the lawyers happy J

Please advise.

**From:** Kathy Love
**Sent:** Thursday, December 15, 2011 3:52 PM
**To:** rmiller@oakpointeconsulting.com
**Cc:** Cox, Glinda G.; Lynsey Thompson; Allison Wolfe
**Subject:** RE: FFL CHANGES

Thanks Robert. That makes sense because I couldn't see any changes. I will look again tomorrow.


Thanks,
Kathy Love/CSR
Advanced Armament Corp., LLC
2408 Tech Center Parkway, Unit 150
Lawrenceville, GA 30043
Phone: 770.925.9988 x 108
Fax:    770.925.9989

**From:** rmiller@oakpointeconsulting.com [mailto:rmiller@oakpointeconsulting.com]
**Sent:** Thursday, December 15, 2011 3:44 PM
**To:** Kathy Love
**Cc:** Cox, Glinda G.; Lynsey Thompson; Allison Wolfe
**Subject:** FW: FFL CHANGES

Kathy:

1

1. I checked the server again and it looks as if the full refresh <u>did not</u> complete last night. I started it before I went to bed, but something apparently killed it. I'm not sure if it was a backup or something else, but I also noticed my AAC VPN connection was killed overnight too. Anyway...I will start it again tonight, but earlier so I can ensure it completes. None of the changes will appear unless we do complete refresh of all transactions in the Bound Book. I don't run it during the day because it makes DBA very slow, and we don't want to get Mers' blood pressure up.

2. Also, for anyone that doesn't know, we changed the Bound Book logic so that when you do a normal refresh (not the one I'm doing), we only update the NEW transactions and it doesn't do a full refresh of everything anymore, which makes it much faster.


Thanks...

Robert

Oakpointe Consulting, LLC
www.oakpointeconsulting.com
Phone: (866) 492-3997
Fax: (614) 675-4201



**From:** Kathy Love [mailto:kathy@advanced-armament.com]
**Sent:** Thursday, December 15, 2011 11:26 AM
**To:** rmiller@oakpointeconsulting.com; Cox, Glinda G.
**Cc:** mconroy@oakpointeconsulting.com; Lynsey Thompson; Allison Wolfe
**Subject:** RE: FFL CHANGES

Robert,

Should this be working?

Thanks,
Kathy Love/CSR
Advanced Armament Corp., LLC
2408 Tech Center Parkway, Unit 150
Lawrenceville, GA 30043
Phone: 770.925.9988 x 108
Fax:    770.925.9989

**From:** rmiller@oakpointeconsulting.com [mailto:rmiller@oakpointeconsulting.com]
**Sent:** Wednesday, December 14, 2011 1:51 PM
**To:** Cox, Glinda G.
**Cc:** mconroy@oakpointeconsulting.com; Kathy Love; Lynsey Thompson; Allison Wolfe
**Subject:** FFL CHANGES

Glinda:

FYI, we loaded the latest update with the s/n fix and FFL changes. I need to do a manual, complete refresh tonight (it slows DBA considerably), but from then on any Bound Book refresh should insert the FFL where available. In cases

REM130011919

where there should be an FFL but an address is displaying, it means they entered it manually in the Bound Book and if they double click the transaction and clear the detail field, it will automatically insert the FFL.

Thanks...

Robert

Oakpointe Consulting, LLC
www.oakpointeconsulting.com
Phone: (866) 492-3997
Fax: (614) 675-4201



Should print FFL Number and NOT address when available.

| Description of Firearm | | | Receipt | | |
|---|---|---|---|---|---|
| Manufacturer and/or importer. Country of Manufacture | Model Type Caliber or Gauge | Serial No. | Date | Name and address or name and license no. | |
| AAC | 762-SD SILENCER 7.62MM | B1523 | 08/05/2010 | AAC 1-58-135-07-3G-06236 | 09/10/2 |
| AAC | 762-SD SILENCER 7.62MM | B1523 | 08/30/2011 | terrell scroggins, rr1 box 56, crawford tx 73638, | 09/10/2 |
| AAC | 762-SD SILENCER 7.62MM | B1523 | | | 09/01/2 |

3

REM130011920