# Exhibit 49

AUG 17 2010

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No.1140-0013 (09/30/2007)

## Application for Tax-Exempt Transfer of Firearm and Registration to Special Occupational Taxpayer (National Firearms Act)

**ATF Control Number**

1. Transferee's Name and Address *(as they appear on the Federal Firearms License, including trade name, if any)*

   SFK
   JIMMY FRANKLIN SELF
   6358 HIGHLAND DR
   KAUFMAN, TX 75142

   ☐ Sole Proprietor   ☐ Partnership   ☐ Corporation

   To be submitted in duplicate by transferor of firearm

   To: National Firearms Act Branch
   Bureau of Alcohol, Tobacco, Firearms and Explosives
   Washington, D.C. 20226

   2b. Tranferor's Telephone Number and Area Code
   770.925.9988

2a. Transferor's Name And Address *(as they appear on the Federal Firearms License, including trade name, if any)*

   ADVANCED ARMAMENT CORP
   1434 HILLCREST RD
   NORCROSS, GA 30093

   ☐ Sole Proprietor   ☐ Partnership   ☒ Corporation

The above-named and undersigned transferor and special (occupational) taxpayer hereby makes application as required by Section 5812 of the National Firearms Act to transfer, without payment of tax, and register the firearm described below to the special (occupational) taxpayer identified as the transferee in this application.

3. Description of Firearm *(Complete items a through h, if applicable)*

| a. Name and Address of Manufacturer and/or Importer of Firearm | b. Type of Firearm (See Instruction 1c) | c. Caliber, Gauge or Size (Specify) | d. Model | | |
|---|---|---|---|---|---|
| ADVANCED ARMAMENT CORP NORCROSS, GA USA | Silencer | 7.62MM | CYCLONE-K | | |
| | | | Length (Inches) | E. Of Barrel N/A | F. Overall 8.25" |
| | | | g. Serial Number C1085, C1086 | | |

h. Additional Description or Data Appearing on Firearm *(Attach additional sheet if necessary)*

4. Transferee's Federal Firearms License *(Give complete 15-digit number) (See instruction 2b)*

| First 6 digits | 2 digits | 2 digits | 6 digits |
|---|---|---|---|
| 575257 | 07 | 0G | 00470 |

5. Transferee's Special (Occupational) Tax Status
a. Employer Identification Number: 75-2945190   b. Class: 2

6. Transferor's Federal Firearms License *(Give complete 15-digit number) (See instruction 2b)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 158135 | 07 | 1D | 02617 |

7. Transferor's Special (Occupational) Tax Status
a. Employer Identification Number: 58-2466585   b. Class: 2

8. Consent to Disclosure of Information to Transferee *(See Instruction 8)* (I do) or do not *(circle one)* authorize ATF to provide information relating to this application to the above-named transferee.

I believe I am entitled to exemption from payment of the transfer tax imposed by Section 5811, National Firearms Act (NFA), on the firearm described above because the transferee named herein is qualified under the NFA to manufacture, import or deal in that type of firearm.

UNDER PENALTIES OF PERJURY, I DECLARE that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete.

9. Original Signature of Transferor *(Or authorized official)* [signature]

10. Name and Title of Authorized Official *(Print or type)*
   KEVIN T. BRITTINGHAM (PRES)

11. Date: 7/27/2010

**The Space Below is for the Use of the Bureau of Alcohol, Tobacco, Firearms and Explosives**

By Authority of the Director, this Application has been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee Are:

☒ Approved *(with the following conditions, if any)*   ☐ Disapproved *(For the following reasons)*

Authorized ATF Official: [signature] Albert L. Lenberger

Date: AUG 10 2010

ATF Form 3 (5320.3)
Revised October 2004

AUG 17 2010

OMB No.1140-0013 (09/30/2007)

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Application for Tax-Exempt Transfer of Firearm and Registration to Special Occupational Taxpayer (National Firearms Act)**

ATF Control Number

1. Transferee's Name and Address *(as they appear on the Federal Firearms License, including trade name, if any)*

   BOB'S GUN SHOP
   BLAUSSTEIN & REICH INC
   746 GRANBY ST
   NORFOLK, VA 23510

   ☐ Sole Proprietor   ☐ Partnership   ☐ Corporation

   To be submitted in duplicate by transferor of firearm

   To: National Firearms Act Branch
   Bureau of Alcohol, Tobacco, Firearms and Explosives
   Washington, D.C. 20226

   2b. Tranferor's Telephone Number and Area Code: 770.925.9988

2a. Transferor's Name And Address *(as they appear on the Federal Firearms License, including trade name, if any)*

   ADVANCED ARMAMENT CORP
   1434 HILLCREST RD
   NORCROSS, GA 30093

   ☐ Sole Proprietor   ☐ Partnership   ☒ Corporation

The above-named and undersigned transferor and special (occupational) taxpayer hereby makes application as required by Section 5812 of the National Firearms Act to transfer, without payment of tax, and register the firearm described below to the special (occupational) taxpayer identified as the transferee in this application.

3. Description of Firearm *(Complete items a through h, if applicable)*

| a. Name and Address of Manufacturer and/or Importer of Firearm | b. Type of Firearm (See instruction 1c) | c. Caliber, Gauge or Size (Specify) | d. Model | | |
|---|---|---|---|---|---|
| ADVANCED ARMAMENT NORCROSS, GA USA | Silencer | .45 | EVOLUTION | | |
| | | | Length (Inches) | E. Of Barrel | F. Overall |
| | | | | N/A | 7.75" |
| | | | g. Serial Number: E45-3294, E45-3340 | | |

h. Additional Description or Data Appearing on Firearm *(Attach additional sheet if necessary)*

4. Transferee's Federal Firearms License *(Give complete 15-digit number) (See instruction 2b)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 154710 | 01 | 1B | 00312 |

5. Transferee's Special (Occupational) Tax Status

| a. Employer Identification Number | b. Class |
|---|---|
| 54-0679314 | 3 |

6. Transferor's Federal Firearms License *(Give complete 15-digit number) (See instruction 2b)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 158135 | 07 | 1D | 02617 |

7. Transferor's Special (Occupational) Tax Status

| a. Employer Identification Number | b. Class |
|---|---|
| 58-2466585 | 2 |

8. Consent to Disclosure of Information to Transferee *(See instruction 8)* (I do) or do not *(circle one)* authorize ATF to provide information relating to this application to the above-named transferee.

I believe I am entitled to exemption from payment of the transfer tax imposed by Section 5811, National Firearms Act (NFA), on the firearm described above because the transferee named herein is qualified under the NFA to manufacture, import or deal in that type of firearm.

UNDER PENALTIES OF PERJURY, I DECLARE that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete.

9. Original Signature of Transferor (or authorized official): *[signature]*

10. Name and Title of Authorized Official (Print or type): KEVIN T. BRITTINGHAM (OWNER)

11. Date: 7/27/2010

**The Space Below is for the Use of the Bureau of Alcohol, Tobacco, Firearms and Explosives**

By Authority of the Director, this Application has been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee Are:

☒ Approved *(with the following conditions, if any)*   ☐ Disapproved *(For the following reasons)*

Authorized ATF Official: *[signature] Albert L. Lenberger*

Date: AUG 10 2010

ATF Form 3 (5320.3)
Revised October 2004

AUG 17 2010

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No.1140-0013 (09/30/2007)

**Application for Tax-Exempt Transfer of Firearm and Registration to Special Occupational Taxpayer (National Firearms Act)**

**ATF Control Number**

1. Transferee's Name and Address *(as they appear on the Federal Firearms License, including trade name, if any)*

    TARGETMASTER
    TOMMY GUN INC
    255 WILMINGTON WEST CHESTER PIKE RT 202
    CHADDS FORD, PA 19317

    ☐ Sole Proprietor   ☐ Partnership   ☐ Corporation

    To be submitted in duplicate by transferor of firearm

    To: National Firearms Act Branch
       Bureau of Alcohol, Tobacco, Firearms and Explosives
       Washington, D.C. 20226

    2b. Transferor's Telephone Number and Area Code: 770.925.9988

2a. Transferor's Name And Address *(as they appear on the Federal Firearms License, including trade name, if any)*

    ADVANCED ARMAMENT CORP
    1434 HILLCREST RD
    NORCROSS, GA 30093

    ☐ Sole Proprietor   ☐ Partnership   ☒ Corporation

The above-named and undersigned transferor and special (occupational) taxpayer hereby makes application as required by Section 5812 of the National Firearms Act to transfer, without payment of tax, and register the firearm described below to the special (occupational) taxpayer identified as the transferee in this application.

3. Description of Firearm *(Complete items a through h, if applicable)*

| a. Name and Address of Manufacturer and/or Importer of Firearm | b. Type of Firearm (See instruction 1c) | c. Caliber, Gauge or Size (Specify) | d. Model | | |
|---|---|---|---|---|---|
| ADVANCED ARMAMENT NORCROSS, GA USA | | | RANGER 2 | | |
| | | | Length (Inches) | E. Of Barrel | F. Overall |
| | | | | N/A | 5.75" |
| | Silencer | 5.56MM | g. Serial Number R0647, R0648 | | |

h. Additional Description or Data Appearing on Firearm *(Attach additional sheet if necessary)*

4. Transferee's Federal Firearms License *(Give complete 15-digit number) (See instruction 2b)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 823045 | 01 | 9K | 35801 |

5. Transferee's Special (Occupational) Tax Status

| a. Employer Identification Number | b. Class |
|---|---|
| 23-2677960 | 3 |

6. Transferor's Federal Firearms License *(Give complete 15-digit number) (See instruction 2b)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 158135 | 07 | 1D | 02617 |

7. Transferor's Special (Occupational) Tax Status

| a. Employer Identification Number | b. Class |
|---|---|
| 58-2466585 | 2 |

8. Consent to Disclosure of Information to Transferee *(See instruction 8)* **I do** or do not *(circle one)* authorize ATF to provide information relating to this application to the above-named transferee.

I believe I am entitled to exemption from payment of the transfer tax imposed by Section 5811, National Firearms Act (NFA), on the firearm described above because the transferee named herein is qualified under the NFA to manufacture, import or deal in that type of firearm.

UNDER PENALTIES OF PERJURY, I DECLARE that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete.

9. Original Signature of Transferor *(Or authorized official)*

10. Name and Title of Authorized Official *(Print or type)*: KEVIN T. BRITTINGHAM (OWNER)

11. Date: 7/27/2010

*The Space Below is for the Use of the Bureau of Alcohol, Tobacco, Firearms and Explosives*

By Authority of the Director, this Application has been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee Are:

☒ Approved *(with the following conditions, if any)*   ☐ Disapproved *(For the following reasons)*

Authorized ATF Official   Date: AUG 10 2010

ATF Form 3 (5320.3)
Revised October 2004

AUG 18 2010

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No.1140-0013 (09/30/2007)

# Application for Tax-Exempt Transfer of Firearm and Registration to Special Occupational Taxpayer (National Firearms Act)

**ATF Control Number**

1. Transferee's Name and Address *(as they appear on the Federal Firearms License, including trade name, if any)*

   ROCKY MOUNTAIN SHOOTERS SUPPLY, LLC
   3507 E MULBERRY
   FORT COLLINS, CO 80524

   To be submitted in duplicate by transferor of firearm

   To: National Firearms Act Branch
   Bureau of Alcohol, Tobacco, Firearms and Explosives
   Washington, D.C. 20226

   2b. Transferor's Telephone Number and Area Code: 770.925.9988

   ☐ Sole Proprietor   ☐ Partnership   ☐ Corporation

2a. Transferor's Name And Address *(as they appear on the Federal Firearms License, including trade name, if any)*

   ADVANCED ARMAMENT CORP
   1434 HILLCREST RD
   NORCROSS, GA 30093

   ☐ Sole Proprietor   ☐ Partnership   ☒ Corporation

The above-named and undersigned transferor and special (occupational) taxpayer hereby makes application as required by Section 5812 of the National Firearms Act to transfer, without payment of tax, and register the firearm described below to the special (occupational) taxpayer identified as the transferee in this application.

3. Description of Firearm *(Complete items a through h, if applicable)*

| a. Name and Address of Manufacturer and/or Importer of Firearm | b. Type of Firearm *(See instruction 1c)* | c. Caliber, Gauge or Size *(Specify)* | d. Model: RANGER 2 |
|---|---|---|---|
| ADVANCED ARMAMENT NORCROSS, GA USA | Silencer | 5.56MM | Length (Inches): — / E. Of Barrel: N/A / F. Overall: 5.75" / g. Serial Number: R0649 |

h. Additional Description or Data Appearing on Firearm *(Attach additional sheet if necessary)*

4. Transferee's Federal Firearms License *(Give complete 15-digit number) (See instruction 2b)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 584069 | 01 | 1E | 01530 |

5. Transferee's Special (Occupational) Tax Status
   a. Employer Identification Number: 20-2316078
   b. Class: 3

6. Transferor's Federal Firearms License *(Give complete 15-digit number) (See instruction 2b)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 158135 | 07 | 1D | 02617 |

7. Transferor's Special (Occupational) Tax Status
   a. Employer Identification Number: 58-2466585
   b. Class: 2

8. Consent to Disclosure of Information to Transferee *(See instruction 8)*: (I do) or do not *(circle one)* authorize ATF to provide information relating to this application to the above-named transferee.

I believe I am entitled to exemption from payment of the transfer tax imposed by Section 5811, National Firearms Act (NFA), on the firearm described above because the transferee named herein is qualified under the NFA to manufacture, import or deal in that type of firearm.

UNDER PENALTIES OF PERJURY, I DECLARE that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete.

9. Original Signature of Transferor *(Or authorized official)*: [signature]

10. Name and Title of Authorized Official *(Print or type)*: KEVIN T. BRITTINGHAM (PRES)

11. Date: 7/27/2010

**The Space Below is for the Use of the Bureau of Alcohol, Tobacco, Firearms and Explosives**

By Authority of the Director, this Application has been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee Are:

☒ Approved *(with the following conditions, if any)*   ☐ Disapproved *(For the following reasons)*

Authorized ATF Official: [signature] Albert L. Lenberger

Date: AUG 10 2010

ATF Form 3 (5320.3)
Revised October 2004

AUG 1 8 2010

OMB No.1140-0013 (09/30/2007)

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Application for Tax-Exempt Transfer of Firearm and Registration to Special Occupational Taxpayer (National Firearms Act)**

ATF Control Number

1. Transferee's Name and Address *(as they appear on the Federal Firearms License, including trade name, if any)*

   ROCKY MOUNTAIN SHOOTERS SUPPLY, LLC
   3507 E MULBERRY
   FORT COLLINS, CO 80524

   ☐ Sole Proprietor  ☐ Partnership  ☐ Corporation

To be submitted in duplicate by transferor of firearm

To: National Firearms Act Branch
Bureau of Alcohol, Tobacco, Firearms and Explosives
Washington, D.C. 20226

2b. Tranferor's Telephone Number and Area Code   770.925.9988

2a. Transferor's Name And Address *(as they appear on the Federal Firearms License, including trade name, if any)*

ADVANCED ARMAMENT CORP
1434 HILLCREST RD
NORCROSS, GA 30093

☐ Sole Proprietor  ☐ Partnership  ☒ Corporation

The above-named and undersigned transferor and special (occupational) taxpayer hereby makes application as required by Section 5812 of the National Firearms Act to transfer, without payment of tax, and register the firearm described below to the special *(occupational)* taxpayer identified as the transferee in this application.

3. Description of Firearm *(Complete items a through h, if applicable)*

| a. Name and Address of Manufacturer and/or Importer of Firearm | b. Type of Firearm *(See instruction 1c)* | c. Caliber, Gauge or Size *(Specify)* | d. Model PILOT | | |
|---|---|---|---|---|---|
| ADVANCED ARMAMENT NORCROSS, GA USA | Silencer | .22LR | Length (Inches) | E. Of Barrel N/A | F. Overall 5" |
| | | | g. Serial Number PLT-4193, PLT-4194 | | |

h. Additional Description or Data Appearing on Firearm *(Attach additional sheet if necessary)*

4. Transferee's Federal Firearms License
   *(Give complete 15-digit number) (See instruction 2b)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 584069 | 01 | 1E | 01530 |

5. Transferee's Special (Occupational) Tax Status

| a. Employer Identification Number | b. Class |
|---|---|
| 20-2316078 | 3 |

6. Transferor's Federal Firearms License
   *(Give complete 15-digit number) (See instruction 2b)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 158135 | 07 | 1D | 02617 |

7. Transferor's Special (Occupational) Tax Status

| a. Employer Identification Number | b. Class |
|---|---|
| 58-2466585 | 2 |

8. Consent to Disclosure of Information to Transferee *(See instruction 8)* (I do) or do not *(circle one)* authorize ATF to provide information relating to this application to the above-named transferee.

I believe I am entitled to exemption from payment of the transfer tax imposed by Section 5811, National Firearms Act (NFA), on the firearm described above because the transferee named herein is qualified under the NFA to manufacture, import or deal in that type of firearm.

UNDER PENALTIES OF PERJURY, I DECLARE that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete.

| 9. Original Signature of Transferor (Or authorized official) | 10. Name and Title of Authorized Official *(Print or type)* KEVIN T. BRITTINGHAM (PRES) | 11. Date 7/27/2010 |
|---|---|---|

The Space Below is for the Use of the Bureau of Alcohol, Tobacco, Firearms and Explosives

By Authority of the Director, this Application has been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee Are:

☒ Approved *(with the following conditions, if any)*   ☐ Disapproved *(For the following reasons)*

| Authorized ATF Official | Date AUG 1 0 2010 |
|---|---|

ATF Form 3 (5320.3)
Revised October 2004

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

AUG 2 3 2010

OMB No.1140-0013 (09/30/2007)

## Application for Tax-Exempt Transfer of Firearm and Registration to Special Occupational Taxpayer (National Firearms Act)

**ATF Control Number**

1. Transferee's Name and Address *(as they appear on the Federal Firearms License, including trade name, if any)*

   BULLSEYE INDOOR RANGE & GUN SHOP
   BULLSEYE SPORTING GOODS INC
   221 W CROGAN ST
   LAWRENCEVILLE, GA 30045

   ☐ Sole Proprietor   ☐ Partnership   ☐ Corporation

   To be submitted in duplicate by transferor of firearm

   To: National Firearms Act Branch
   Bureau of Alcohol, Tobacco, Firearms and Explosives
   Washington, D.C. 20226

   2b. Tranferor's Telephone Number and Area Code: 770.925.9988

2a. Transferor's Name And Address *(as they appear on the Federal Firearms License, including trade name, if any)*

   ADVANCED ARMAMENT CORP
   1434 HILLCREST RD
   NORCROSS, GA 30093

   ☐ Sole Proprietor   ☐ Partnership   ☐ Corporation

The above-named and undersigned transferor and special (occupational) taxpayer hereby makes application as required by Section 5812 of the National Firearms Act to transfer, without payment of tax, and register the firearm described below to the special *(occupational)* taxpayer identified as the transferee in this application.

3. Description of Firearm *(Complete items a through h, if applicable)*

| a. Name and Address of Manufacturer and/or Importer of Firearm | b. Type of Firearm *(See instruction 1c)* | c. Caliber, Gauge or Size *(Specify)* | d. Model | | |
|---|---|---|---|---|---|
| ADVANCED ARMAMENT NORCROSS, GA USA | Silencer | 9MM | EVO CQB-9 | | |
| | | | Length (Inches) | E. Of Barrel | F. Overall |
| | | | | N/A | 6" |
| | | | g. Serial Number CQB9-2001 | | |

h. Additional Description or Data Appearing on Firearm *(Attach additional sheet if necessary)*

| 4. Transferee's Federal Firearms License | | | | 5. Transferee's Special (Occupational) Tax Status | |
|---|---|---|---|---|---|
| *(Give complete 15-digit number) (See instruction 2b)* | | | | a. Employer Identification Number | b. Class |
| First 6 digits | 2 digits | 2 digits | 5 digits | | |
| 158135 | 01 | 2L | 39263 | 58-2083134 | 3 |
| 6. Transferor's Federal Firearms License | | | | 7. Transferor's Special (Occupational) Tax Status | |
| *(Give complete 15-digit number) (See instruction 2b)* | | | | a. Employer Identification Number | b. Class |
| First 6 digits | 2 digits | 2 digits | 5 digits | | |
| 158135 | 07 | 1D | 02617 | 58-2466585 | 2 |

8. Consent to Disclosure of Information to Transferee *(See instruction 8)*.  (**I do**) or do not *(circle one)* authorize ATF to provide information relating to this application to the above-named transferee.

I believe I am entitled to exemption from payment of the transfer tax imposed by Section 5811, National Firearms Act (NFA), on the firearm described above because the transferee named herein is qualified under the NFA to manufacture, import or deal in that type of firearm.

UNDER PENALTIES OF PERJURY, I DECLARE that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete.

| 9. Original Signature of Transferor *(Or authorized official)* | 10. Name and Title of Authorized Official *(Print or type)* | 11. Date |
|---|---|---|
| *[signature]* | KEVIN T. BRITTINGHAM (OWNER) | 7/21/2010 |

The Space Below is for the Use of the Bureau of Alcohol, Tobacco, Firearms and Explosives

By Authority of the Director, this Application has been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee Are:

☐ Approved *(with the following conditions, if any)*   ☐ Disapproved *(For the following reasons)*

| Authorized ATF Official | *[signature] Albert L. Lenberger* | Date | AUG 0 5 2010 |
|---|---|---|---|

ATF Form 3 (5320.3)
Revised October 2004

AUG 2 4 2010

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No.1140-0013 (09/30/2007)

**Application for Tax-Exempt Transfer of Firearm and Registration to Special Occupational Taxpayer (National Firearms Act)**

ATF Control Number

1. Transferee's Name and Address *(as they appear on the Federal Firearms License, including trade name, if any)*

   DURY'S GUN SHOP
   DURY'S GUN SHOP INC.
   819 HOT WELLS
   SAN ANTONIO, TX 78223

   ☐ Sole Proprietor   ☐ Partnership   ☐ Corporation

   To be submitted in duplicate by transferor of firearm

   To: National Firearms Act Branch
   Bureau of Alcohol, Tobacco, Firearms and Explosives
   Washington, D.C. 20226

   2b. Transferor's Telephone Number and Area Code: 770.925.9988

2a. Transferor's Name And Address *(as they appear on the Federal Firearms License, including trade name, if any)*

   ADVANCED ARMAMENT CORP
   1434 HILLCREST RD
   NORCROSS, GA 30093

   ☐ Sole Proprietor   ☐ Partnership   ☒ Corporation

The above-named and undersigned transferor and special (occupational) taxpayer hereby makes application as required by Section 5812 of the National Firearms Act to transfer, without payment of tax, and register the firearm described below to the special (occupational) taxpayer identified as the transferee in this application.

3. Description of Firearm *(Complete items a through h, if applicable)*

| a. Name and Address of Manufacturer and/or Importer of Firearm | b. Type of Firearm (See instruction 1c) | c. Caliber, Gauge or Size (Specify) | d. Model: RANGER 2 |
|---|---|---|---|
| ADVANCED ARMAMENT NORCROSS, GA USA | Silencer | 5.56MM | Length (Inches): / E. Of Barrel: N/A / F. Overall: 5.9" |
| | | | g. Serial Number: R0652 |

h. Additional Description or Data Appearing on Firearm *(Attach additional sheet if necessary)*

4. Transferee's Federal Firearms License *(Give complete 15-digit number)* *(See instruction 2b)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 574029 | 01 | 0L | 04455 |

5. Transferee's Special (Occupational) Tax Status

| a. Employer Identification Number | b. Class |
|---|---|
| 74-1832009 | 3 |

6. Transferor's Federal Firearms License *(Give complete 15-digit number)* *(See instruction 2b)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 158135 | 07 | 1D | 02617 |

7. Transferor's Special (Occupational) Tax Status

| a. Employer Identification Number | b. Class |
|---|---|
| 58-2466585 | 2 |

8. Consent to Disclosure of Information to Transferee *(See instruction 8)* (I do) or do not *(circle one)* authorize ATF to provide information relating to this application to the above-named transferee.

I believe I am entitled to exemption from payment of the transfer tax imposed by Section 5811, National Firearms Act (NFA), on the firearm described above because the transferee named herein is qualified under the NFA to manufacture, import or deal in that type of firearm.

UNDER PENALTIES OF PERJURY, I DECLARE that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete.

9. Original Signature of Transferor *(Or authorized official)*

10. Name and Title of Authorized Official *(Print or type)*: KEVIN T. BRITTINGHAM (PRES)

11. Date: 8/2/2010

*The Space Below is for the Use of the Bureau of Alcohol, Tobacco, Firearms and Explosives*

By Authority of the Director, this Application has been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee Are:

☒ Approved *(with the following conditions, if any)*   ☐ Disapproved *(For the following reasons)*

Authorized ATF Official: *[signature]*

Date: AUG 1 9 2010

ATF Form 3 (5320.3)
Revised October 2004

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

AUG 24 2010

OMB No.1140-0013 (09/30/2007)

# Application for Tax-Exempt Transfer of Firearm and Registration to Special Occupational Taxpayer (National Firearms Act)

**ATF Control Number**

1. **Transferee's Name and Address** (as they appear on the Federal Firearms License, including trade name, if any)

   THE TRADING PLACE PAWN
   TRADING PLACES PAWN AND SALES INC
   1412 SOUTH BROAD STREET
   MONROE, GA 30655

   ☐ Sole Proprietor   ☐ Partnership   ☐ Corporation

   To be submitted in duplicate by transferor of firearm

   To: National Firearms Act Branch
   Bureau of Alcohol, Tobacco, Firearms and Explosives
   Washington, D.C. 20226

   2b. Transferor's Telephone Number and Area Code: 770.925.9988

2a. **Transferor's Name And Address** (as they appear on the Federal Firearms License, including trade name, if any)

   ADVANCED ARMAMENT CORP
   1434 HILLCREST RD
   NORCROSS, GA 30093

   ☐ Sole Proprietor   ☐ Partnership   ☒ Corporation

The above-named and undersigned transferor and special (occupational) taxpayer hereby makes application as required by Section 5812 of the National Firearms Act to transfer, without payment of tax, and register the firearm described below to the special (occupational) taxpayer identified as the transferee in this application.

3. **Description of Firearm** (Complete items a through h, if applicable)

| a. Name and Address of Manufacturer and/or Importer of Firearm | b. Type of Firearm (See instruction 1c) | c. Caliber, Gauge or Size (Specify) | d. Model: PILOT |
|---|---|---|---|
| ADVANCED ARMAMENT NORCROSS, GA USA | Silencer | .22LR | Length (Inches) — E. Of Barrel: N/A — F. Overall: 5" |
| | | | g. Serial Number: PLT-4196 thru PLT-4199 |

h. Additional Description or Data Appearing on Firearm (Attach additional sheet if necessary)

4. **Transferee's Federal Firearms License** (Give complete 15-digit number) (See instruction 2b)

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 1 58297 | 02 | 0J | 00713 |

5. **Transferee's Special (Occupational) Tax Status**
   a. Employer Identification Number: 80-0082800   b. Class: 3

6. **Transferor's Federal Firearms License** (Give complete 15-digit number) (See instruction 2b)

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 1 58135 | 07 | 8D | 02617 |

7. **Transferor's Special (Occupational) Tax Status**
   a. Employer Identification Number: 58-2466585   b. Class: 2

8. Consent to Disclosure of Information to Transferee (See instruction 8) (**I do** or do not) (circle one) authorize ATF to provide information relating to this application to the above-named transferee.

I believe I am entitled to exemption from payment of the transfer tax imposed by Section 5811, National Firearms Act (NFA), on the firearm described above because the transferee named herein is qualified under the NFA to manufacture, import or deal in that type of firearm.

UNDER PENALTIES OF PERJURY, I DECLARE that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete.

9. Original Signature of Transferor (Or authorized official): *[signature]*

10. Name and Title of Authorized Official (Print or type): KEVIN T. BRITTINGHAM (PRES)

11. Date: 8/2/2010

---

**The Space Below is for the Use of the Bureau of Alcohol, Tobacco, Firearms and Explosives**

By Authority of the Director, this Application has been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee Are:

☒ Approved (with the following conditions, if any)

☐ Disapproved (For the following reasons)

Authorized ATF Official: *Albert L. Lenberg [signature]*

Date: AUG 19 2010

ATF Form 3 (5320.3)
Revised October 2004

AUG 2 4 2010

OMB No.1140-0013 (09/30/2007)

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Application for Tax-Exempt Transfer of Firearm and Registration to Special Occupational Taxpayer (National Firearms Act)

**ATF Control Number**

1. Transferee's Name and Address *(as they appear on the Federal Firearms License, including trade name, if any)*

    ZX GUNS
    230 SOUTH 3RD ST
    GOSHEN, IN 46526

    To be submitted in duplicate by transferor of firearm

    To: National Firearms Act Branch
    Bureau of Alcohol, Tobacco, Firearms and Explosives
    Washington, D.C. 20226

    2b. Tranferor's Telephone Number and Area Code: 770.925.9988

    ☐ Sole Proprietor   ☐ Partnership   ☐ Corporation

2a. Transferor's Name And Address *(as they appear on the Federal Firearms License, including trade name, if any)*

    ADVANCED ARMAMENT CORP
    1434 HILLCREST RD
    NORCROSS, GA 30093

    ☐ Sole Proprietor   ☐ Partnership   ☒ Corporation

The above-named and undersigned transferor and special (occupational) taxpayer hereby makes application as required by Section 5812 of the National Firearms Act to transfer, without payment of tax, and register the firearm described below to the special *(occupational)* taxpayer identified as the transferee in this application.

3. Description of Firearm *(Complete items a through h, if applicable)*

| a. Name and Address of Manufacturer and/or Importer of Firearm | b. Type of Firearm *(See instruction 1c)* | c. Caliber, Gauge or Size *(Specify)* | d. Model | | |
|---|---|---|---|---|---|
| ADVANCED ARMAMENT NORCROSS, GA USA | Silencer | 5.56MM | RANGER 2 | | |
| | | | Length (Inches) | E. Of Barrel | F. Overall |
| | | | | N/A | 5.75" |
| | | | g. Serial Number R0651 | | |

h. Additional Description or Data Appearing on Firearm *(Attach additional sheet if necessary)*

4. Transferee's Federal Firearms License *(Give complete 15-digit number) (See instruction 2b)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 435039 | 01 | 1K | 01891 |

5. Transferee's Special (Occupational) Tax Status
   a. Employer Identification Number: 26-1456790
   b. Class: 3

6. Transferor's Federal Firearms License *(Give complete 15-digit number) (See instruction 2b)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 158135 | 07 | 1D | 02617 |

7. Transferor's Special (Occupational) Tax Status
   a. Employer Identification Number: 58-2466585
   b. Class: 2

8. Consent to Disclosure of Information to Transferee *(See instruction 8)* I do or do not *(circle one)* authorize ATF to provide information relating to this application to the above-named transferee.

I believe I am entitled to exemption from payment of the transfer tax imposed by Section 5811, National Firearms Act (NFA), on the firearm described above because the transferee named herein is qualified under the NFA to manufacture, import or deal in that type of firearm.

UNDER PENALTIES OF PERJURY, I DECLARE that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete.

9. Original Signature of Transferor *(Or authorized official)* [signature]

10. Name and Title of Authorized Official *(Print or type)*: KEVIN T. BRITTINGHAM (PRES)

11. Date: 8/2/2010

The Space Below is for the Use of the Bureau of Alcohol, Tobacco, Firearms and Explosives

By Authority of the Director, this Application has been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee Are:

☒ Approved *(with the following conditions, if any)*   ☐ Disapproved *(For the following reasons)*

Authorized ATF Official: [signature] Albert L. Lombuyer

Date: AUG 1 9 2010

ATF Form 3 (5320.3)
Revised October 2004

AUG 2 4 2010    PLT-4201, 4202

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No.1140-0013 (09/30/2007)

## Application for Tax-Exempt Transfer of Firearm and Registration to Special Occupational Taxpayer (National Firearms Act)

**ATF Control Number**

**1. Transferee's Name and Address** *(as they appear on the Federal Firearms License, including trade name, if any)*

ZX GUNS
230 SOUTH 3RD ST
GOSHEN, IN 46526

To be submitted in duplicate by transferor of firearm

To: National Firearms Act Branch
Bureau of Alcohol, Tobacco, Firearms and Explosives
Washington, D.C. 20226

☐ Sole Proprietor   ☐ Partnership   ☐ Corporation

**2b. Transferor's Telephone Number and Area Code**   770.925.9988

**2a. Transferor's Name And Address** *(as they appear on the Federal Firearms License, including trade name, if any)*

ADVANCED ARMAMENT CORP
1434 HILLCREST RD
NORCROSS, GA 30093

☐ Sole Proprietor   ☐ Partnership   ☒ Corporation

The above-named and undersigned transferor and special (occupational) taxpayer hereby makes application as required by Section 5812 of the National Firearms Act to transfer, without payment of tax, and register the firearm described below to the special (occupational) taxpayer identified as the transferee in this application.

**3. Description of Firearm** *(Complete items a through h, if applicable)*

| a. Name and Address of Manufacturer and/or Importer of Firearm | b. Type of Firearm (See instruction 1c) | c. Caliber, Gauge or Size (Specify) | d. Model | | |
|---|---|---|---|---|---|
| ADVANCED ARMAMENT NORCROSS, GA USA | Silencer | .22LR | PILOT | | |
| | | | Length (Inches) | E. Of Barrel | F. Overall |
| | | | | N/A | 5" |
| | | | g. Serial Number  PLT-4200 thru PLT-4202 | | |

h. Additional Description or Data Appearing on Firearm *(Attach additional sheet if necessary)*

**4. Transferee's Federal Firearms License** *(Give complete 15-digit number) (See instruction 2b)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 435039 | 01 | 1K | 01891 |

**5. Transferee's Special (Occupational) Tax Status**

| a. Employer Identification Number | b. Class |
|---|---|
| 26-1456790 | 3 |

**6. Transferor's Federal Firearms License** *(Give complete 15-digit number) (See instruction 2b)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 158135 | 07 | 1D | 02617 |

**7. Transferor's Special (Occupational) Tax Status**

| a. Employer Identification Number | b. Class |
|---|---|
| 58-2466585 | 2 |

**8. Consent to Disclosure of Information to Transferee** *(See instruction 8)* (I do) or do not *(circle one)* authorize ATF to provide information relating to this application to the above-named transferee.

I believe I am entitled to exemption from payment of the transfer tax imposed by Section 5811, National Firearms Act (NFA), on the firearm described above because the transferee named herein is qualified under the NFA to manufacture, import or deal in that type of firearm.

UNDER PENALTIES OF PERJURY, I DECLARE that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete.

**9. Original Signature of Transferor** *(Or authorized official)*

**10. Name and Title of Authorized Official** *(Print or type)*
KEVIN T. BRITTINGHAM (PRES)

**11. Date**
8/2/2010

The Space Below is for the Use of the Bureau of Alcohol, Tobacco, Firearms and Explosives

By Authority of the Director, this Application has been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee Are:

☒ Approved *(with the following conditions, if any)*

☐ Disapproved *(For the following reasons)*

Authorized ATF Official

Date   AUG 19 2010

ATF Form 3 (5320.3)
Revised October 2004

U.S. Department of Justice  
Bureau of Alcohol, Tobacco, Firearms and Explosives

AUG 2 4 2010

OMB No.1140-0013 (09/30/2007)

**Application for Tax-Exempt Transfer of Firearm and Registration to Special Occupational Taxpayer (National Firearms Act)**

ATF Control Number

1. Transferee's Name and Address *(as they appear on the Federal Firearms License, including trade name, if any)*

   RANCH & HOME  
   845 N COLUMBIA CENTER BLVD  
   KENNEWICK, WA 99336

   ☐ Sole Proprietor   ☐ Partnership   ☐ Corporation

   To be submitted in duplicate by transferor of firearm

   To: National Firearms Act Branch  
   Bureau of Alcohol, Tobacco, Firearms and Explosives  
   Washington, D.C. 20226

   2b. Tranferor's Telephone Number and Area Code: 770.925.9988

2a. Transferor's Name And Address *(as they appear on the Federal Firearms License, including trade name, if any)*

   ADVANCED ARMAMENT CORP  
   1434 HILLCREST RD  
   NORCROSS, GA 30093

   ☐ Sole Proprietor   ☐ Partnership   ☒ Corporation

The above-named and undersigned transferor and special (occupational) taxpayer hereby makes application as required by Section 5812 of the National Firearms Act to transfer, without payment of tax, and register the firearm described below to the special *(occupational)* taxpayer identified as the transferee in this application.

3. Description of Firearm *(Complete items a through h, if applicable)*

| a. Name and Address of Manufacturer and/or Importer of Firearm | b. Type of Firearm *(See instruction 1c)* | c. Caliber, Gauge or Size *(Specify)* | d. Model | | |
|---|---|---|---|---|---|
| ADVANCED ARMAMENT NORCROSS, GA USA | | | RANGER 2 | | |
| | | | Length (Inches) | E. Of Barrel | F. Overall |
| | | | | N/A | 5.9" |
| | Silencer | 5.56MM | g. Serial Number R0650 | | |

h. Additional Description or Data Appearing on Firearm *(Attach additional sheet if necessary)*

4. Transferee's Federal Firearms License *(Give complete 15-digit number) (See instruction 2b)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 991005 | 01 | 1M | 02889 |

5. Transferee's Special (Occupational) Tax Status  
a. Employer Identification Number: 36-3727544   b. Class: 3

6. Transferor's Federal Firearms License *(Give complete 15-digit number) (See instruction 2b)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 158135 | 07 | 1D | 02617 |

7. Transferor's Special (Occupational) Tax Status  
a. Employer Identification Number: 58-2466585   b. Class: 2

8. Consent to Disclosure of Information to Transferee *(See instruction 8)* (I do) or do not *(circle one)* authorize ATF to provide information relating to this application to the above-named transferee.

I believe I am entitled to exemption from payment of the transfer tax imposed by Section 5811, National Firearms Act (NFA), on the firearm described above because the transferee named herein is qualified under the NFA to manufacture, import or deal in that type of firearm.

UNDER PENALTIES OF PERJURY, I DECLARE that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete.

9. Original Signature of Transferor *(Or authorized official)*

10. Name and Title of Authorized Official *(Print or type)*: KEVIN T. BRITTINGHAM (PRES)

11. Date: 8/2/2010

The Space Below is for the Use of the Bureau of Alcohol, Tobacco, Firearms and Explosives

By Authority of the Director, this Application has been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee Are:

☒ Approved *(with the following conditions, if any)*   ☐ Disapproved *(For the following reasons)*

Authorized ATF Official

Date: AUG 19 2010

ATF Form 3 (5320.3)  
Revised October 2004

AUG 2 4 2010

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No.1140-0013 (09/30/2007)

**Application for Tax-Exempt Transfer of Firearm and Registration to Special Occupational Taxpayer (National Firearms Act)**

ATF Control Number

1. Transferee's Name and Address *(as they appear on the Federal Firearms License, including trade name, if any)*

   ARMAMENT SERVICES INTERNATIONAL INC (ASI)
   103 CAMARS DR
   WARMINSTER, PA 18974

   To be submitted in duplicate by transferor of firearm

   To: National Firearms Act Branch
       Bureau of Alcohol, Tobacco, Firearms and Explosives
       Washington, D.C. 20226

   ☐ Sole Proprietor  ☐ Partnership  ☐ Corporation

2b. Transferor's Telephone Number and Area Code: 770.925.9988

2a. Transferor's Name And Address *(as they appear on the Federal Firearms License, including trade name, if any)*

   ADVANCED ARMAMENT CORP
   1434 HILLCREST RD
   NORCROSS, GA 30093

   ☐ Sole Proprietor  ☐ Partnership  ☒ Corporation

The above-named and undersigned transferor and special (occupational) taxpayer hereby makes application as required by Section 5812 of the National Firearms Act to transfer, without payment of tax, and register the firearm described below to the special *(occupational)* taxpayer identified as the transferee in this application.

3. Description of Firearm *(Complete items a through h, if applicable)*

| a. Name and Address of Manufacturer and/or Importer of Firearm | b. Type of Firearm (See instruction 1c) | c. Caliber, Gauge or Size (Specify) | d. Model | | |
|---|---|---|---|---|---|
| ADVANCED ARMAMENT NORCROSS, GA USA | | | TITAN-QD | | |
| | | | Length (Inches) | E. Of Barrel | F. Overall |
| | | | | N/A | 9" |
| | Silencer | .338LM | g. Serial Number TiQD-0148, TiQD-0184 | | |

h. Additional Description or Data Appearing on Firearm *(Attach additional sheet if necessary)*

4. Transferee's Federal Firearms License *(Give complete 15-digit number) (See instruction 2b)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 823017 | 07 | 0J | 00401 |

5. Transferee's Special (Occupational) Tax Status

| a. Employer Identification Number | b. Class |
|---|---|
| 23-3053216 | 2 |

6. Transferor's Federal Firearms License *(Give complete 15-digit number) (See instruction 2b)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 158135 | 07 | 1D | 02617 |

7. Transferor's Special (Occupational) Tax Status

| a. Employer Identification Number | b. Class |
|---|---|
| 58-2466585 | 2 |

8. Consent to Disclosure of Information to Transferee *(See instruction 8)* **I do** or do not *(circle one)* authorize ATF to provide information relating to this application to the above-named transferee.

I believe I am entitled to exemption from payment of the transfer tax imposed by Section 5811, National Firearms Act (NFA), on the firearm described above because the transferee named herein is qualified under the NFA to manufacture, import or deal in that type of firearm.

UNDER PENALTIES OF PERJURY, I DECLARE that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete.

9. Original Signature of Transferor *(Or authorized official)*

10. Name and Title of Authorized Official *(Print or type)*: KEVIN T. BRITTINGHAM (PRES)

11. Date: 8/2/2010

The Space Below is for the Use of the Bureau of Alcohol, Tobacco, Firearms and Explosives

By Authority of the Director, this Application has been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee Are:

☒ Approved *(with the following conditions, if any)*   ☐ Disapproved *(For the following reasons)*

Authorized ATF Official

Date: AUG 19 2010

ATF Form 3 (5320.3)
Revised October 2004