# Exhibit 50

| | |
|---|---|
| **From:** | George Zahringer [george.zahringer@db.com] |
| **Sent:** | Thursday, December 16, 2010 6:55 PM |
| **To:** | Johanna Reeves; George Joulwan; Michael W. Hagee; 'lgray@cerberuschicago.com'; 'edward.mcdonald@dechert.com'; Roth, Fred |
| **Subject:** | Re: Freedom Group, Inc./Advanced Armament - Initial Voluntary Self-Disclosure |

*Redacted – Privilege*

**From:** Johanna Reeves [jreeves@jreeveslaw.com]
**Sent:** 12/16/2010 02:30 PM PST
**To:** George Zahringer; GeorgeJoulwan <gjoulwan@aol.com>; "Michael W. Hagee" <hageemw@gmail.com>; "'lgray@cerberuschicago.com'" <lgray@cerberuschicago.com>; "'edward.mcdonald@dechert.com'" <edward.mcdonald@dechert.com>; "Roth, Fred" <Fred.Roth@remington.com>
**Subject:** FW: Freedom Group, Inc./Advanced Armament - Initial Voluntary Self-Disclosure

*Redacted – Privilege*

Johanna Reeves
Attorney at Law
Direct Dial: 202-683-4200

Law Office of Johanna Reeves
1425 K Street, NW
Suite 350
Washington, DC 20005
Tel  202.587.5744
Fax 202.587.5601
jreeves@jreeveslaw.com

Admitted in New York and Washington, DC

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, be advised that any U.S. federal tax advice contained in this communication (including any attachments) was not written or intended to be used, and cannot be used, for the purpose of (i) avoiding any tax-related penalties that may be imposed on you or any other person under the Internal Revenue Code, or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed in this communication.

This message is intended only for the use of the Addressee(s) named above.  This message contains CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED.  If you are not the intended recipient of this message, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this message is strictly prohibited.  If you received this message in error, please immediately notify the sender by telephone and delete the message and all attachments.

REM140001048

**From:** Johanna Reeves
**Sent:** Thursday, December 16, 2010
**To:** Stephen B. Albro (stephen.albro@atf.gov)
**Cc:** 'Benjamin.Mendoza@atf.gov'
**Subject:** Freedom Group, Inc./Advanced Armament - Initial Voluntary Self-Disclosure

Steve,

Thank you for taking the time on Tuesday, December 14, 2010, to speak to me regarding the recent events that have come to the attention of my client, Freedom Group, Inc. (FGI) and its indirect wholly-owned subsidiary, Advanced Armament Corp. (AAC) (FFL # 1-58-135-07-3G-06236 and SOT).  AAC is a wholly-owned subsidiary of Remington Arms Co., Inc. ("Remington"), and Remington is a wholly-owned subsidiary of FGI.  The Responsible Persons on AAC's Type 07 federal firearms license are Kevin Brittingham, Chief Executive Officer of AAC, Fredric Roth, Chief Compliance Officer, General Counsel, and Secretary of FGI, and Roger Mustian, Director of Corporate Compliance at Remington Arms Company, Inc.

The following is a summary of the facts currently known to FGI regarding a 1910 Maxim silencer that came into the possession of Mr. Brittingham and which subsequently has been destroyed.  The serial number appears to be 6112, but because of the current condition of the parts and pieces, it is difficult to make out clearly.

Please note, FGI is still conducting an internal investigation and we anticipate following up this email with a disclosure of the known facts and circumstances surrounding the receipt, possession and disposal of the silencer within thirty days.

•	Sometime during the fall (exact dates unknown at this time), Mr. Brittingham received a silencer from an individual in Colorado, Roger Watson.  It appears the silencer was not registered to Watson in the National Firearms Registration and Transfer Record, and we do not believe Watson applied to ATF for prior approval on the transfer.  To our knowledge, Mr. Brittingham did not have prior knowledge Watson would be sending the silencer.  It appears the silencer was shipped to Mr. Brittingham at AAC.

•	Mr. Brittingham holds a federal firearms license with ATF that is distinct and separate from the AAC license.  His licensed premises are located in Norcross, GA.  During the course of FGI's investigation, Mr. Brittingham has indicated he received and possessed the silencer as an individual and not in his capacity as CEO of AAC or as an employee of FGI.  FGI had no knowledge of the silencer until on or about November 3, 2010.

•	As soon as FGI learned of Mr. Brittingham's possession of the silencer, Mr. Mustian instructed Mr. Brittingham to secure the silencer in a locked container.  FGI immediately commenced an internal investigation to determine the facts and circumstances surrounding the receipt and possession of the silencer.  This investigation is still ongoing.

•	On or about November 15, 2010, Mark Barnes contacted ATF (Scott Mendoza) on a no-name basis to discuss available options for proper disposal of the silencer.  During this consultation, it was recommended the silencer be turned over to a museum because of its historical worth.  FGI was informed of this consultation and agreed to this solution.  At this time, the silencer was still in Brittingham's possession at AAC.

•	In light of the proposed resolution, Mr. Mustian informed Mr. Brittingham of the anticipated disposal of the silencer to a museum, and instructed Mr. Brittingham to send the silencer to his attention at FGI's headquarters in Madison, North Carolina.  Mr. Mustian explained to Mr. Brittingham that disposal would commence with the assistance of Mark Barnes.  The anticipated date of such disposal was December 8, 2010.

•	On or about November 30, 2010, Mr. Mustian received half of the silencer, cut lengthwise.  It appears that Mr. Brittingham instructed someone at AAC to cut the silencer before sending it to Mr. Mustian.  After Mr. Mustian asked Mr. Brittingham about the rest of the silencer, Mr. Brittingham eventually turned over the remaining half further cut into 20 or more pieces, with some pieces crushed.  Mr. Mustian received the second

REM140001049

half of the silencer on or about December 7, 2010.   Photos of the silencer pieces currently in Messrs. Roth and Mustian's possession are attached as follows: the first silencer half received are photos 19, 20 and 21; the second silencer half received are photos 24, 25 and 26.  Photos of all silencer pieces together are #s 22, 23 and 27.

- The silencer has not been relinquished to the museum because it was received in a destroyed condition.  Rather, since receipt of the destroyed silencer, the two AAC RPs, Messrs. Roth and Mustian, have maintained possession at all times.  It is currently in a locked container at FGI's headquarters with access limited to Messrs. Roth and Mustian.

- As the information available to FGI at the present time indicates there has been a violation of FGI's compliance policies, FGI has placed Mr. Brittingham and one other individual with knowledge of the facts on paid suspension until the internal investigation has been completed.

Please be advised that FGI is prepared to respond to further inquiries from ATF as a follow-up to this disclosure.  While FGI was not knowingly involved in or aware of Mr. Brittingham's receipt of the silencer, and did not learn of the silencer until relatively recently, we are providing this information to ATF in the interest of maintaining open communication and full cooperation.

If there are any questions regarding this matter, please contact me at 202-683-4200.

Thank you.
Johanna

Johanna Reeves
Attorney at Law
Direct Dial: 202-683-4200

Law Office of Johanna Reeves
1425 K Street, NW
Suite 350
Washington, DC 20005
Tel  202.587.5744
Fax 202.587.5601
jreeves@reeveslaw.com

Admitted in New York and Washington, DC

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, be advised that any U.S. federal tax advice contained in this communication (including any attachments) was not written or intended to be used, and cannot be used, for the purpose of (i) avoiding any tax-related penalties that may be imposed on you or any other person under the Internal Revenue Code, or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed in this communication.

This message is intended only for the use of the Addressee(s) named above.  This message contains CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED.  If you are not the intended recipient of this message, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this message is strictly prohibited.  If you received this message in error, please immediately notify the sender by telephone and delete the message and all attachments.

---
This communication may contain confidential and/or privileged information.
If you are not the intended recipient (or have received this communication
in error) please notify the sender immediately and destroy this
communication. Any unauthorized copying, disclosure or distribution of the
material in this communication is strictly forbidden.

REM140001050

Deutsche Bank does not render legal or tax advice, and the information contained in this communication should not be regarded as such.

REM140001051