# Exhibit 51

| | |
|---|---|
| **From:** | Lisa Gray [lgray@cerberuschicago.com] |
| **Sent:** | Sunday, January 09, 2011 9:02 PM |
| **To:** | Don Ronchi; Blystone, John B.; Michael W. Hagee; George K. Kollitides II; Walter F. McLallen IV; George J. Zahringer III; George Joulwan |
| **Cc:** | Nardelli, Bob; Cofield, Melissa S.; Schauble, Jason; Jackson, Steve P.; Gross, Joseph; Blackwell, Scott; Roth, Fred |
| **Subject:** | Re: Resolution of AAC Personnel Situation |

Jason and Melissa handled this matter professionally, sacrificing the majority of their weekend to get this matter concluded prior to Monday's meeting.

My thanks goes out to both of them.

---

**From:** Don Ronchi
**To:** 'Blystone, JohnB.' ; 'HageeMW' ; George Kollitides; 'Walter McLallen' ; 'George Zahringer' ; 'George Joulwan'
**Cc:** Robert Nardelli; Lisa Gray; 'Cofield, Melissa S.' ; 'Jason Schauble' ; Steve Jackson; 'joseph.gross@remington.com' ; 'Scott.Blackwell@remington.com' ; 'Roth, Fred'
**Sent:** Sun Jan 09 20:33:11 2011
**Subject:** Resolution of AAC Personnel Situation
Colleagues:

This morning Jason and Melissa held separate conference calls with Kevin Brittingham and Lynsey Thompson to communicate the terms under which they would be permitted to continue their employment with the company.  These terms were agreed upon by the team after following up on last Friday's call (Jason, Melissa, Lisa, George K, and myself).  By Saturday evening this team had finalized term sheets for both Kevin and Lynsey and also agreed that Jason and Melissa would have discretion to make minor adjustments if necessary to reach closure.

The initial conference calls went well; Kevin and Lynsey mostly listened.  Following the initial call, Kevin phoned Jason several times and basically indicated that he was unwilling to accept the terms as stated.  He subsequently submitted a revised term sheet that materially changed the conditions.  Our team rejected his revisions with one exception:  we were willing to raise Kevin's base from the 175K offer to 200K (prior to suspension his base was 250K).  Jason was able to convince Kevin to accept this final offer and Kevin signed the term sheet.

Lynsey came back with a request to increase her base and bonus from the offer of 95K and 25% respectively (she had been at 105.5 base and 50% bonus).  Jason went up to 98K base and 40% bonus and Lynsey signed her term sheet.

Jason is on his way to AAC and will be there in the morning when Kevin and Lynsey report back to work.

On behalf of all of us, I want to thank Melissa and Jason for all their work this weekend to bring this phase of the situation to closure.

Don

---

This e-mail message and any attachment to this e-mail message contains confidential information that may
be legally privileged and/or deemed to be material non-public information.  The recipient may not reproduce,
copy or forward (whether electronically or otherwise) any of the information or materials contained herein to
any other person, except to the receiver's professional advisors.  If you are not the intended recipient, you

REM170008424

must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to
it.  If you have received this e-mail in error, please immediately notify us by return e-mail and delete this
message.  E-mail transmissions cannot be guaranteed to be secure or error-free as information could be
intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore
does not accept liability for any errors or omissions in the contents of this message which arise as a result of
e-mail transmission.  If this e-mail contains a forwarded message or is a reply to a prior message, the sender
may not have produced some or all of the contents this message or any attachments.  If verification is
required, please request a hard-copy version.  This message is provided for informational purposes and
should not be construed as a solicitation or offer to buy or sell any securities or related financial
instruments.

REM170008425