# Exhibit 59

## Transition Plan Major Objectives (cont.)

*Confidential*

- IT
  - Perform an ERP "Lite-Medium" selection process and implement it into AAC, then integrate only at a SAP BPC layer (e.g. no operational integration into SAP ECC).
  
    Establish ERP Implementation IPT across all functional areas to ensure proper ERP design and implementation

- Finance
  - Capture preliminary accounting entries and inventory valuations
  - Rapidly hire an accountant for AAC
  
    Clean up pre-close accounting errors
  - Begin quarterly reporting to FGI (1Q10)

- Sales and Marketing
  - Educate our sales force and the commercial market on AAC Products
  
    Assist AAC with leveraging FGI's sales and marketing resources

- Compliance/Legal
  - Establish appropriate control structures
  - Identify, assign, and protect Intellectual Property



Remington

7

CONFIDENTIAL

REM030000014