# Exhibit 60

| | |
|---|---|
| **From:** | Mustian, Roger T. |
| **Sent:** | Tuesday, November 10, 2009 7:33 AM |
| **To:** | Shaw, Trevor W. |
| **Subject:** | Re: Lynsey workload ref. compliance |

Trevor,
I had just gotten off the phone with lynsey 30 minutes before this email and we agreed to Friday. What changed in that time period?
Thanks
Sent from my Blackberry wireless device.

---

**From**: Shaw, Trevor W.
**To**: Mustian, Roger T.
**Sent**: Mon Nov 09 15:18:49 2009
**Subject**: Lynsey workload ref. compliance
Roger,

   Lynsey is concerned about the compliance workload.  She says it will take her a couple of weeks to get thru the list given her other responsibilities and that this is something she can't really delegate since she is the subject matter expert.  What are we looking at on being able to draw this out a little?  She is looking for a degree of relief here if at all possible.  Please relay the level of urgency to us.

Sincerely,
Trevor

*Trevor W. Shaw*
Director, Military & Government Programs
Remington Arms Company, Inc.
870 Remington Drive
Box 700
Madison, NC  27025
336 698 5722
336 548 8577
trevor.shaw@remington.com

1

CONFIDENTIAL

REM030001192