# Exhibit 62

| | |
|---|---|
| **From:** | Lynsey Thompson [Lynsey@advanced-armament.com] |
| **Sent:** | Monday, November 16, 2009 2:23 PM |
| **To:** | Mustian, Roger T. |
| **Subject:** | RE: Mark Barnes Gun Control and NFA Firearm Class |

Roger,
I think this position may go to Kathy. We are still deciding on job descriptions. I think it would be important for her to attend this as well as the meeting at BFI. I would like to go to the BFI meeting as well.

Thanks,
**Lynsey Thompson**
**Advanced Armament Corp.**
1434 Hillcrest Road
Norcross, GA 30093
770-925-9988 x 7 (office)
770-925-9989 (fax)
www.advanced-armament.com

---

**From:** Mustian, Roger T. [mailto:Roger.Mustian@remington.com]
**Sent:** Monday, November 16, 2009 2:07 PM
**To:** 'Lynsey@advanced-armament.com'
**Subject:** Re: Mark Barnes Gun Control and NFA Firearm Class


Lynsey,

I think the course is great although expensive. I would suggest we wait and send the full time person that we choose for the position after I determine that it would not be counter to our recent decisions to replace Barnes as firearms counsel.. If the person is going to be Kathy then yes she should go.. Outside of that we would probably all meet at bfi for an nfa training.
Thanks
Sent from my Blackberry wireless device.

---

**From:** Lynsey Thompson
**To:** Mustian, Roger T.
**Sent:** Mon Nov 16 13:59:57 2009
**Subject:** FW: Mark Barnes Gun Control and NFA Firearm Class
Roger,
Kathy is currently doing some of the compliance for us and it is possible she will be doing more in the future. I talked to Mark Barnes not long ago and he had talked about his course in phoenix where he covers compliance issues. Do you think this would be a good course for Kathy to attend?

Thanks,
**Lynsey Thompson**
**Advanced Armament Corp.**
1434 Hillcrest Road
Norcross, GA 30093
770-925-9988 x 7 (office)
770-925-9989 (fax)
www.advanced-armament.com

1

Message was spam and virus filtered by Vircom Modusgate appliance

2

REM030000708