# Exhibit 63

| | |
|---|---|
| **From:** | Robert Nardelli [rnardelli@cerberuscapital.com] |
| **Sent:** | Wednesday, January 05, 2011 8:52 AM |
| **To:** | Schauble, Jason |
| **Cc:** | Blystone, John B. |
| **Subject:** | Re: 5 minutes |

Jason, thank you very much for the note. We do support you and want you to be very successful as a leader in this business!

Yes let be sure to talk today!

---

**From:** Schauble, Jason
**To:** Robert Nardelli
**Sent:** Wed Jan 05 08:45:04 2011
**Subject:** 5 minutes

Bob – I'd like to catch you for 5 minutes today between your meetings, but in case we are not able to meet with your busy schedule, I thought I would write you this note.

I spoke with John Blystone last night at length and I'd like to apologize for how I have handled the AAC situation as the appointed business leader of that site. Regardless of who said what to whom I have felt thrust into the role from Dec 8th as representing the views of the suspended employees, and the reality is that I am professionally embarrassed by Kevin Brittingham's and Lynsey Thompson's behavior and judgment that led to this situation, their inability to follow rules that they were given, trained on, and reinforced on, and their unwillingness to accept responsibility up to this point for their actions. They are my responsibility, as is the AAC business, and therefore what they do and fail to do reflects directly on me. I have been caught up between doing what I thought I was supposed to do to protect AAC's innovative culture and individual employee value from an investment perspective consistent with guidance I was given by previous leadership and what is ultimately the harder right of forcing AAC to be the kind of company it should be consistent with what is right. Ultimately, compliance is never an area that should be compromised, regardless of what has previously occurred in these firearms companies.

I have learned a lot from the last few weeks, and I appreciate the patience and support that you and John have shown in allowing me to work through this issue. It is my intention to prepare that business to succeed, regardless of whether they come back or not, and to make sure that the AAC business going forward is a model of compliance, cooperation, performance, and quality starting with the people and the products.

JPS

**Jason Schauble** | Vice President, Defense Division
Remington Arms Company, Inc

870 Remington Drive, Box 700, Madison NC 27025-0700
Mobile 336.453.2819 | jason.schauble@remington.com | www.remingtondefense.com

Freedom Group Family of Companies: Remington | Marlin | Bushmaster Firearms | DPMS / Panther Arms | H&R | Barnes Bullets | Advanced Armament Corp | Mountain Khakis | EOTAC | Dakota Arms | Parker Gun

Confidentiality/Proprietary Note: This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please reply back to sender advising that you have received the e-mail in error and delete this e-mail from your system.

1

CONFIDENTIAL

REM170001347

This e-mail message and any attachment to this e-mail message contains confidential information that may
be legally privileged and/or deemed to be material non-public information.  The recipient may not reproduce,
copy or forward (whether electronically or otherwise) any of the information or materials contained herein to
any other person, except to the receiver's professional advisors.  If you are not the intended recipient, you
must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to
it.  If you have received this e-mail in error, please immediately notify us by return e mail and delete this
message.  E-mail transmissions cannot be guaranteed to be secure or error-free as information could be
intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses.  The sender therefore
does not accept liability for any errors or omissions in the contents of this message which arise as a result of
e-mail transmission.  If this e-mail contains a forwarded message or is a reply to a prior message, the sender
may not have produced some or all of the contents of this message or any attachments.  If verification is
required, please request a hard-copy version.  This message is provided for informational purposes and
should not be construed as a solicitation or offer to buy or sell any securities or related financial
instruments.

2

CONFIDENTIAL

REM170001348