# Exhibit 64



# AAC STAFF ACTION LOG -

**Meeting:** Monday 1100-1200 (Ongoing)

**Date:** 19 July 2010 - Updates are shown in RED

**Location:** Norcross, GA and Madison, NC

**Attendees:** Brittingham, Thompson, Hewett, Hollister, Koz, Gyure, Bunting, Hayley, Mustian, Turner, Walcott, Sears, Brown, Anderson, Shaw, Lesard

**Other Distribution:** Silvers, Lesard, Weisnicht, Wagoner, Marcella, Mers, Parment

| No. | Date Assigned | Action(s) | Responsibility (top name is lead) | Due Date | Date Comp. |
|---|---|---|---|---|---|

Shaw
Updated: <autodate>

AAC and Remington Arms Company
Confidential

Page 1 of 5

CONFIDENTIAL

REM030000383

Action Log – AAC Staff

| # | Date | Action | Comments / Update | Assigned / Due |
|---|------|--------|-------------------|----------------|
| 1 | 9 April | Flash Hider MIM plan | Scrap MIM until 2011. Go with expanded Hello production. | Koz / 31 July |
| 2 | 9 April | Develop an FH/MB marketing plan, coordinate FH/MB sales plan thru capable FGI partners (BFI & DPMS), and development of FH/MB sales plan utilizing a 2-Tiered Distribution Network | Priority to position FH/MB for sale ASAP as these are available now and directly facilitate silencer purchases. Two Distributors booked. Another in process of writing orders. | Hollister/ Bunting 24 May |
| 3 | 10 May | UPC Labels and packaging for FH and MBs | Spot South order booked. Have UPC capability. All of our silencers, flash hiders, and muzzle brakes have UPC's at this time. We do not have UPC's on the package yet, but we do have the barcodes ready as soon as we want/need to put them on packaging. | Thompson/ Hollister 4 June |
| 4 | 9 April | Plan and implement an AAC Product Summit and Range Day with key FGI personnel participation. | Opportunity to educate key FGI personnel on the sales potential of silencer equipped FGI products. Briefing will be executed with a shooting experience for all involved. About 40 Remington/FGI folks signed on to attend. All guns ordered and sent to AAC for modification. All ammo ordered. Range Scheduled. Caterer scheduled. Manning of range discussed last week but need final coordination. Need to schedule IPR and final coordination meeting. | Scheduled for 25 August. Shaw/ Brittingham 18 August |
| 5 | 9 April | Develop a "Trade" level silencer sales and marketing plan, as well as a commercial (beyond the tactical market) silencer sales and marketing plan. Develop retail display concepts. Develop plan for production and placement | | Hollister/ Shaw |

Updated: <autodate>

CONFIDENTIAL

REM030000384

# Action Log – AAC Staff

| # | Date | Item | Notes | Owner |
|---|------|------|-------|-------|
| 6 | 12 April | Mill and Lathe CARs | Effort to educate the industry on how silencers are a high margin opportunity that can augment (and/or shore up) traditional product lines. | Marcella, 4 June |
| 9 | 12 April | Monthly Corporate Update | PO cut, expect late Sep delivery | Koz/Hewett, 30 Sep |
| 10 | 12 April | Build-out progress | | Hewett/Thompson, 22 July |
| 11 | 12 April | Helio Precision Parts manufacturing progress | Some front office prep remaining and final production area tweaks. 6 August target completion date. | Thompson, 6 Aug |
| 12 | 5 May | Facility move Execution Plan | Helio has our edited supplier agreement and is also quoting additional components. I hope to have a signed supplier agreement within the next 1-2 weeks. They are currently machining first article flash hiders and muzzle brakes that will be done between the 1st and 15th of August. Will remove next week of all "MOVE" (vs. setup) functions complete | Koz -Thompson, Koz, 12 July |

Shaw
Updated: <autodate>

CONFIDENTIAL

REM030000385

Action Log – AAC Staff

Capital Machines and component inventory are in place and on schedule. Weld cell in production on schedule on 7/12. Some upstream production delays from air compressor issues and late pneumatic system installation.

13
12 April
Silencers on GSA Schedule

Shaw/Kallam
30 Oct

Initiative to get select AAC products pre-approved for Government sales. Remington is working to ID GSA partner with existing GSA account that currently sells silencers. Need some Market comparison so see where we need to go in on pricing. Will start this effort again this week. We still need pictures of items to be submitted.

14
03 May
Compliance/Logistics hire

Thompson/ Mustian/ Haley
?

Job description approved and salary priced. Roger M. beginning hiring interviews.

15
10 May
Data for Rapid Equipping Force submission

Thompson
4 June

Attempt to mainstream silencers into Army rapid procurement channels. Any progress on filling out the submission requirements?

16
21 June
Silencer Comparison Testing (AAC vs. other competitors - internal test)

Thompson, Lesard, Shaw, Parment, Silvers
?

SOCOM interested in taking a look at our internal testing. Need to gather data and have plan for what and when we want to pitch to SOCOM. First requirement is to develop dates for internal testing.

17
12 July
CAN U Education and Marketing Campaign

Brittingham, Marcella, Hollister
?

Seen ad campaign examples. Need release plan.

18
12 July
"Why I use a Silencer" Education and Marketing Campaign

Brittingham, Marcella, Hollister

Shaw
Updated: <autodate>

AAC and Remington Arms Company
Confidential

Page 4 of 5

CONFIDENTIAL

REM030000386

Action Log – AAC Staff

Need ideas and plan (original concept was a Fall/Hunting Season release)
19
29 July
SOCOM Sources Sought Response FAMILY OF MUZZLE BRAKES AND SUPPRESSORS (FMBS)
Parnent, Thompson
7 August

Response to Solicitation Number: N0016410RJN09 for FMBS deadline of 9 August.

Shaw
Updated: <autodate>

AAC and Remington Arms Company
Confidential

Page 5 of 5

CONFIDENTIAL

REM030000387