# Exhibit 65

C0831
C0832
C0833
C0834
C0835
C0836
C0837
C0838
C0839
C0840
C0841
C0842
C0843
C0844
C0845
C0846
C0847
C0848
C0849
C0850
C0851
C0852
C0853
C1109
C1110
C1111
C1112
C1113
C1114
C1115
C1116
C1117
C1118
C1119
C1120
C1121
C1122
C1123
C1124
C1125
C1126
C1127
C1128
C1129
C1130
C1131
C1132