# Exhibit 68



| | |
|---|---|
| **From:** | Denny, Janice |
| **Sent:** | Thursday, June 24, 2010 4:43 PM |
| **To:** | Mustian, Roger T. |
| **Subject:** | RE: Silencer. |

OK

-----Original Message-----
From: Mustian, Roger T.
Sent: Thursday, June 24, 2010 4:36 PM
To: Denny, Janice
Subject: Silencer.

Brian t will bring you a silencer tomorrow.  Please put in my name.  It is only to be handled by me as I am RP on the aac license.  It will be transferred to joe b soon.
Thanks.
Sent from my Blackberry wireless device.

Roger T. Mustian
Director, Corporate Compliance
Freedom Group, Inc.
(336) 548-8606 Office
(336) 548-8810 Fax
(336) 543-6017 Cell

1

CONFIDENTIAL

REM030000414

## Integration Functional Areas and Leads

| Business Area | Remington Lead | RAC Counterpart |
|---|---|---|
| Close | Jesse Walcott | Kevin Brittingham / Lynsey Thompson |
| Accounting | Jason Gyure | Lynsey Thompson (New Hire to take over) |
| Financial Reporting | Melissa Anderson | Lynsey Thompson (New Hire to take over) |
| Treasury | Kim Brown | Lynsey Thompson (New Hire to take over) |
| Tax | Julie Sears | Lynsey Thompson (New Hire to take over) |
| IT | Jeff Constantin | Lynsey Thompson |
| Human Resources | Melissa Cofield | Lynsey Thompson |
| Sales | Jay Bunting | Kevin Brittingham |
| Legal | Fred Roth | Kevin Brittingham |
| Compliance and Governance | Roger Mustien | Kathy Wagoner / Lynsey Thompson |

Confidential

- 1 -