# Exhibit 69

| | |
|---|---|
| **From:** | Cofield, Melissa S. |
| **Sent:** | Friday, January 14, 2011 10:40 AM |
| **To:** | Holden, Angela; Smallwood, Angela; Jewell, Gail R. |
| **Cc:** | Nardelli, Bob; Jackson, Steve P.; Blackwell, Scott; Gross, Joseph |
| **Subject:** | Field Staffing Report |
| **Attachments:** | MadisonandFieldStaffing1-2011 FINAL (3).xlsx |

HR Team,

"Office of CEO" approved the following on the Field Staffing Report

**COS (Change of Status)**
NOTE:  #5 & #7   No IC guarantee until the Corporate IC Review is completed.

**Requisitions:**
#21 thru 24  all approved
#25 Not Approved
#26 & #27 Not approved:    A new requisition should be submitted for one position Compliance/HR Manager
#28 Approved


Notations are made on the far right of report.    Please proceed with appropriate notifications to respective manager.

Holden, We will get manual signatures on the paperwork when they return to the office.

Please let me know if you have any questions.

1

CONFIDENTIAL

REM180006092

## Field Staffing
### December 2010 to Present

| # | Form Date | Form Type (COS/REQ) | Staff Req # | Request Type | Exec Owner | Hiring Mgr | Cost Center | Location | Position Title | Salary Grade | New/Replace | Former EE Name | Budgeted Position (Y/N) | Amt Budgeted/Approved for Position | Proposed Salary | Variance $ | Variance % | IC Eligible (N or %) | Date Approved | Date Filled | Filled By | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | |
| 1 | 12/23/10 | COS | n/a | Replacement | Gross | Miner | n/a | Mt. Khaki | Operations Assistant | n/a | Replace | Josh Palmer | Y | $ 30,000.00 | $ 30,000.00 | $0 | 0% | N | 01/05/11 | TBD | Jonathan Hayes | | |
| 2 | 12/15/10 | COS | n/a | New Position | Jackson | Krol | 19910 | Ilion | Controller (BFI) | 28 | New | n/a | N | $ 73,362.00 | $ 73,362.00 | $0 | 0% | N | 01/05/11 | pending | possibly by Kim Burnham | | |
| 3 | 12/15/10 | COS | n/a | New Position | Gross | Mueller | 19991 | Ilion | Sr. Buyer | 26 | New | n/a | N | $ - | $ 64,839.00 | $ (64,839.00) | 0% | N | 01/05/11 | TBD | will offer to Eric Jacobs | | |
| 4 | 12/16/10 | COS | n/a | New Position | Gross | Mueller | 19992 | Ilion | Sr. Buyer | 27 | New | n/a | N | $ - | $ 57,660.00 | $ (57,660.00) | 0% | N | 01/05/11 | TBD | will offer to Kurt Rockafellow | | |
| 5 | 01/05/11 | COS | n/a | Progression Increase | Gross | Balio | 19236 | Ilion | Planner | 24 | n/a | n/a | Y | n/a | $ 40,400.00 | n/a | n/a | N | pending | n/a | Emily Albright (already in position) | Approved: CEO Office on 1-13-11 | |
| 6 | 01/10/11 | COS | n/a | Dept Restructure | Gross | Mueller | 59509 | Lonoke | Purchasing Mgr-Plant Indirect | 28 | n/a | n/a | upgrade to existing position | $ 77,710.00 | $ 77,710.00 | $0 | 0% | N | pending | TBD | will offer to David Gilliam | Approved: CEO Office on 1-13-11 | **No Change or guarntee of IC until Corporate IC Review is complete** |
| 7 | 01/07/11 | COS | n/a | Dept Restructure | Gross | Mueller | 59509 | Lonoke | Purchasing Mgr-Raw Materials | 28 | n/a | n/a | upgrade to existing position | $ 78,953.00 | $ 78,953.00 | $0 | 0% | N | pending | TBD | will offer to Dennis Reib | Approved: CEO Office on 1-13-11 | **No Change or guarntee of IC until Corporate IC Review is complete** |
| 8 | 01/10/11 | COS | NC 11-11 | Job Change | Schauble | Brittingham | 35355 | AAC | Special Projects Coordinator - AAC | 24 | New | n/a | N | $ - | $ 45,000.00 | $ (45,000.00) | 0% | N | pending | TBD | will offer to Knox Williams | Approved: CEO Office on 1-13-11 | |
| 9 | 1//10/11 | COS | n/a | Data Change | Schauble | n/a | 35355 | AAC | Changing to Founder, Sales and Marketing Mgr | 32 | n/a | n/a | Y | $ 250,000.00 | $ 200,000.00 | $ 50,000.00 | 125% | Y | pending | TBD | Kevin Brittingham currently in position of President | Approved: CEO Office on 1-13-11 | |
| 10 | 01/10/11 | COS | n/a | Data Change | Schauble | n/a | 35355 | AAC | Changing to Operations Manager | 28 | n/a | n/a | Y | $ 105,500.00 | $ 98,000.00 | $ 7,500.00 | 108% | Y | pending | TBD | Lindsay Thompson currently in position of Business Services Manager | Approved: CEO Office on 1-13-11 | |
| 11 | 12/21/10 | COS | 11-3 | Job Change | Gross | Streeter | 41000 | Ilion | Supervisor 2 | 25 | New | n/a | N | $ - | $ 48,915.00 | $ - | 0% | N | pending | TBD | will offer to Mike Krohn | Approved: CEO Office on 1-13-11 | |
| 12 | 01/11/11 | COS | n/a | New Position | Blackwell | Trull | tbd | BFI | Director of Distributor Sales | 30 | New | n/a | N | $ 126,109.00 | $ 126,109.00 | $ - | 0% | * may based on confirmation of 2011 IC Plan | pending | TBD | will offer to Mark Eliason | Approved: CEO Office on 1-13-11 | |
| 13 | 12/23/10 | REQ | n/a | Replacement | Gross | Miner | n/a | Mt. Khaki | Operations Assistant | n/a | Replace | Josh Palmer | Y | $ 30,000.00 | $ 30,000.00 | $0 | 0% | N | 01/05/11 | TBD | Jonathan Hayes | | |
| 14 | 12/23/10 | REQ | n/a | Replacement | Gross | Miner | n/a | Mt. Khaki | Warehouse Worker | n/a | Replace | Jonathan Hayes | Y | $8.50/hr | $8.50/hr. | $0 | 0% | N | 01/05/11 | TBD | TBD | | |
| 15 | 12/16/10 | REQ | 10-25 | New Position | Dwyer | Perniciaro | E38071 | E'Town | Sr. Research Engineer | 28 | New | n/a | N | $ 90,000.00 | n/a | $0 | 0% | N | 01/05/11 | TBD | TBD | | |
| 16 | 12/15/10 | REQ | 10-22 | New Position | Dwyer | Seitsema | 19283 | Ilion | Sr. Manufacturing Engineer | | New | n/a | N | $ 60,000.00 | $ 60,000.00 | $0 | 0% | N | 01/05/11 | TBD | TBD | | |
| 17 | 12/15/10 | REQ | 10-23 | New Position | Gross | Seitsema | 19250 | Ilion | Quality Engineer | 26 | New | n/a | N | $ 50,200.00 | $ 50,200.00 | $0 | 0% | N | 01/05/11 | TBD | TBD | | |
| 18 | 12/15/10 | REQ | 10-24 | New Position | Gross | Seitsema | 19250 | Ilion | Associate Quality Engineer | 25 | New | n/a | N | $ 44,400.00 | $ 44,400.00 | $0 | 0% | N | 01/05/11 | TBD | TBD | | |
| 19 | 12/15/10 | REQ | 10-25 | New Position | Gross | Seitsema | 19251 | Ilion | Associate Quality Engineer | 25 | New | n/a | N | $ 44,400.00 | $ 44,400.00 | $0 | 0% | N | 01/05/11 | TBD | TBD | | |
| 20 | 01/04/11 | REQ | ELZ 11-3 | Replacement | Dwyer | Keeney | 38050 | E'Town | Research Engineer | 27 | Replace | Kenton Graviss | Y | $ 70,000.00 | $ 70,000.00 | $0 | 0% | N | 01/05/11 | TBD | TBD | | |
| 21 | 01/05/11 | REQ | 11-1 | New Position | Gross | Goldin | 19610 | Ilion | Firearms Compliance Specialist | 23 | New | n/a | | $ 35,000.00 | $ 35,000.00 | $0 | 0% | N | pending | TBD | TBD | Approved: CEO Office on 1-13-11 | |

# Field Staffing
## December 2010 to Present

| # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Form Date | Form Type (COS/REQ) | Staff Req # | Request Type | Exec Owner | Hiring Mgr | Cost Center | Location | Position Title | Salary Grade | New/Replace | Former EE Name | Budgeted Position (Y/N) | Amt Budgeted/ Approved for Position | Proposed Salary | Variance $ | Variance % | IC Eligible (N or %) | Date Approved | Date Filled | Filled By | |
| 22 | 12/21/10 | REQ | 10-28 | Replacement | Gross | Streeter | 36911 | Ilion | Engineer | 26 | Replace | Mike Krohn | Y | $ 48,915.00 | $ 50,200.00 | $ (1,285.00) | 97% | N | pending | TBD | TBD | Approved: CEO Office on 1-13-11 |
| 23 | 01/07/11 | REQ | 11-2 | Replacement | Gross | Panko | 19136 | Ilion | Supervisor 2 | 25 | Replace | Jim Grogan | Y | $ 49,177.00 | $ 50,000.00 | $ (823.00) | 98% | N | pending | TBD | TBD | Approved: CEO Office on 1-13-11 |
| 24 | 01/10/11 | REQ | NC 11-11 | New Position | Schauble | Brittingham | 35355 | AAC | Special Projects Coordinator - AAC | 24 | New | | 26 N | $ - | $ 45,000.00 | $ (45,000.00) | 0% | N | pending | TBD | TBD | Approved: CEO Office on 1-13-11 |
| 25 | 01/10/11 | REQ | NC 11-10 | New Position | Schauble | Schauble | 35355 | AAC | Plant Manager - AAC | 30 | New | n/a | N | tbd | tbd | $ - | 0% | N | pending | TBD | TBD | NOT APPROVED 1-13-11 |
| 26 | 01/10/11 | REQ | NC 11-09 | New Position | Schauble | Mustian | 35355 | AAC | Compliance Mgr | 27 | New | New | N | $ - | $ 60,000.00 | $ (60,000.00) | 0% | N | pending | TBD | TBD | NOT APPROVED 1-13-11 |
| 27 | 01/10/11 | REQ | NC 11-08 | New Position | Schauble | Jewell | 35355 | AAC | HR Generalist | 25 | New | New | N | $ - | $ 55,000.00 | $ (55,000.00) | 0% | N | pending | TBD | TBD | NOT APPROVED 1-13-11 |
| 28 | 01/11/11 | REQ | 11-3 | **New Position** | Gross | Butler | 41000 | Ilion | Supervisor 2 | | **New** | n/a | N | $ - | $ 48,915.00 | $ - | 0% | N | pending | TBD | will offer to Mike Krohn | Approved: CEO Office on 1-13-11 |

*All NEW related to BFI Restructure*
*All NEW related to Marlin Restructure*