# Exhibit 70

| | |
|---|---|
| **From:** | Jackson, Steve P. |
| **Sent:** | Tuesday, March 08, 2011 10:01 PM |
| **To:** | Cofield, Melissa S.; Nardelli, Bob; Blackwell, Scott |
| **Subject:** | RE: Need Approval:   COS AAC HRCompliance Specialist 001 |

Ok here.

-----Original Message-----
From: Cofield, Melissa S. [mailto:melissa.cofield@remington.com]
Sent: Tuesday, March 08, 2011 3:21 PM
To: Nardelli, Bob; Blackwell, Scott; Jackson, Steve P.
Subject: Need Approval: COS AAC HRCompliance Specialist 001

Bob-Steve-Scott

Attached is the Change of Status requesting your approval for the AAC HR/Compliance Specialist.  The requisition was previously approved.  Jason and I did the final interview yesterday and would like to get an offer to this candidate this week.

Since I will be in Lonoke the remainder of the week, request your electronic approval to move forward.

Thanks
Melissa

1

CONFIDENTIAL

REM180007581