# Exhibit 71

| | |
|---|---|
| **From:** | Cofield, Melissa S. |
| **Sent:** | Saturday, January 08, 2011 1:13 PM |
| **To:** | George K. Kollitides II |
| **Cc:** | Blystone, John B.; Don Ronchi; Lisa Gray; Schauble, Jason; Cofield, Melissa S. |
| **Subject:** | 2011-01-08 Need Approval:   AAC Terms for Reinstatement |
| **Attachments:** | AAC Outline of Kevin and Lynsey's new terms for reinstatement (2) (3).doc |
| **Importance:** | High |

George,

At your request, I am providing the attached document for your approval.  John Blystone, Don Ronchi, Lisa Gray, and myself are all in agreement to the terms that Jason has helped draft based on the guidance from the board(s) yesterday.

In addition to the term sheet, they will be given an HR Interview Form notifying them of the following:
1. 1 year probation in their personnel file
2. Mandatory Compliance Training
3. No personal Weapons or property will be allowed on the property for R&D or marketing purposes without proper requests being filed with HR and bound book entries.

Once we have your approval, Jason and I will present to Kevin and Lynsey.

Below are additional comments from Jason that will help provide explanation for our decision.

1) I reduced KB and LT in order to pay for new compliance, HR, and leadership positions to cover the responsibilities KB and LT can no longer provide by board direction (compliance, HR, RP) or to cover the responsibilities I no longer trust them to execute at AAC (overall leadership). If I am to be held responsible for any indiscretion and am going to be under the microscope on any compliance or policy infractions at AAC and cannot reasonably be on site at all times, I need the tools and personnel to do the job and cannot in good conscience as a steward of FGI resources ask for an OPEX increase to pay for them. This was an alternative we drafted to what George had proposed yesterday which was to change the terms of the earnout, which we left alone.

2) KB and LT can still provide the appropriate value to the business in different roles than they did previously. The "Founder" title allows Kevin to save face yet have less responsibility, and having KB and LT not working for one another and both working for another responsible person will eliminate any temptation to conspiratorial behavior given their close relationship. KB would still be held responsible for sales, marketing, and R&D so he is still in the driver's seat with respect to his EBITDA earnout terms and cannot complain about that.

3) If KB and LT refuse these conditions, they will be terminated with cause, give up $8MM in 2015 conditional payout, give up 2010 bonus up to ~$500k because they will not be employees in good standing at the time of the bonus payout (March 11). I am comfortable with this outcome if they are not willing to accept our terms. The made many errors in judgment – some of which I was not even aware of at all until yesterday or fully aware of – and while I believe they are salvageable, but I do not think they should just be reinstated at this point "as it was". They have to understand they have to change and accept our terms or I don't want them.

REM080000840