# Exhibit 73

| | |
|---|---|
| **From:** | Blackwell, Scott |
| **Sent:** | Thursday, May 26, 2011 9:25 AM |
| **To:** | Schauble, Jason |
| **Subject:** | RE: action items yesterdays AAC mtg |

No issue -- always push the right thing to do

Got a bit more lecture when hung up

I am asked to deliver the message about integrity ... I'll figure the way to do it and make it positive for future

---

**From:** Schauble, Jason
**Sent:** Thursday, May 26, 2011 9:23 AM
**To:** Blackwell, Scott
**Subject:** Re: action items yesterdays AAC mtg

Thank you for supporting this. It means a lot to me and was the right thing to do. I fully understand bob's concerns and agree that if kb had come forward for his employees only it would have gone a long way to repairing damage from suspension, but kb is just not wired that way and still probably believes deep down he did nothing wrong.
Jason Schauble
Vice President, Defense Division
Remington Arms
3364532819

---

**From**: Blackwell, Scott
**Sent**: Thursday, May 26, 2011 08:15 AM
**To**: Schauble, Jason; Cofield, Melissa S.; Jackson, Steve P.
**Cc**: Robert Nardelli <rnardelli@cerberuscapital.com>; Don Ronchi <ronchi.don@gmail.com>
**Subject**: action items yesterdays AAC mtg

All – here is what I have for action items from yesterdays mtg:

1- Finance/HR to document the updated #s that reflect the IC adjustment, that was discussed yesterday for the 3 individuals
2- HR to prepare letter per Bob's direction for each and employee files
3- SJ to coordinate update to the compliance committee
4- Finance to cut checks
5- Scott and Jason to go to AAC to give checks after face to face discussion with Kevin

If I missed anything let me know

Thanks to all of you for your time in regards to this matter

ESB


**E. Scott Blackwell**
**Chief Sales & Marketing Officer**
**Freedom Group, LLC**
**870 Remington Dr., PO Box 700**

1

REM070003769

**Madison, NC 27025-0700**
**Phone:  336-548-8829**
**Cell:      203-668-8809**

Freedom Group Family of Companies

Remington, Bushmaster Firearms, DPMS / Panther Arms, Marlin,
H&R, Dakota Arms, Parker Gun, L.C. Smith, Barnes Bullets,
Advanced Armament Corp., Mountain Khakis

Confidentiality/Proprietary Note: This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please reply back to sender advising that you have received the e-mail in error and delete this e-mail from your system. Thank you.

REM070003770