# Exhibit 74

| | |
|---|---|
| **From:** | Cofield, Melissa S. |
| **Sent:** | Friday, May 27, 2011 8:34 AM |
| **To:** | Schauble, Jason |
| **Subject:** | RE: Cutlip Pay Increase |

We have been requested to look for someone with stronger compliance background, so HR is backing out of the forefront and assist with finding someone. Going forward we will assign HR assignments to Melissa Haley and Gail. I will be discussing a schedule on Tuesday at my staff meeting. Stay tuned...I will get you some HR assistance, I know she doesn't need to be distracted with that.

**From:** Schauble, Jason
**Sent:** Thursday, May 26, 2011 3:43 PM
**To:** Cofield, Melissa S.
**Subject:** RE: Cutlip Pay Increase

Also – I understand there may be a restructuring of HR/compliance position at AAC? Can we at least get some assist from Melissa Haley a few days a month on site from the HR side bc Lynsey is running the plant and is getting overwhelmed.

**Jason Schauble**
Vice President, Defense Division
Remington Arms Company, Inc
336.453.2819
www.remingtondefense.com

**From:** Cofield, Melissa S.
**Sent:** Thursday, May 26, 2011 11:06 AM
**To:** Schauble, Jason
**Subject:** RE: Cutlip Pay Increase

The promotions are they are going into open positions from individual leaving. Let me bring it up again while they are all here. It was put on hold, but do not have notes in front of me, my understanding..Scott was going to get clarification but let me confirm.....stay tuned

**From:** Schauble, Jason
**Sent:** Thursday, May 26, 2011 10:54 AM
**To:** Cofield, Melissa S.
**Subject:** FW: Cutlip Pay Increase

Melissa -- can I get a decision on this -- I have budgeted for it, I have given the guy increased responsibility, it met the sniff test, and there are org announcements going out daily promoting other people right and left.

**Jason Schauble**
Vice President, Defense Division
Remington Arms Company, Inc
336.453.2819
www.remingtondefense.com

1

CONFIDENTIAL

REM170002889

**From:** Day, John
**Sent:** Thursday, May 12, 2011 2:33 PM
**To:** Schauble, Jason
**Subject:** FW: Cutlip Pay Increase

FYI on Josh's pay increase

---

**From:** Johnson, Oralia
**Sent:** Wednesday, May 11, 2011 12:48 PM
**To:** Day, John
**Subject:** RE: Cutlip Pay Increase

The last thing I saw indicated that it was on hold until the end of the second quarter when it will be re-evaluated.

Thanks,
**Oralia Johnson** | HR Manager
**Remington Arms Company, Inc.**
Phone: 336.548.8506

---

**From:** Day, John
**Sent:** Wednesday, May 11, 2011 8:09 AM
**To:** Johnson, Oralia
**Subject:** Cutlip Pay Increase

Oralia

Did this ever get resolved, or is it still with Scott Blackwell?

Thanks
JD

**John Day**
Director, Defense Division
Remington Arms Company, Inc
336.453.9522
www.remingtondefense.com

CONFIDENTIAL

REM170002890