# Exhibit 75

Case 1:12-cv-06792-KBF   Document 91-25   Filed 05/01/13   Page 1 of 3

| | |
|---|---|
| **From:** | Blackwell, Scott |
| **Sent:** | Tuesday, June 21, 2011 9:45 AM |
| **To:** | Jackson, Steve P. |
| **Subject:** | Re: June Forecast |

Already heading to madison

If its anywhere near what it looks like - I have to be prepared for tomorrow as Bob will go nuclear
If it was just june miss that's one thing but this will be a big issue across the org

---

**From**: Jackson, Steve P.
**Sent**: Tuesday, June 21, 2011 09:38 AM
**To**: Blackwell, Scott
**Subject**: Re: June Forecast

Not sure. Trying to get with corry to understand his model's data.

I am tied up till almost lunch, but will find you to talk for 5 minutes.

Noit sure you cancelling trip makes sense because we need mfg data cleaned up.

---

**From**: Blackwell, Scott
**Sent**: Tuesday, June 21, 2011 09:09 AM
**To**: Jackson, Steve P.
**Subject**: RE: June Forecast

Do still think this is a $20MM plus issue ( using $2 0MM versus $50+MM to make me feel better ...) ?

---

**From:** Jackson, Steve P.
**Sent:** Tuesday, June 21, 2011 9:05 AM
**To:** 'rkolka@cerberusoperations.com'; 'rnardelli@cerberuscapital.com'
**Cc:** Blackwell, Scott; Johnson, Scott M.; Stafford, Darin K.; 'cdoyle@cerberusoperations.com'
**Subject:** Re: June Forecast

Ron - happy to cover in more detail, but short answer is that all negative cost impacts are starting to hit pl as we have discussed.

Will be sending more detailsn but feel it is important to give heads up as we identify items

---

**From:** Ronald Kolka [mailto:rkolka@cerberusoperations.com]
**Sent:** Tuesday, June 21, 2011 08:52 AM
**To:** Jackson, Steve P.; Robert Nardelli <rnardelli@cerberuscapital.com>
**Cc:** Blackwell, Scott; Johnson, Scott M.; Stafford, Darin K.; Corry Doyle <cdoyle@cerberusoperations.com>
**Subject:** Re: June Forecast

Steve,

This translates into about a 50 percent margin for the miss - almost twice higher than what we have been averaging. I did not even know we had 50 percent margin products. We really need to understand the mix story.

1

CONFIDENTIAL

REM070003749

Ron

---

**From**: Jackson, Steve P.
**To**: Robert Nardelli
**Cc**: Blackwell, Scott ; Johnson, Scott M. ; Stafford, Darin K. ; Corry Doyle; Ronald Kolka
**Sent**: Tue Jun 21 06:16:15 2011
**Subject**: June Forecast

Bob – got a view late yesterday on June forecast (that was based on last week financial information) that had us rolling up $6.2 million short on net sales. With this sales number we look to be about $3.1 million short on the EBITDA side. That would bring us in at about $8.1 million v. $11.2 million of EBITDA. As we had previously discussed this would basically give back all the advantage we built up ytd and leave us an estimated $0.5 million short for YTD june on EBITDA. Everyone has been reminded to defer/reduce opex spend and factories are attempting to gain some production back while sales is working the inventory list.

We are also working on the rest of year forecast for which I will get an update to you sometime Wednesday. Initial indications are that we have production constraint issues and are working with Corry to understand the magnitude of these while looking at the opportunities to increase sales in areas where production capacity is not constrained.

Regards

steve

**Stephen P. Jackson, Jr.** | Chief Financial Officer
**Freedom Group, Inc.**

870 Remington Dr., PO Box 1776, Madison, NC 27025-0700
Phone: 336.548.8003 | Fax: 336.548.8810

**Freedom Group Family of Companies**

Remington | Bushmaster Firearms | DPMS / Panther Arms | Marlin | H&R | Dakota Arms
Parker Gun | L.C. Smith | EOTAC | INTC | Advanced Armament Corp | Barnes Bullets

*Confidentiality/Proprietary Note:* This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please reply back to sender advising that you have received the e-mail in error and delete this e-mail from your system. Thank you.

CONFIDENTIAL

REM070003750