# Exhibit 77

January 24, 2012

**VIA HAND DELIVERY & REGULAR MAIL**

Lynsey Thompson
[address]

Dear Lynsey:

    I am writing to advise you that your employment with Advanced Armament Corp., LLC ("AAC") is being terminated for cause, effective immediately.

    As you know, December 2010 the Freedom Group conducted a compliance investigation. As a result of this investigation, it was determined you had violated Company policy and grounds for termination existed. Freedom Group allowed you to remain employed by AAC if you agreed to the terms of the First Amended and Restated Employment Agreement, a Term Sheet and an Acknowledgement Form. The First Amended and Restated Employment Agreement provides, among other things, that failure to cooperate fully in any investigation or audit of the Company or its affiliates would be grounds for termination for cause. Material violation of any written Company policy is also grounds for termination for cause. AAC's Code of Business Conduct requires all employees to cooperate in internal investigations.

    You have refused to cooperate in company investigations and therefore, failed to comply with the requirements of the First Amended and Restated Employment Agreement and other Company policies. You have, for example, chosen not to provide the recording you made of your conversation with Dana Rust in which he was gathering information from you to provide legal advice to AAC in connection with litigation the Company anticipates Mr. Kevin Brittingham will file. You have refused to provide a copy of this recording despite your agreement to do so at the time the recording was made and despite repeated requests for this recording following your interview with Mr. Rust. Your misconduct violates Company policy and the terms of the employment documents referenced above. Accordingly, AAC is terminating your employment for cause. You will receive your unpaid base salary through today's date. You will not receive any other compensation or benefits. You will receive a COBRA notification under separate cover.

    I am also writing to advise you of your continuing obligations to AAC. You must return immediately any company property in your possession, custody or control. The obligation to return company property immediately includes the return of your laptop, credit cards, company keys and any AAC firearms you might have in your possession or under your control.

You have additional obligations to the Company. You may not disclose AAC's proprietary information and trade secrets. You are prohibited from competing against the Company for two years. You may not solicit AAC's employees to leave the Company, nor may you interfere with or disrupt AAC's relationships with its clients, customers or suppliers for two years. In addition, you may not disparage AAC, its subsidiaries, affiliates, employees or any product line of the Company or its affiliates.

You continue to have an obligation to provide AAC a copy of the recording of your conversation with Mr. Rust. The contents of the conversation are covered by both the attorney client privilege and the work product doctrine and belong to AAC. You may not, therefore, share or disclose the recording or its contents with anyone.

If you have any questions about your termination, please contact Melissa Cofield.

Sincerely yours,

John Day

cc: Melissa Cofield
    Oralia Johnson