# Exhibit 79

**McGuireWoods LLP**
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Phone: 804.775.1000
Fax: 804.775.1061
www.mcguirewoods.com

**Dana L. Rust**
Direct: 804.775.1082

# McGuireWoods

drust@mcguirewoods.com
Direct Fax: 804.698.2158

February 15, 2012

**VIA EMAIL & FEDERAL EXPRESS**

R. Jason D'Cruz, Esq.
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia · 30326

### Kevin Brittingham – Return of AAC Property

Dear Jason:

    I write to provide the information you requested in the last paragraph of your February 13, 2012 letter.  As I previously mentioned, AAC has reconciled the expense reports Mr. Brittingham submitted with AAC's current inventory of firearms and related accessories.  The enclosed chart (Exhibit A below) lists reimbursements Mr. Brittingham received for purchases he made of items that he removed from AAC premises.  Since the items on this list clearly belong to AAC, Mr. Brittingham needs to promptly return them to my client.  Please notify me of Mr. Brittingham's intentions on this matter as soon as possible.

Sincerely,

Dana Rust/nut

Dana L. Rust

Enclosures

## Exhibit A

| Receipt Date | Amount Reimbursed | Vendor | Description |
|---|---|---|---|
| **Property to be Returned** | | | |
| 8/27/2010 | $ 519.98 | Hyatt Gun Shop | Remington 51 .380 ACP serial number L92660 |
| 10/1/2010 | $ 1,153.93 | Bulls Eye Indoor Range | HK P30 9mm serial number 129-029618 |
| 10/13/2010 | $ 1,316.92 | Bulls Eye Indoor Range | Sig Sauer Pink Mosquito (serial # F090636) and HK416 .223 (serial # HK002271) |
| 6/28/2011 | $ 1,044.97 | Bulls Eye Indoor Range | Remington 7 (serial # 7845022) and S&W M&P 22LC (serial # DWC38) |
| 7/29/2011 | $ 1,916.99 | Buck N Bass | Marketing Items for the Farm, a division of AAC: Crossbow ($749.99), Hunting Sight ($189.99), Ultra Rest ($139.99) Arrow Quiver($106.99), Bowbat ($89.99), Buckle Strap ($95.99), Rinehart Target ($95.99), Buck Target ($99.99), Mayhem Hunter Camo Shaft ($107.50) and other miscellaneous items |
| 8/1/2011 | $ 540.57 | Bass Pro | Riflemaster Ladder Deer Stand ($159.99), Riflemaster Ladder Deer Stand ($159.99), Big Buddy 2 person Deer Stand ($189.99) |
| 5/25/2011 | $ 1,811.76 | In Range LLC | R&D gun |
| 10/13/2010 | $ 998.70 | Best Buy | Cameras--2 Flip MinoHd (179.99 ea), Canon Powershot (329.99), FLIP Slide HD (249.99) |
| 11/7/2010 | $ 514.96 | Home Depot | Outdoor Heater and "Range Supplies" |
| 5/5/2011 | Various | MGM Targets | Targets used at Silencer Shoot |
| 11/3/2011 | $ 2,178.00 | Nightforce Scopes | Nightscopes |
| Various | undetermined | Various | Ammunition used for R&D |

\37106094.1