# Exhibit 80

**MORRIS, MANNING & MARTIN, LLP**
ATTORNEYS AT LAW

February 17, 2012

R. Jason D'Cruz
404-504-7601
rjd@mmmlaw.com
www.mmmlaw.com

**VIA FIRST CLASS MAIL AND**
**VIA EMAIL (DRUST@MCGUIREWOODS.COM)**

Dana Rust
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030

Re: Kevin Brittingham/Advanced Armament Corp., LLC ("AAC")

Dear Mr. Rust:

This letter is written to respond to your letter dated February 15, 2012 regarding the AAC property purportedly in the possession of Kevin Brittingham (the "February Letter"). Mr. Brittingham has reviewed the items listed on Exhibit A to the February Letter. AAC delivered the Bass Pro tree stands and the MGM targets to his farm for AAC use. AAC should arrange a convenient time with Mr. Brittingham to pick up these items. The remaining listed items should be in AAC's possession, not Mr. Brittingham's.

In addition, please promptly return all data taken from Mr. Brittingham's personal computer.

Sincerely,

R. Jason D'Cruz

Enclosures

cc: Kevin Brittingham
    Scott Allen

Buckhead Office | 1600 Atlanta Financial Center | With offices in | Washington, DC
(404) 233-7000 | 3343 Peachtree Road, N. E. | | Raleigh-Durham, N.C.
| Atlanta, Georgia 30326
| Fax: (404) 365-9532

5980129