# Exhibit 81

**MORRIS, MANNING & MARTIN, LLP**
ATTORNEYS AT LAW

February 24, 2012

R. Jason D'Cruz
404-504-7601
rjd@mmmlaw.com
www.mmmlaw.com

**VIA FIRST CLASS MAIL AND**
**VIA EMAIL (DRUST@MCGUIREWOODS.COM)**

Dana Rust
One James Center
901 East Cary Street
Richmond, Virginia   23219-4030

Re:   Kevin Brittingham/Advanced Armament Corp., LLC ("AAC")

Dear Dana:

This letter summarizes the outstanding non-firearm property issues between Mr. Brittingham and AAC raised in my letters dated January 12, February 13, and February 17, 2012, as well as your letters dated February 3 and February 15, 2012.

Mr. Brittingham is awaiting the prompt return of all data taken from his personal computer.

Mr. Brittingham has received expense reimbursements in the amounts of approximately $200 and $600.  Please let me know which expense requests these checks are meant to reimburse. Mr. Brittingham has not yet received payment for the two approved expense reports dated December 8, 2011. Mr. Brittingham is also awaiting payment for the third expense report submitted December 8, 2011, expense reports submitted January 12, 2012, and expense reports submitted February 13, 2012.  Please ask AAC to promptly reimburse Mr. Brittingham for these outstanding expenses.

Mr. Brittingham also has not been paid for approximately 80 hours of accrued vacation pay mentioned in my February 13, 2012 letter.  Please promptly forward Mr. Brittingham's accrued vacation pay.

AAC failed to forward copies of the firearms inventories and modification logs for both Mr. Brittingham and Random Ventures as maintained in the Silent Island program and as requested in my February 13, 2012 letter.  Please forward the requested inventories and logs and destroy the Silent Island program data for the inventories.

MORRIS, MANNING & MARTIN, LLP

Dana Rust
Page 2

Finally, as stated in my February 17, 2012 letter, AAC may pick up the Bass Pro and MGM targets previously delivered to Mr. Brittingham's farm. AAC has all of the remaining items listed on the attachment to your February 15, 2012 letter.

Sincerely,

R. Jason D'Cruz

cc: Kevin Brittingham
    Scott Allen

6174978