Exhibit 82

**MORRIS, MANNING & MARTIN, LLP**
ATTORNEYS AT LAW

April 24, 2012

**VIA FIRST CLASS MAIL AND**
**VIA EMAIL (DRUST@MCGUIREWOODS.COM)**

R. Jason D'Cruz
404-504-7601
rjd@mmmlaw.com
www.mmmlaw.com

Dana Rust
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030

Re:    Kevin Brittingham/Advanced Armament Corp., LLC ("AAC")

Dear Dana:

This letter is in response to your letter dated March 22, 2012 (the "March Letter"). I also write to follow up on the items raised in my letters dated January 12, February 13, February 17, and February 24, 2012.

Regarding Mr. Brittingham's expense reports, please note that Mr. Brittingham has received from AAC reimbursements of about $900.00. We assume that these correspond with the two December 8, 2011 expense reports specified in your March Letter. However, Mr. Brittingham has received no further reimbursements and is still awaiting payment of the third December expense report. As to the January expense report, please explain why AAC needs the information specified in questions 1-5 on page 3 of the March Letter. While Mr. Brittingham is prepared to collect such information, we are unaware of any policy or contract provision which requires him to do so. Finally, the February expenses were attached to my February 13, 2012 letter to you. I reattach these expenses for your reference. Please ask your client to reimburse Mr. Brittingham promptly for all outstanding expense reports.

Mr. Brittingham maintains that he is owed for approximately 80 hours of outstanding unused vacation pay. Please specify the exact amounts, dates, and hours of vacation for which AAC allegedly reimbursed Mr. Brittingham for vacation time. AAC has failed to forward or reference the December 2011 spreadsheet that Ms. Thompson forwarded to AAC's controller each month which was mentioned in my February 13, 2012 letter. That spreadsheet quantifies the unused vacation time owed to Mr. Brittingham.

We also note that, despite repeated requests, AAC failed to provide signed copies of any documents it alleged Mr. Brittingham signed, including, but not limited to, Term Sheet, Acknowledgement, Employment Agreement and First Amended and Restated Employment Agreement. Accordingly, unless you provide fully executed documents before May 4, 2012, we must conclude that no executed versions of these documents exist.

Thank you for agreeing to provide Mr. Brittingham copies of the firearm inventory records for both Mr. Brittingham and Random Ventures, as maintained in the Silent Island Program. Note that we have also requested the modifications log for both inventories. Please promptly forward these inventories in both electronic and paper format, as promised. Regarding your refusal to destroy the Silent Island inventories after forwarding them to Mr. Brittingham, please identify the specific language of Section 11 of the October 2, 2009 Asset Purchase Agreement which entitles you to retain copies of these inventories. Finally, please

Buckhead Office    1600 Atlanta Financial Center
(404) 233-7000     3343 Peachtree Road, N. E.
                   Atlanta, Georgia 30326
                   Fax: (404) 365-9532

With offices in    Washington, DC
                   Raleigh-Durham, N.C.

Dana Rust
Page 2

---

identify the records "pertaining to Random Ventures/Mr. Brittingham" which you have allegedly already provided to Mr. Brittingham but failed to copy before doing so.

Regarding the change in Mr. Brittingham's business name to Random Ventures, LLC, Mr. Brittingham is amending the FFL so that it contains the new business name, as well as the new business address. This amendment should be complete by the May 7-8, 2012 mediation.

Regarding the firearms and silencers Mr. Brittingham purportedly must return to AAC, thank you for admitting that AAC erroneously included six (6) silencers on the spreadsheet forwarded with your February 3, 2012 letter (Ruger 220-69118, Ruger Mark II 223-91531, AAC TF-0001, AAC TF-0003, AAC TF-0005, and AAC TF-0009) and that these six (6) silencers indeed belong to Mr. Brittingham under the terms of the APA. We also note that seven (7) additional silencers have been added to the spreadsheet attached to your March Letter: (1) AAC Evolution E9-2443; (2) AAC M4-200 M9608; Pilot PLT2947; (3) Pilot PLT 3200; (4) Tirant TR-0483, listed twice; (5) Tirant TR0484, listed twice; (6) Tirant TR-0485, listed twice; and (7) Aviator WK-160). Please explain why these items have now been added to the list of silencers purportedly requiring transfer. Mr. Brittingham cannot execute a Form 3 transfer for the five (5) silencers purportedly given to Hunter Terhune or confirm that he gave those silencers to Mr. Terhune without more information regarding these silencers. Please identify them by make, manufacturer, and serial number. Finally, as to the five (5) guns for which Mr. Brittingham was allegedly reimbursed but has failed to return to AAC, Mr. Brittingham maintains these are in the possession of AAC. He does not recall the identity of each person to whom he returned the listed guns.

As advised in my February 17, 2012 letter, AAC should contact Mr. Brittingham directly to arrange a convenient time to pick up the tree stands and MGM targets.

Finally, we are still awaiting the return of all data taken from Mr. Brittingham's personal computer.

Sincerely,

R. Jason D'Cruz

cc: Kevin Brittingham
    Scott Allen

Enclosures

6174978

**REMINGTON ARMS COMPANY, INC.**
**TRAVEL EXPENSE REPORT**

PRINTED NAME: Kevin Brittingham

TRAVELER'S SIGNATURE:

TER NO.   20120112

APPROVER'S PRINTED NAME:

DEPT/LOCATION:

APPROVER'S SIGNATURE:

DATE PREPARED: 1/12/12     RATE: .31     CST CTR:

JOB CANDIDATE (Y/N):   1,558.13

| DATE | | PLACES VISITED | TRANSPORTATION | | | EXPENSE | LODGING | MEALS | | | TELEPHONE | ENTERTAIN-MENT | OTHER EXPENSE | DESCRIPTION OF OTHER EXPENSES | TOTAL EXPENSES |
|------|----|--------------|---------|------|---------|---------|---------|-----------|-------|--------|-----------|------|------|------------------------|------|
| MONTH | DAY | | MILEAGE | MODE | EXPENSE | | | BREAKFAST | LUNCH | DINNER | | | | | |
| 12 | 16 | Houston Texas | 0 | Flight | 1056.90 | | | | | | | | | Plane Ticket | 1,056.90 |
| 12 | 16 | Houston Texas | 0 | Flight | 150.00 | | | | | | | | | Plane Ticket | 150.00 |
| 12 | 15 | Houston Texas Hampton | 0 | | | | 139.23 | | | | | | | Hotel Room | 139.23 |
| 12 | 15 | Atlanta Airport | 0 | Car | 212.00 | | | | | | | | | Parking Fee for Airport | 212.00 |
| | | | 0 | | | | | | | | | | | | - |
| | | | 0 | | | | | | | | | | | | - |
| | | | 0 | | | | | | | | | | | | - |
| | | | 0 | | | | | | | | | | | | - |
| | | | 0 | | | | | | | | | | | | - |
| | | | 0 | | | | | | | | | | | | - |
| | | | 0 | | | | | | | | | | | | - |
| | | | 0 | | | | | | | | | | | | - |
| | | | 0 | | | | | | | | | | | | - |
| | | | 0 | | | | | | | | | | | | - |
| | | | 0 | | | | | | | | | | | | - |
| | | | 0 | | | | | | | | | | | | - |
| | | | 0 | | | | | | | | | | | | - |
| | | | 0 | | | | | | | | | | | | - |
| | | | - | | | | | | | | | | | | - |
| | | | - | | | | | | | | | | | | - |
| | | TOTAL EXPENSES: | | | 1418.90 | - | 139.23 | - | - | - | - | - | - | | |

(9) TOTAL PAID BY TRAVELER COL 2 THRU 7   1,558.13

(10) TOTAL CASH ADV REC'D FROM COMPANY

(11) BALANCE DUE TRAVELER LINE(9)-(10)   1,558.13

LINE(10)-(9)   -

**(13) BUSINESS PURPOSE OF TRIP(S) AND OTHER EXPLANATIONS:**

Went to Houston to do 300 Blackout AMMO testing and Marketing

**(14) DOLLAR TOTAL MUST AGREE WITH LINE 9**

| DIRECT EXP ACCT | COST CENTER | $ |
|-----------------|-------------|---|
| 7550500 | | 1,558.13 |
| 7550550 | | - |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE REMEMBER THE FOLLOWING:**

1.   Attach Airline Receipt to Expense Report
2.   Attach Receipt for all Non-Meal Expenses Greater than $10
3.   Attach Receipt for Meal Expense Greater than $25
4.   Line-Item Management Approval for Exceptions to the Policy

*Hampton*

8620 Airport Blvd. • Houston, TX 77061
Phone (713) 641-6400 • Fax (713) 641-5888

official sponsor u.s. olympic team   USA

| BRITTING, KEVIN | name |
| 1017 W NANCY CREEK DR NE | address |
| ATLANTA, GA 30319 | |
| US | |

room number: 415/SXBL
arrival date: 12/15/2011  9:05:00PM
departure date: 12/16/2011
adult/child: 1/0
room rate: 119.00

*Strategy w/ Customers*

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

RATE PLAN      LV1
HH# 434705682 BLUE
AL:        DL   #2313642130
BONUS AL:              CAR:

CONFIRMATION NUMBER : 86288822

12/16/2011      PAGE      1

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safe deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. I have requested weekday delivery of USA Today. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party, require special evacuation assistance due to a physical disability. Please indicate yes by checking here: ☐

signature:

| date | reference | description | amount |
|---|---|---|---|
| 12/15/2011 | 1593485 | GUEST ROOM | $119.00 |
| 12/15/2011 | 1593485 | STATE TAX | $7.14 |
| 12/15/2011 | 1593485 | CITY TAX | $8.33 |
| 12/15/2011 | 1593485 | COUNTY TAX | $4.76 |
| | | WILL BE SETTLED TO VS *1964 | $139.23 |
| | | EFFECTIVE BALANCE OF | $0.00 |

EXPENSE REPORT SUMMARY

1 00:00:00 STAY TOTAL

| ROOM & TAX | $139.23 | $139.23 |
| DAILY TOTAL | $139.23 | $139.23 |

for reservations call 1.800.hampton or visit us online at www.hamptoninn.com

| account no. | date of charge | folio/check no. |
| | | 322189       A |
| card member name | authorization | initial |
| establishment no. and location   establishment agrees to transmit to card holder for payment | purchases & services | |
| | taxes | |
| | tips & misc. | |
| signature of card member | total amount | |
| X | | 0.00 |

TheHiltonFamily    Hilton    CONRAD    DOUBLETREE    Embassy Suites    Hampton    Hilton Garden Inn    HOMEWOOD SUITES    **thanks.**



**DELTA**

SERVICE CHARGES/FEES   PASSENGER RECEIPT
DATE/PLACE OF ISSUE 16DEC11/IRRRES /T

PASSENGER NAME
BRITTINGHAM/KEVINTYS

RETAIN THIS RECEIPT FOR YOUR RECORDS. THE AMOUNT SHOWN BELOW IS THE TOTAL OF ANY
NONREFUNDABLE SERVICE CHARGES OR FEES PAID IN CONJUNCTION WITH ISSUANCE EXCHANGE OR
REFUND OF THE FOLLOWING TICKETS / DOCUMENTS INCLUDING ANY      NOT VALID FOR TRAVE
DIRECT TICKET CHARGE INCLUDED IN THE FARE YOU WERE QUOTED.
ORIGINAL TICKET NUMBER   0062116256935    /03MAR11
NEW TICKET NUMBER        0062194384487    /16DEC11

USD   150.00 ADMINISTRATIVE SERVICE CHARGES/FEES

                                                    PAGE 01 OF 01
USD150.00 TOTAL        0 006 2194384487 4    0  006 2194384487 4
                             DUPLICATE              DUPLICATE

---

**DELTA**   ETKT PASSENGER RECEIPT          PAGE 02 OF 03
            NOT TRANSFERABLE    THIS DOCUMENT EXPIRES 03MAR12
BRITTINGHAM/KEVINTYS   DL2305774126   DATE/PLACE OF ISSUE 16DEC11 IRRRES
                                      ISS AGT ID DL/TV    CONF NBR  GCKDKG
ENDORSEMENTS

FARE CALCULATION HOU DL X/ATL Q27.91DL DRL936.74F0 USD964.65END ZP IOUATL XF HOU3ATL4.5

USD   964.65                  FORM OF PAYMENT  AXXXXXXXXXXXXX1806/22; /21
TAX    92.25                                   FP A/CUSD312.36/IL48% .79
                              ORIGINAL FOP  AXXXXXXXXXXXXX1802
                              ORIGINAL TKT  8067837978497      ISSUED IN EXCHANGE FOR
USD1056.90                                                     12  0062116256935I
          DUPLICATE           0 0062194384487 4                   DUPLICATE

Hartsfield-Jackson
Atlanta International Airport

2012-534390-05:00:25-12/20/11 13:20-000.00-$212.00

Houston Shooting
TXP
RECEIPT

SOUTHLAND PRINTING - SHREVEPORT, LA.        629029

**ORIGINAL**

*Remington Arms Company, Inc.*
Madison, NC 27025

| | Seller's Invoice Date | 11-Jan-12 |
|---|---|---|

| Purchase Order No. | Seller's Invoice No. |
|---|---|
| Name of Person Originating APV | Pay To Kevin Brittingham |
| Location/Extension of Originator | Street and No. |
| Date Prepared | City _____ State _____ Zip Code _____ |

| % ____ Days; Net ____ Days or ____ Desired Pay Date | Vendor Code |
|---|---|
| | Pmt Method |

| Date | Description | Amount |
|---|---|---|
| 7-Dec | Sharp Shooters USA , Tripod for Shooting Demo | 140.16 |
| 9-Dec | Ippolitos, | 24.8 |
| 11-Dec | Ted's Motana Grill, Discuss SHOT SHOW, new hires, also  AAC Morale Dinner | 180.95 |
| 11-Dec | Big Stick Armory, 300 Winmag Ammo Demo with FBI | 95.6 |
| 14-Dec | Ted's Motana Grill, Kevin , Lynsey, Bullseye, Ammo, New Products disscussion | 112.68 |
| 14-Dec | Moe's, Kevin, John, Mike Dicussing 300 Blackout | 48.92 |
| 14-Dec | Trigger Time, Kevin, Uber Group and Customer, Took them shooting | 113.9 |
| 16-Dec | CNN News Express Terminal ATL airport .   Lunch Houston HELO shoot with Customers | 5.33 |
| 20-Dec | Five Guys, Kevin and Lynsey discuss New Hires | 21.15 |
| 20-Dec | A T & T monthly bill , Kevin Business Phone Line (404) 886-7335 | 253.59 |

ABA:

Pay to:

Acct #:

Distribution

The approval signature(s) shown below attest that all required verifications and extensions have been properly made and that Accounts Payable Section can make payments without further checks as to correctness.

Signed:

Signed:

Date:

| | |
|---|---|
| Gross | 997.08 |
| Discount | |
| Net | 997.08 |

| For Treasury Use Only | |
|---|---|
| Date Paid | |
| Reference No. | |
| Bank Acct | |
| USD Amt (if in Foreign Currency) | |

G-408
Revised  9/7/97

*Bein AKC morale*

*Shot, dinner*

*new hires*

Ted's Montana Grill
1680 Mall of Georgia Blvd
Buford, GA 30518
(678) 546-3631

Server: Azizul                    DOB: 12/11/2011
05:56 PM                               12/11/2011
Table 23/1                              4/40049

SALE

Visa                                      4194351
Card #XXXXXXXXXXXXX1964
Magnetic card present: BRITTINGHAM KEVIN
Card Entry Method:  S

Approval: 093418

Amount:      $ 151.95

+ Gratuity:  *30_46*

= Total:     *19+95*

             *180.95*

I agree to pay the above
total amount according to the
card issuer agreement.

X

Sign up for Ted's email and
enter to win special prizes at
www.tedsmontanagrill.com
Join us on Facebook too.
See you again soon.

Ted's Copy
(REPRINT)

*Tripod for Shooting.*

Sharp Shooters USA
11261 Alpharetta Hwy. *DHW*
Roswell, GA  30076
770-500-3473

Ticket# T-0029475
Station: 1                    User: D.HUMPHRIE
12/7/2011    04:06 PM

----------------------------------------
Item #         Qty   Price      Total
Description
----------------------------------------
729806355403    1   130.99     130.99
BOG TAC SER.TRIPOD TALL
                            -----------
Subtotal                        130.99
Tax                               9.17
                            -----------
Total                           140.16
                            ===========

Tender:
HC/Visa/Disc                    140.16
# ****1964

Items purchased:              1
Kevin Brittingham
2408 Tech Center Parkway Suite 180
Lawrenceville, GA  30043
404-886-7335


                PLAY ON!
Bring this receipt to the front counter
at Andretti's Indoor Karting & Games
     For a FREE $10.00 Game Card.
Not Valid with any other promotion.
Llimit one per. visit/ Expires 4/1/12.
      www.AndrettiKarting.com

----------------------------------------

|||||||||||||||||||||||||||||||||||||||||

        All firearms & ammunition
            are FINAL SALE.
        No returns after 30 days.
       Returns without a receipt will
        be issued a store credit only.

*Kevin, Lynsey, Bullseye*

Ted's Montana Grill   *Ammo,*
1680 Mall of Georgia Blvd
Buford, GA 30518
(678) 546-3631   *New Products*

Server: Azizul                    DOB: 12/14/2011
10:25 PM                               12/14/2011
Table 18/1                              4/40064

                    SALE

Visa                                   3145782
Card #XXXXXXXXXXXX1964
Magnetic card present:
Card Entry Method:  S

Approval: 052218

            Amount:      $ 93.98

        + Gratuity: *18 70   30 00*

          = Total: *12398*
                    *112.68*

        I agree to pay the above
      total amount according to the
        card issuer agreement.

    X ........................................

        Sign up for Ted's email and
       enter to win special prizes at
            www.tedsmontanagrill.com
          Join us on Facebook too.
            See you again soon.

                Ted's Copy
                (REPRINT)

*Shooting*
*w/ Uber*
*Group*
*&*
*Customer*

·········· CUSTOMER COPY ··········

**Trigger Time**

7429 Spout Springs
Flowery Branch,GA,30542
TEL:770-967-4444 FAX:770-967-3989

Receipt No:23093  Register:5

Date:12/14/2011  Time:6:40:21 PM
Sales Clerk ID:14
Sale Type:STANDARD
Sale Status:COMPLETE

| Item Number | Description | | |
|---|---|---|---|
| Qty | Price | Subtotal | |
| 1STSHOOTER | FIRST SHOOTER | | |
| 1 | 12.50 | 12.50 | T |
| 2NDSHOOTER | SECOND,THIRD FOURTH SHOOTER | | |
| 1 | 7.50 | 7.50 | T |
| 754 | VIPER-CRYSTAL FRAME, CLEAR LEN | | |
| 1 | 7.99 | 7.99 | T |
| 754 | VIPER-CRYSTAL FRAME, CLEAR LEN | | |
| 1 | 7.99 | 7.99 | T |
| SHOTGUN-BLK | PEL BULLSEYE 6 SHOTGUNNER BLK | | |
| 1 | 19.99 | 19.99 | T |
| 97010 | PEL BULLSEYE ULTIMATE 10 MUFF | | |
| 1 | 24.99 | 24.99 | T |
| 35084 | BWC DKOTIC SHOPPING | | |
| 1 | 1.50 | 1.50 | T |
| 34185 | BWC SHOOT N C 17.75 BULLSEYE 5 | | |
| 1 | 19.99 | 19.99 | T |
| LARGETARGET | LARGE TARGET | | |
| 4 | 1.00 | 4.00 | T |

-------------- Payment History --------------
| Payment Desc | Tend | Paid | Change |
|---|---|---|---|
| Credit | 113.90 | 113.90 | 0.00 |

^^^^^^^^^^^^ Credit/Debit ^^^^^^^^
Credit # 1964
..............

SUBTOTAL(taxed):   106.45
SUBTOTAL(un-taxed):   0.00
TAX:   7.45

**TOTAL: 113.90**

**TOTAL TENDERED: 113.90**

**CHANGE DUE:   0.00**

CHANGE TYPE:   NONE

Tax Rate:7.00%
Customer:KEVIN BRITTINGHAM
Home Phone:404-886-7335

Payment Satisfied.Balance:$0.00

·····································
Thank You for shopping with Trigger Time!

All Gun Sales are Final.   15% Restocking Fee on all
Special orders and Layaways.

Print Date:12/14/2011 Time:7:58:20 PM

====== Credit/Debit Info ======

Sales Clerk ID:14
Last 4 CC#:1864
Authorization Code:04083B
Reference Num:23093
Trans Type:Purchase
Transaction Amt:113.90

Card Type:Credit-1964
Entry Method:Swiped

ORIGINAL RECEIPT

**0103**
Server: PM BAR P (#2)          Rec: 60
12/09/11 19:14, Swiped   T: 202 Term: 4

Ippolito's Dacula
3523 Braselton Hwy.
Dacula, GA 30009
(770)932-3509
MERCHANT #:

CARD TYPE      ACCOUNT NUMBER
VISA           XXXXXXXXXXX1964
Name: KEVIN BRITTINGHAM
00 TRANSACTION APPROVED
AUTHORIZATION #: 036308
Reference: 1209010000103
TRANS TYPE: Credit Card SALE

CHECK:              16.80

TIP:                8.

TOTAL:              24.80

X_____

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
top copy -> customer

*Kevin, John, Mike*

*Lunch   300 JLK*

Welcome to Moe's Suwanee
Store #141
3320 Lawrenceville-Suwane

Server: Aloha                    DOB: 12/14/2011
12:22 PM                              12/14/2011
165/1                                  1/10046

Visa                                     1048621
Card #XXXXXXXXXXXX1064
Magnetic card present:
Approval: 05566B

Amount:        $ 40.92

Tip: _____  *8⁰⁰*

= Total: _____  *48.92*

X _____

Customer Copy

*At Lunch Houston
Help chat w/Customers*

HMS HOST
CNN NEWS EXPRESS TERMINAL B
ATLANTA INTERNATIONAL AIRPORT

5418 Darlene
-----------------------------------
TRN 743  DEC16'11  7:26PM
-----------------------------------

  073390026349
 1 MENTOS STRAW ROL      1.49
  070847000037
 1 MONSTER ENERGY A      3.49

  Subtotal              4.98
  Tax                   0.35
  Amt Paid          5.33
  CASH                  6.00
  Change Due            0.67

        HMS HOST
CNN NEWS EXPRESS TERMINAL B
ATLANTA INTERNATIONAL AIRPORT

   TAKE US HOME WITH YOU
    FREE SHIPPING FOR
 PURCHASES OF $25 AND UP
       THANK YOU

*300 Win Mag Ammo*

BIG STICK ARMORY
WALNUT TREE LN   *Demo*
BUFORD, GA 30519

12/11/2011                    11:07:41
Merchant ID: *FBI*   000000001761658
Terminal ID:            02640538
313243701882

CREDIT CARD

VISA SALE

CARD #              XXXXXXXXXXXX1964
INVOICE                      86000!
Batch #:                     000086
Approval Code:               02253B
Entry Method:                Swiped
Approved:                    Online

SALE AMOUNT          $95.60

CUSTOMER COPY



| Page: | 3 of 8 |
| Billing Cycle Date: | 11/17/11 - 12/16/11 |
| Account Number: | 534007387373 |

## Prior Activity 534007387373

| Previous Balance | | 420.57 |
| --- | --- | --- |
| **Detail of Payments Posted** | | |
| Payment posted Dec 09, 2011 | | -420.57 |
| TOTAL BALANCE | | $0.00 |

## Wireless Detail 534007387373

| Wireless Number | Minutes Used | Msg/KB/ MB Used | Monthly Service | Usage Charges | Credits, Adj & Other Charges | Government Fees & Taxes | Non-Comm Related Charges | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 404-886-7335 | 1,878 | 47,321 | 245.97 | 0.00 | 3.71 | 3.91 | 0.00 | 253.59 |
| KEVIN BRITTINGHAM | | | (See Page 4 for Detailed Charges) | | | | | |
| 770-617-7012 | 1,430 | 851 | 74.99 | 0.00 | 2.55 | 3.53 | 0.00 | 81.07 |
| KEVIN BRITTINGHAM | | | (See Page 5 for Detailed Charges) | | | | | |
| 770-862-9992 | 855 | 811,678 | 80.99 | 0.00 | 20.55 | 3.53 | 0.00 | 105.07 |
| KEVIN BRITTINGHAM | | | (See Page 6 for Detailed Charges) | | | | | |
| Total | 4,163 | 1,359,850 | 401.95 | 0.00 | 26.81 | 10.97 | 0.00 | 439.73 |

| TOTAL AMOUNT DUE | $439.73 |
| --- | --- |

## Group Details

Note: The following information summarizes only the shared plan services for your account. For additional information and details relating to all other services for a subscriber, please refer to the subscriber's individual pages.

### FamilyTalk Nation Unlimited

#### Shared Minutes Used

| Wireless Number | Period | Monthly Service | Rollover Minutes | Other Shared Minutes | Billed Minutes | Billed Charges |
| --- | --- | --- | --- | --- | --- | --- |
| 404-886-7335 | 11/17-12/16 | 70.00 | 0 | 0 | 0 | 0.00 |
| 770-617-7012 | 11/17-12/16 | 49.99 | 0 | 0 | 0 | 0.00 |
| 770-862-9992 | 11/17-12/16 | 49.99 | 0 | 4 | 0 | 0.00 |
| Total | | 169.98 | 0 | 4 | 0 | 0.00 |

#### Shared Data Used

| Wireless Number | Monthly Service | Shared Text Msgs | Shared MMS Msgs | Shared KB | Billed Text Msg | Billed MMS Msg | Billed KB | Billed Charges |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 404-886-7335 Period 11/17-12/16 | 29.99 | 3994 | 412 | 0 | 0 | 0 | 0 | 0.00 |
| 770-617-7012 Period 11/17-12/16 | 0.00 | 86 | 44 | 0 | 0 | 0 | 0 | 0.00 |
| 770-862-9992 Period 11/17-12/16 | 0.00 | 3831 | 249 | 0 | 0 | 0 | 0 | 0.00 |
| Total | 29.99 | 7911 | 705 | 0 | 0 | 0 | 0 | 0.00 |

at&t

| | |
|---|---|
| Page: | 4 of 8 |
| Billing Cycle Date: | 11/17/11 - 12/16/11 |
| Account Number: | 534007387373 |

## Wireless Line Summary For: 404-886-7335

**User Name: KEVIN BRITTINGHAM**

| Monthly Service Charges | Period | Monthly Charge | Total Charge |
|---|---|---|---|
| **Rate Plan** | | | |
| FamilyTalk Nation Unlimited<br>Includes:<br>$49.99 Each Additional Line, Unlimited Anytime Minutes, Nationwide Long Distance & Roaming, Call Forward Feature, Caller ID, Call Wait, Conference Call Feature, Mobile Purchases & Downloads Detail, Basic Voice Mail Feature. | 12/17-01/16 | 70.00 | 70.00 |
| **Other Services** | | | |
| AT&T World Traveler (SM)<br>Includes:<br>Discounted voice roaming rates in more than 100 countries. | 12/17-01/16 | 5.99 | 5.99 |
| **Wireless Data** | | | |
| 275MB_INTL_ALLDEVS<br>Includes:<br>275 megabytes of data usage ($10 for each additional 10 megabytes) in select discounted international countries listed on att.com/dataconnectglobal. Pay-per-use data rates apply in all other international countries. | 12/17-01/16 | 99.99 | 99.99 |
| Data Unlimited for iPhone<br>Includes:<br>Unlimited domestic data, unlimited domestic data on the AT&T Wi-Fi Basic Network, Visual Voicemail. | 12/17-01/16 | 30.00 | 30.00 |
| Family Messaging Unlimited<br>Includes:<br>Unlimited domestic text, picture, video and instant messages. | 12/17-01/16 | 29.99 | 29.99 |
| Global Messaging 50<br>Includes:<br>50 sent text, picture, video or instant messages ($0.40 each additional message sent) while in select discounted countries. | 12/17-01/16 | 10.00 | 10.00 |
| **TOTAL MONTHLY SERVICE CHARGES** | | | **$245.97** |

| | | |
|---|---|---|
| **Usage Charges**<br>(See Usage Charge Details) | | |
| **TOTAL USAGE CHARGES** | | **$0.00** |
| **Credits, Adjustments & Other Charges** | | |
| Regulatory Cost Recovery Charge | 0.31 | |
| Federal Universal Service Charge | 3.40 | |
| **TOTAL CREDITS, ADJUSTMENTS & OTHER CHARGES** | | **$3.71** |
| **Government Fees & Taxes** | | |
| Gwinnett County E911 | 1.00 | |
| GA State Sales Tax - Telecom | 1.93 | |
| County Sales Tax - Telecom | 0.98 | |
| **TOTAL GOVERNMENT FEES & TAXES** | | **$3.91** |
| **TOTAL CHARGES FOR: 404-886-7335** | | **$253.59** |

4954.002.008357.02.04.0000000 NYYYNNNN 68035.68035

*Kevin & Lyndsey*
FIVE GUYS
BURGERS AND FRIES
STORE # GA-0188
3350 BUFORD DR, STE A-0160
BUFORD, GA 30519
678-714-6338(P)
678-714-6340(F)

*Discuss*
*Now*
*Hires*

12/20/2011 12:56:26 PM

# FIVE GUYS

Order Number: **90**

| | | |
|---|---|---|
| 1 | CB | 5.99 |
| | LETTUCE | |
| | PICKLE | |
| | ONION | |
| | ->\|KETCHUP | |
| | ->\|MUSTARD | |
| 1 | BC | 6.89 |
| | ->\|BACON | |
| | --->\|A1\|< | |
| | LETTUCE | |
| | PICKLE | |
| | ->\|MUSTARD | |
| 1 | Cajun | 2.89 |
| 1 | Reg. Drink | 2.09 |
| 1 | Reg. Drink | 2.09 |

```
Sub. Total:          $19.95
Tax:                  $1.20
Total:               $21.15

American Express:    $21.15
Change                $0.00
Register:1   Tran Seq No:  93790
Cashier:Ashley H.
```

************************************
Don't throw away your receipt!!!

Help Five Guys and you could Win!
Log online to www.fiveguys.com/survey
and fill out a brief survey!

10 lucky people will win a
Five Guys Gift Card each month
Worth $25 each!

No purchase necessary
Sweepstakes ends 12/31/12.
Must be at least 18 years old to enter.
Please visit www.fiveguys.com/survey
for Official Rules and how to enter
without making a purchase or
completing a survey.
Void where prohibited.

*******************************************

American Express
Card Num : XXXXXXXXXXX1006
Terminal : 000803784156
Approval : 552771
Batch Number: 496
Entry Method: S