# Exhibit 84

McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Phone: 804.775.1000
Fax: 804.775.1061
www.mcguirewoods.com

Dana L. Rust
Direct: 804.775.1082

drust@mcguirewoods.com
Direct Fax: 804.698.2158

# McGUIREWOODS

March 22, 2012

**VIA EMAIL & FEDERAL EXPRESS**

R. Jason D'Cruz, Esq.
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326

### Kevin Brittingham

Dear Mr. D'Cruz:

I am writing in response to your February 13, February 17 and February 24, 2012 letters concerning Kevin Brittingham.

Mr. Brittingham's termination letter clearly spells out the reasons for his dismissal, and Mr. Brittingham is well aware of his numerous compliance and policy violations. While the list is long and his transgressions were numerous, Mr. Brittingham should know the firearms he brought or removed improperly from AAC, LLC ("AAC") during his employment with the company. These were, after all, firearms Mr. Brittingham directly handled during a 12-month probationary period in which, as Mr. Brittingham acknowledged, he would be immediately terminated if, among other things, he brought his firearms to AAC without the advance written approval of the Chief Human Resources Officer. Knowing that he never had such approval, and knowing that he could be fired for doing it, I would have thought Mr. Brittingham would have refrained from such conduct or, at a minimum, remembered it when he chose to act so recklessly. While the evidence of Mr. Brittingham's misconduct is overwhelming, one of the most damaging pieces of evidence is likely the video footage of Mr. Brittingham at AAC the night before his termination (after sending emails in which he asked if he was going to be fired the following day) where he is seen changing the angle of the surveillance camera in an effort to conceal the fact he was removing a machine gun, not registered under the National Firearms Act ("NFA") to AAC, he had brought to AAC in violation of his probation. There is much more in terms of evidence but this picture is truly worth a thousand words.

Your letters reference five different expense reports submitted by Mr. Brittingham. He submitted three of these reports on December 8, 2011. On February 6, 2012, AAC sent Mr. Brittingham reimbursements for two of the three December 8 reports. The amounts paid were $760.86 and $213.09 for a total of $973.95. The third expense report will be reimbursed this week with an offset with respect to one firearm for which Mr. Brittingham was already

Atlanta | Austin | Baltimore | Brussels | Charlotte | Charlottesville | Chicago | Houston | Jacksonville | London
Los Angeles | New York | Norfolk | Pittsburgh | Raleigh | Richmond | Tysons Corner | Washington, D.C. | Wilmington

March 22, 2012
Page 2

reimbursed. Thus, AAC is denying the second submission for the same weapon and deducting the amount he was already paid.

With respect to the January expense report, we have multiple questions we need answered before we can reimburse Mr. Brittingham. The questions are as follows:

1) Can he submit the original receipts?
2) Was the hunting trip approved and if so by whom?
3) His parking receipt is for 7 days but the trip was for 2 days. Why the extra 5 days?
4) He purchased a tripod. Has he returned it yet?
5) Can he identify the persons (by full name and company) who joined him for meals and entertainment and the detailed business purpose for the expense?

Finally, you have referenced a February expense report. No one recalls receiving such an expense report so please submit it to me.

AAC is under no obligation to pay Mr. Brittingham for the alleged 80 hours of accrued but unused vacation pay. Mr. Brittingham took vacations and received vacation pay during the year. In addition, Mr. Brittingham's employment was terminated on December 21, but AAC paid him for the remainder of the year even though it had no obligation to do so under Mr. Brittingham's employment agreement. Thus, by our calculations, Mr. Brittingham was actually overpaid and we reject your client's demand for vacation pay.

Your letter requests that we produce several employment-related documents for Mr. Brittingham, including a term sheet, an acknowledgement form, an amended employment agreement and his original employment agreement. Your client should have copies of these documents. If he lost them, please let me know and we will provide him with copies.

You also requested that we provide you with certain firearm inventory records for both Mr. Brittingham and Random Ventures as maintained in the Silent Island program. The Gun Control Act of 1968 ("GCA") and its implementing regulations at 27 C.F.R Parts 478 and 479 require Random Ventures to maintain certain firearms acquisition and disposition records at its FFL licensed premises. To the extent AAC has reasonable access to such records in electronic and/or paper format, AAC will provide them to you.

Additionally, pursuant to Section 11 of the October 2, 2009 Asset Purchase Agreement (the "APA"), AAC will also exercise its right to retain a copy of any and all such records in connection with the Silent Island program it provides to you or dispose of such records as its sees fit. AAC will address the paper and electronic conveyances on an expeditious schedule so that Random Ventures/Mr. Brittingham can have the required paper or electronic records in its possession as required by 27 C.F.R. Parts 478 and 479. However, at this time, we do not know how long it will take to copy the paper records; thus, we will advise under separate cover when the copies have been made. AAC will provide invoices for costs associated with the copying of same to you for forwarding to Mr. Brittingham and/or Random Ventures.

Moreover, AAC has already provided some records pertaining to Random Ventures/Mr. Brittingham to your client, including all paper NFA firearm records, but AAC did not copy these records before sending them to your client. Thus, AAC reserves the right to seek or compel

March 22, 2012
Page 3

production of these documents in the future. By retaining any copies, as authorized by the APA, of Random Ventures/Mr. Brittingham firearms records, AAC does not assume, for any purpose or reason, successor recordkeeping liability under 27 C.F.R. § 478.127.

With regard to your assertion that Mr. Brittingham has changed the name of his business to Random Ventures, LLC, that appears not to be the case. Enclosed is a copy of an FFL clearly demonstrating that as of March 20, 2012, Mr. Brittingham has not changed the name on his FFL in the form of an amended FFL. The enclosure contains a new business address, but no name change. Additionally, the ATF FFL EZ check system confirms that Mr. Brittingham continues to use AAC's name in violation of the APA.

Please confirm the address of the amended FFL so that the parties to the APA can continue to perform under that agreement, especially with respect to undertaking the process of obtaining the transfer of the Post-86 Sales Sample machineguns. This process will require AAC to obtain the needed law enforcement demonstration request letters and Random Ventures/Mr. Brittingham to execute and submit the required ATF Form 3 transfer forms. The anticipated time frame for this process will be a minimum of six months.

We have confirmed that the six firearms listed in your letter of February 13 (four Ti-Fighter silencers (TF-0001, TF-0003, TF-0005, TF-0009) and the two Ruger .22 handguns (220-69118 and 223-91531)) are listed on the APA Excluded Assets and belong to Mr. Brittingham. These six firearms are currently stored in a locked storage cage at AAC premises, to which only Mr. Brittingham and you have access. With regard to these six firearms, and the remainder of Mr. Brittingham's firearm assets that were previously addressed (i.e. 1 pistol with an attached silencer, 1 AOW, 1 submachine gun and two barreled rifle actions, all belonging to Mr. Brittingham), please advise when Mr. Brittingham will be able to remove these assets from AAC's facility.

Recently, we were advised that Brittingham gave five additional silencers to Hunter Terhune which, like the other silencers, should have been, but were not, transferred to AAC after the APA was executed. These silencers are now being stored in the same locked storage cage and should also be transferred to AAC through an ATF Form 3. Please also advise when Mr. Brittingham will be able to submit the required ATF Form 3 transfer form(s) for the remaining 510 NFA firearms that AAC purchased so that AAC will be able to take lawful possession of these assets. For your reference, I enclose a revised serial number list detailing the foregoing firearms stored in separate, locked cages at AAC for which a Form 3 should be executed in favor of AAC, as well as the firearms list excluded from the APA. As I mentioned in our phone call on Friday, February 24, 2012, Mr. Brittingham is free to inspect these firearms at a mutually convenient time if he is genuinely concerned about their security and his exclusive dominion and control over these weapons.

We understand from your February 13 letter that Mr. Brittingham does not own the three (3) NFA firearms (February 3rd Letter, Ex. B). These have been disposed of in accordance with federal law.

Please let us know a time when Mr. Brittingham is available to return the tree stands and MGM targets to an AAC representative.

March 22, 2012
Page 4

Regarding the firearms and other items Mr. Brittingham claims not to possess, your vague assertion that the "remaining listed items should be in AAC's possession," is untrue. Your client purchased the items. He then sought reimbursement for them. With some limited exceptions, to the best of our knowledge, AAC never had physical possession of these items. Rather, it appears they were always kept by Mr. Brittingham, even after he obtained reimbursement for them. If Mr. Brittingham claims he returned the items, he needs to provide specific details about when he returned them and to whom, but we have no reason to believe that ever occurred. Accordingly, Mr. Brittingham needs to reimburse AAC for the guns he has retained, return the guns to AAC, or specifically identify the AAC employee to whom he transferred the guns. Set forth below are some additional details regarding these firearms:

a. Remington 51 .380 ACP: We have determined the correct serial number is PA24524, and it is correctly logged into the AAC bound book and is located in our vault. Accordingly, no further demand or action is made or requested with regard to this firearm.

b. Sig Sauer Pink Mosquito SN: F090636: this firearm was booked out to AAC from Bulls eye indoor range. It was then booked out of AAC's bound book to Mr. Brittingham's personal FFL. As this firearm is properly not reflected in AAC's bound book records, Mr. Brittingham, not AAC, is responsible for filing an ATF Lost/Stolen Report for this firearm.

c. Remington Model 7 SN: 7845022: This rifle was not disposed of by the relevant FFL dealer to AAC and AAC does not possess it. As this firearm was never acquired by AAC, AAC it not responsible for filing an ATF Lost/Stolen Report for this firearm. If Mr. Brittingham purchased this firearm with his FFL and he has lost this weapon, he needs to file an ATF Lost/Stolen Report for this firearm

d. Smith & Wesson 22LC SN: DWC38: It was not disposed of by the relevant FFL dealer to AAC LLC and AAC, LLC does not possess it. As this firearm was never acquired by AAC, AAC is not responsible for filing an ATF Lost/Stolen Report for this firearm. If Mr. Brittingham purchased this firearm with his FFL and he has lost this weapon, he needs to file an ATF Lost/Stolen Report for this firearm

e. H&K P30 9mm. SN: 129-029618: This handgun was not disposed of by the relevant FFL dealer to AAC and AAC does not possess it. As this firearm was never acquired by AAC, AAC is not responsible for filing an ATF Lost/Stolen Report for this firearm. If Mr. Brittingham purchased this firearm with his FFL and he has lost this weapon, he needs to file an ATF Lost/Stolen Report for this firearm

f. Umarex HK416 .22cal SN: HK002271: This firearm was disposed of by the relevant FFL dealer to AAC, but this firearm is not present at the AAC facility. Nor did Mr. Brittingham cause it to be entered into the AAC, bound book. As Mr. Brittingham was the last person known to acquire this firearm from the dealer and possess this AAC firearm, Mr. Brittingham is responsible for returning it to AAC so that it can be properly entered into our required federal recordkeeping. AAC will file an ATF Lost/Stolen Report for it if not returned by March 26, 2012.

March 22, 2012
Page 5

To the extent Mr. Brittingham misplaced any of the foregoing weapons for which he also received reimbursements from AAC, he needs to remit to AAC the amount used to acquire such firearms.

As I previously mentioned, Mr. Brittingham comingled personal and AAC data on his personal computer and used his personal computer to conduct business affairs related to AAC. These actions were clear violations of AAC's Computer Network Acceptable Use Policy and created a significant risk that unauthorized individuals would be able to access confidential AAC data. AAC will not give Mr. Brittingham the business information on the computer, which includes hundreds of business emails. Nevertheless, my client remains willing to provide Mr. Brittingham with all personal data located on the computer. Please provide a list of such data, and it will be promptly returned. If Mr. Brittingham is having difficulty identifying the personal data based upon the file directory we provided, he could speak directly to the forensic computer expert to obtain his assistance in identifying relevant personal information.

Sincerely yours,

Dana L. Rust

Enclosures

| ON AAC INC. FFL | | | | | | |
|---|---|---|---|---|---|---|
| Description of firearm | | | | | | |
| Manufacturer and/or Importer | Country of Manufacture | Model | Serial No. | Qty. | Type | Caliber or Gauge |
| AAC | U.S. | M9-SD | SA-1326 | 1 | SI | |
| AAC | U.S. | Scar SD | 026 | 1 | SI | |
| AAC | U.S. | Scar SD | 027 | 1 | SI | |
| AAC | U.S. | PHOENIX | 1022-083 | 1 | SI | |
| AAC | U.S. | PHOENIX | 1022-2038 | 1 | SI | |
| AAC | U.S. | 417-SD | 17-0002 | 1 | SI | |
| AAC | U.S. | 417-SD | 17-0003 | 1 | SI | |
| AAC | U.S. | BLACKBOX | 1BB | 1 | SI | |
| AAC | U.S. | SPR/M4 | 3/75-A32 | 1 | SI | |
| AAC | U.S. | FIVESEVEN | 5.7-002 | 1 | SI | |
| AAC | U.S. | CYCLOPS | 50-0017 | 1 | SI | |
| AAC | U.S. | CYCLOPS | 50-0061 | 1 | SI | |
| AAC | U.S. | FIVESEVEN | 57-10051 | 1 | SI | |
| AAC | U.S. | FIVESEVEN | 57-10131 | 1 | SI | |
| AAC | U.S. | CYCLONE | 762-057 | 1 | SI | |
| AAC | U.S. | TITAN | AISM-0833 | 1 | SI | |
| AAC | U.S. | TITAN | AISM-0838 | 1 | SI | |
| AAC | U.S. | TITAN | AISM-0860 | 1 | SI | |
| AAC | U.S. | TITAN | AISM-0908 | 1 | SI | |
| AURORO TACTICAL | U.S. | AT 22 HS | AT 1109 | 1 | SI | |
| AAC | U.S. | AVENGEFR | AVR-053 | 1 | SI | |
| AAC | U.S. | AVENGER | AVR-071 | 1 | SI | |
| AAC | U.S. | AVENGER | AVR-1046 | 1 | SI | |
| AAC | U.S. | 762-SD | B0043 | 1 | SI | |
| AAC | U.S. | 762-SD | B02510 | 1 | SI | |
| AAC | U.S. | 762-SD | B0281 | 1 | SI | |
| AAC | U.S. | 762-SD | B0282 | 1 | SI | |
| AAC | U.S. | 762-SD | B0375 | 1 | SI | |
| AAC | U.S. | 762-SD | B0981 | 1 | SI | |
| AAC | U.S. | 762-SD | B1030 | 1 | SI | |
| AAC | U.S. | 762-SD | B1166 | 1 | SI | |
| AAC | U.S. | 762-SD | B1167 | 1 | SI | |
| AAC | U.S. | 762-SD | B1215 | 1 | SI | |
| AAC | U.S. | 762-SD | B1270 | 1 | SI | |
| AAC | U.S. | BLACKBOX | BBX-4500 | 1 | SI | |
| AAC | U.S. | BLACKBOX | BBX-4501 | 1 | SI | |
| AAC | U.S. | BLACKBOX | BBX-4502 | 1 | SI | |
| AAC | U.S. | BLACKBOX | BBX-4503 | 1 | SI | |
| AAC | U.S. | BLACKBOX | BBX-4504 | 1 | SI | |
| AAC | U.S. | BLACKBOX | BBX-4505 | 1 | SI | |
| AAC | U.S. | BLACK BOX | BBX-4506 | 1 | SI | |

| AAC | U.S. | BLACKOUT | BO30-001 | 1 | SI | |
|---|---|---|---|---|---|---|
| AAC | U.S. | Blackout .30 | BO30-002 | 1 | SI | |
| AAC | U.S. | BLACKOUT | BO9-001 | 1 | SI | |
| AAC | U.S. | BLACKOUT 9 | BO9-003 | 1 | SI | |
| AAC | U.S. | BLACKOUT | BOM4-001 | 1 | SI | |
| AAC | U.S. | BLACKOUT | BOM4-002 | 1 | SI | |
| AAC | U.S. | SCAR-SD TI | BST-0008 | 1 | SI | |
| AAC | U.S. | CYCLONE | C0129 | 1 | SI | |
| AAC | U.S. | CYCLONE | C0131 | 1 | SI | |
| AAC | U.S. | CYCLONE | C0138 | 1 | SI | |
| AAC | U.S. | CYCLONE | C01510 | 1 | SI | |
| AAC | U.S. | CYCLONE | C0239 | 1 | SI | |
| AAC | U.S. | CYCLONE | C0240 | 1 | SI | |
| AAC | U.S. | CYCLONE K | C1021 | 1 | SI | |
| AAC | U.S. | CYCLONE-K | C1074 | 1 | SI | |
| AAC | U.S. | CYCLONE K | C1075 | 1 | SI | |
| AAC | U.S. | CYCLONE K | C1087 | 1 | SI | |
| AAC | U.S. | CF-9 | CF9-001 | 1 | SI | |
| AAC | U.S. | CF-9 | CF9-002 | 1 | SI | |
| AAC | U.S. | CLOAK | CLK-2033 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2027 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2029 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2030 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2031 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2032 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2033 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2034 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2039 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2040 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2041 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2042 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2043 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2044 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2046 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2047 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2048 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2049 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2050 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2051 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2052 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2053 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2054 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2077 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2080 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2081 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2082 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2083 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2084 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2085 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2086 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2087 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2088 | 1 | SI | |

| AAC | U.S. | EVO CQC-9 | CQC9-2089 | 1 | SI | |
|---|---|---|---|---|---|---|
| AAC | U.S. | EVO CQC-9 | CQC9-2091 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2092 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2093 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2094 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2095 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2096 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2098 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2099 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2100 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2101 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2102 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2103 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2104 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2105 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2106 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2107 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2108 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2109 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2110 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2111 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2112 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2113 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2114 | 1 | SI | |
| AAC | U.S. | EVO CQC-9 | CQC9-2115 | 1 | SI | |
| AAC | U.S. | CYCLONE | CYN-01061 | 1 | SI | |
| AAC | U.S. | 416-SD | D0063 | 1 | SI | |
| AAC | U.S. | 416-SD | D0165 | 1 | SI | |
| AAC | U.S. | 416-SD | D0224 | 1 | SI | |
| AAC | U.S. | 416-SD | D0225 | 1 | SI | |
| AAC | U.S. | 416-SD | D0226 | 1 | SI | |
| AAC | U.S. | 416-SD | D0227 | 1 | SI | |
| AAC | U.S. | 416-SD | D0393 | 1 | SI | |
| AAC | U.S. | 416-SD | D0414 | 1 | SI | |
| AAC | U.S. | 416-SD | D0415 | 1 | SI | |
| AAC | U.S. | 416-SD | D0416 | 1 | SI | |
| AAC | U.S. | 416-SD | D0810 | 1 | SI | |
| AAC | U.S. | 416-SD | D0955 | 1 | SI | |
| AAC | U.S. | 416-SD | D0956 | 1 | SI | |
| AAC | U.S. | 416-SD | D0957 | 1 | SI | |
| AAC | U.S. | 416-SD | D0958 | 1 | SI | |
| AAC | U.S. | 416-SD | D0959 | 1 | SI | |
| AAC | U.S. | 416-SD | D0960 | 1 | SI | |
| AAC | U.S. | 416-SD | D0961 | 1 | SI | |
| AAC | U.S. | 416-SD | D0962 | 1 | SI | |
| AAC | U.S. | 416-SD | D0963 | 1 | SI | |
| AAC | U.S. | EVOLUTION 40 | E40-4147 | 1 | SI | |
| AAC | U.S. | EVOLUTION 40 | E40-4419 | 1 | SI | |
| AAC | U.S. | EVOLUTION 40 | E40-4421 | 1 | SI | |
| AAC | U.S. | EVOLUTION 40 | E40-4422 | 1 | SI | |
| AAC | U.S. | EVOLUTION 45 | E45-2182 | 1 | SI | |
| AAC | U.S. | EVOLUTION 45 | E45-2651 | 1 | SI | |

| | | | | | | |
|---|---|---|---|---|---|---|
| AAC | U.S. | EVOLUTION 45 | E45-2740 | 1 | SI | |
| AAC | U.S. | EVOLUTION 45 | E45-3001 | 1 | SI | |
| AAC | U.S. | EVOLUTION 45 | E45-3244 | 1 | SI | |
| AAC | U.S. | EVOLUTION 45 | E45-3245 | 1 | SI | |
| AAC | U.S. | EVOLUTION | E9-2174 | 1 | SI | |
| AAC | U.S. | EVOLUTION | E9-2415 | 1 | SI | |
| AAC | U.S. | EVOLUTION | E9-2443 | 1 | SI | |
| AAC | U.S. | EVOLUTION | E9-2856 | 1 | SI | |
| AAC | U.S. | EVOLUTION | E9-3107 | 1 | SI | |
| AAC | U.S. | EVOLUTION | E9-3810 | 1 | SI | |
| AAC | U.S. | ECLIPSE | ECP-014 | 1 | SI | |
| AAC | U.S. | ELEMENT | EL-0001 | 1 | SI | |
| AAC | U.S. | ELEMENT | EL-00011 | 1 | SI | |
| AAC | U.S. | ELEMENT | EL-0544 | 1 | SI | |
| AAC | U.S. | ELEMENT | EL-0546 | 1 | SI | |
| AAC | U.S. | ELEMENT | EL-0547 | 1 | SI | |
| AAC | U.S. | ELEMENT | EL-0548 | 1 | SI | |
| AAC | U.S. | ELEMENT | EL-0549 | 1 | SI | |
| AAC | U.S. | ELEMENT | EL-0552 | 1 | SI | |
| AAC | U.S. | ELEMENT | EL-0553 | 1 | SI | |
| AAC | U.S. | ELEMENT | EL-0736 | 1 | SI | |
| AAC | U.S. | ELEMENT | EL-0850 | 1 | SI | |
| AAC | U.S. | ELEMENT | EL-0851 | 1 | SI | |
| AAC | U.S. | ELEMENT | EL-0852 | 1 | SI | |
| AAC | U.S. | ELEMENT | EL-X002 | 1 | SI | |
| AAC | U.S. | ENIGMA | EN-0001 | 1 | SI | |
| AAC | U.S. | ENIGMA | EN-0002 | 1 | SI | |
| AAC | U.S. | ENIGMA | EN-0003 | 1 | SI | |
| AAC | U.S. | ENIGMA | EN-0004 | 1 | SI | |
| AAC | U.S. | ENIGMA | EN-0005 | 1 | SI | |
| AAC | U.S. | ENIGMA | EN-0006 | 1 | SI | |
| AAC | U.S. | DRAGONFLY | FLY-044 | 1 | SI | |
| AAC | U.S. | DRAGONFLY | FLY-047 | 1 | SI | |
| AAC | U.S. | DRAGON FLY | FLY-2011 | 1 | SI | |
| AAC | U.S. | CQC-M | FNMHM1 | 1 | SI | |
| AAC | U.S. | ACR-SD | GR00101 | 1 | SI | |
| AAC | U.S. | SCAR-H | H2198 | 1 | SI | |
| AAC | U.S. | G-36 SD | HK-002 | 1 | SI | |
| AAC | U.S. | SCAR-H-SD BLACKOUT | HSV-0004 | 1 | SI | |
| AAC | U.S. | KRINKOV | KGB-0001 | 1 | SI | |
| AAC | U.S. | KRINKOV | KGB-2006A | 1 | SI | |
| AAC | U.S. | SCAR-SD | L0262 | 1 | SI | |
| AAC | U.S. | SCAR-SD | L0453 | 1 | SI | |
| AAC | U.S. | SCAR-SD | L0454 | 1 | SI | |
| AAC | U.S. | SCAR-SD | L1057 | 1 | SI | |
| AAC | U.S. | SCAR-SD | L1074 | 1 | SI | |
| AAC | U.S. | M4-2000 | M1006 | 1 | SI | |
| AAC | U.S. | M4-1000 | M1108 | 1 | SI | |
| AAC | U.S. | M4-1000 | M1109 | 1 | SI | |
| AAC | U.S. | M4-1000 | M1301 | 1 | SI | |
| AAC | U.S. | M4-1000 | M1302 | 1 | SI | |

| AAC | U.S. | M4-1000 | M1303 | 1 | SI | |
|---|---|---|---|---|---|---|
| AAC | U.S. | M4-1000 | M13241 | 1 | SI | |
| AAC | U.S. | M4-1000 | M1477 | 1 | SI | |
| AAC | U.S. | M4-1000 | M1592 | 1 | SI | |
| AAC | U.S. | M4-1000 | M168 | 1 | SI | |
| AAC | U.S. | M4-1000 | M1700 | 1 | SI | |
| AAC | U.S. | M4-1000 | M1988 | 1 | SI | |
| AAC | U.S. | M4-1000 | M1989 | 1 | SI | |
| AAC | U.S. | M4-1000 | M2163 | 1 | SI | |
| AAC | U.S. | M4-1000 | M2291 | 1 | SI | |
| AAC | U.S. | M4-1000 | M2348 | 1 | SI | |
| AAC | U.S. | M4-1000 | M2349 | 1 | SI | |
| AAC | U.S. | M4-1000 | M2350 | 1 | SI | |
| AAC | U.S. | M4-2000 | M4-0718 | 1 | SI | |
| AAC | U.S. | M4-2000 | M4-1008 | 1 | SI | |
| AAC | U.S. | M47-2000 | M47-001 | 1 | SI | |
| AAC | U.S. | M4-2000 | M5288 | 1 | SI | |
| AAC | U.S. | M4-2000 | M5457 | 1 | SI | |
| AAC | U.S. | M4-2000 | M5520 | 1 | SI | |
| AAC | U.S. | M4-2000 | M5521 | 1 | SI | |
| AAC | U.S. | M4-2000 | M5522 | 1 | SI | |
| AAC | U.S. | M4-2000 | M5551 | 1 | SI | |
| AAC | U.S. | M4-2000 | M5552 | 1 | SI | |
| AAC | U.S. | M4-2000 | M5585 | 1 | SI | |
| AAC | U.S. | 249-SD | M5609 | 1 | SI | |
| AAC | U.S. | M4-2000 | M5610 | 1 | SI | |
| AAC | U.S. | M4-2000 | M5615 | 1 | SI | |
| AAC | U.S. | M4-2000 | M5719 | 1 | SI | |
| AAC | U.S. | M4-2000 | M5946 | 1 | SI | |
| AAC | U.S. | M4-2000 | M5947 | 1 | SI | |
| AAC | U.S. | M4-2000 | M5948 | 1 | SI | |
| AAC | U.S. | M4-2000 | M5986 | 1 | SI | |
| AAC | U.S. | M4-2000 | M5988 | 1 | SI | |
| AAC | U.S. | 300 BLACKOUT | M6115 | 1 | SI | |
| AAC | U.S. | M4-2000 | M6153 | 1 | SI | |
| AAC | U.S. | M4-2000 | M8018 | 1 | SI | |
| AAC | U.S. | M4-2000 | M8020 | 1 | SI | |
| AAC | U.S. | M4-2000 | M8253 | 1 | SI | |
| AAC | U.S. | M4-2000 | M8301 | 1 | SI | |
| AAC | U.S. | M4-2000 | M8606 | 1 | SI | |
| AAC | U.S. | M4-2000 | M8943 | 1 | SI | |
| AAC | U.S. | M4-2000 | M9376 | 1 | SI | |
| AAC | U.S. | M4-2000 | M9554 | 1 | SI | |
| AAC | U.S. | M4-2000 | M9608 | 1 | SI | |
| AAC | U.S. | M4-2000 | M9711 | 1 | SI | |
| AAC | U.S. | M4-2000 | M9712 | 1 | SI | |
| AAC | U.S. | M4-2000 | M98110 | 1 | SI | |
| AAC | U.S. | M4-2000 | M9840 | 1 | SI | |
| AAC | U.S. | M4-2000 | M98400 | 1 | SI | |
| AAC | U.S. | 240-SD | MAG-1007 | 1 | SI | |
| AAC | U.S. | SCAR HSD | MK17-2014 | 1 | SI | |
| AAC | U.S. | MP7-SD | MP7-3 | 1 | SI | |

| AAC | U.S. | MP7-SD | MP7-4 | 1 | SI | |
|---|---|---|---|---|---|---|
| AAC | U.S. | MP7-SD | MP7-6 | 1 | SI | |
| AAC | U.S. | GRENDEL | O0001 | 1 | SI | |
| AAC | U.S. | GRENDEL | O0006 | 1 | SI | |
| AAC | U.S. | GRENDEL | O0007 | 1 | SI | |
| AAC | U.S. | GRENDEL | O0008 | 1 | SI | |
| AAC | U.S. | GRENDEL | O0009 | 1 | SI | |
| AAC | U.S. | OMNI | O-001 | 1 | SI | |
| AAC | U.S. | GRENDEL | O0010 | 1 | SI | |
| AAC | U.S. | OMNI | OQD-0002 | 1 | SI | |
| AAC | U.S. | OMNI | OQD-0006 | 1 | SI | |
| AAC | U.S. | OMNI | OQD-2151 | 1 | SI | |
| AAC | U.S. | OMNI | OQD-2173 | 1 | SI | |
| SILENCER CO | U.S. | 45OSPREY | OSP45-0061 | 1 | SI | |
| SILENCER CO | U.S. | 9OSPREY | OSP9M-0036 | 1 | SI | |
| AAC | U.S. | P90-SD | P90-028 | 1 | SI | |
| AAC | U.S. | P90-SD | P90-103 | 1 | SI | |
| AAC | U.S. | P90-SD | P90-104 | 1 | SI | |
| AAC | U.S. | P90-SD | P90-105 | 1 | SI | |
| AAC | U.S. | PRODIGY | PB-0003 | 1 | SI | |
| AAC | U.S. | PRODIGY | PB-0005 | 1 | SI | |
| AAC | U.S. | PRODIGY | PDG-20781 | 1 | SI | |
| AAC | U.S. | PRODIGY | PDG-2215 | 1 | SI | |
| AAC | U.S. | PRODIGY 08 | PDG-2253 | 1 | SI | |
| AAC | U.S. | PRODIGY | PDG-2254 | 1 | SI | |
| AAC | U.S. | PRODIGY | PDG-2255 | 1 | SI | |
| AAC | U.S. | PRODIGY | PDG-2256 | 1 | SI | |
| AAC | U.S. | PRODIGY | PDG-2257 | 1 | SI | |
| AAC | U.S. | PRODIGY | PDG-2258 | 1 | SI | |
| AAC | U.S. | PRODIGY | PDG-2259 | 1 | SI | |
| AAC | U.S. | PRODIGY 08 | PDG-2260 | 1 | SI | |
| AAC | U.S. | PRODIGY | PDG-2261 | 1 | SI | |
| AAC | U.S. | PHOENIX | PHNX-0293 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-2865 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-2947 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-3200 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-3223 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-3508 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-3593 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4129 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4130 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4148 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4149 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4150 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4168 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4169 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4170 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4177 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4178 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4179 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4180 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4181 | 1 | SI | |

| AAC | U.S. | PILOT | PLT-4182 | 1 | SI | |
|---|---|---|---|---|---|---|
| AAC | U.S. | PILOT | PLT-4183 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4184 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4185 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4186 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4187 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4188 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4189 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4195 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4200 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4203 | 1 | SI | |
| AAC | U.S. | Pilot | PLT-4255 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4256 | 1 | SI | |
| AAC | U.S. | PILOT | PLT-4257 | 1 | SI | |
| AAC | U.S. | PRODIGY | PRG-2005 | 1 | SI | |
| AAC | U.S. | PRODIGY | PRG-2007 | 1 | SI | |
| SUREFIRE | U.S. | FA338SS | Q01049 | 1 | SI | |
| QUICK SILVER | U.S. | | QSMS851 | 1 | SI | |
| AAC | U.S. | RANGER 2 | R0023 | 1 | SI | |
| AAC | U.S. | RANGER 2 | R0037 | 1 | SI | |
| SureFire | U.S. | FA556-212 | R01418 | 1 | SI | |
| AAC | U.S. | RANGER 2 | R0181 | 1 | SI | |
| AAC | U.S. | RANGER 2 | R0252 | 1 | SI | |
| AAC | U.S. | RANGER 2 | R0289 | 1 | SI | |
| SUREFIRE | U.S. | FA556-212 | R0418 | 1 | SI | |
| AAC | U.S. | RANGER 2 | R0627 | 1 | SI | |
| AAC | U.S. | RANGER 2 | R0629 | 1 | SI | |
| AAC | U.S. | RANGER 2 | R0988 | 1 | SI | |
| AAC | U.S. | REC7SD-6.8 | R7-0022 | 1 | SI | |
| AAC | U.S. | REC7-SD | R7-0024 | 1 | SI | |
| AAC | U.S. | REC7-SD | R7-0025 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0053 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0076 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0077 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0192 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0219 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0220 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0221 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0232 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0266 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0268 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0302 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0303 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0304 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0305 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0306 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0309 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0311 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0462 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0567 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0575 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0604 | 1 | SI | |

| AAC | U.S. | SPR/M4 | S0605 | 1 | SI | |
|-----|------|--------|-------|---|----|---|
| AAC | U.S. | SPR/M4 | S0606 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0665 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0712 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0713 | 1 | SI | |
| AAC | U.S. | SPR/M4 | S0735 | 1 | SI | |
| AAC | U.S. | S2R BLACKOUT | S2R-0004 | 1 | SI | |
| AAC | U.S. | EVO STEALTH | S9-2001 | 1 | SI | |
| AAC | U.S. | EVO STEALTH | S9-2011 | 1 | SI | |
| AAC | U.S. | SPIDER | SA-1168 | 1 | SI | |
| AAC | U.S. | CLOAK | SA-21095 | 1 | SI | |
| AAC | U.S. | CLOAK | SA-21097 | 1 | SI | |
| AAC | U.S. | CLOAK | SA-21098 | 1 | SI | |
| AAC | U.S. | STINGER | SA-2118 | 1 | SI | |
| AAC | U.S. | sTINGER | SA-2133 | 1 | SI | |
| AAC | U.S. | SCORPION | SA-2648 | 1 | SI | |
| AAC | U.S. | SCORPION | SA-26551 | 1 | SI | |
| AAC | U.S. | SCORPION | SA-2660 | 1 | SI | |
| AAC | U.S. | PILOT | SA-66781 | 1 | SI | |
| AAC | U.S. | SCARAB | SA-8661 | 1 | SI | |
| AAC | U.S. | SCARAB | SA-8680 | 1 | SI | |
| AAC | U.S. | 249-SD | SAW-0001 | 1 | SI | |
| AAC | U.S. | 249-SD | SAW-0002 | 1 | SI | |
| AAC | U.S. | 249-SD | SAW-0003 | 1 | SI | |
| AAC | U.S. | 249-SD | SAW-0004 | 1 | SI | |
| AAC | U.S. | 249-SD | SAW-0006 | 1 | SI | |
| AAC | U.S. | 249-SD | SAW-0007 | 1 | SI | |
| AAC | U.S. | 249-SD | SAW-0008 | 1 | SI | |
| AAC | U.S. | 249-SD | SAW-0009 | 1 | SI | |
| AAC | U.S. | 249-SD | SAW-0010 | 1 | SI | |
| AAC | U.S. | 249-SD | SAW-0011 | 1 | SI | |
| AAC | U.S. | 249-SD | SAW-0012 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-003 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-004 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-005 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-006 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-007 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-008 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-010 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-012 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-013 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-014 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-015 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-016 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-017 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-018 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-019 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-020 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-021 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-023 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-025 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-026 | 1 | SI | |

| AAC | U.S. | SLIM LITER | SLR-027 | 1 | SI | |
|---|---|---|---|---|---|---|
| AAC | U.S. | SLIM LITER | SLR-028 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-029 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-033 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-034 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-036 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-038 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-039 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-041 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-043 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-044 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-045 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-047 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-048 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-049 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-051 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-054 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-055 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-055 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-057 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-058 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-059 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-060 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-061 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-063 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-065 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-066 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-067 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-069 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-071 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-072 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-073 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-074 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-077 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-078 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-082 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-083 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-084 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-085 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-086 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-088 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-089 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-090 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-091 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-092 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-093 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-095 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-096 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-098 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-099 | 1 | SI | |
| AAC | U.S. | SLIM LITER | SLR-100 | 1 | SI | |
| AAC | U.S. | EVO 45 | SOF-2057 | 1 | SI | |

| AAC | U.S. | Striker II | STKR-2143 | 1 | SI | |
|---|---|---|---|---|---|---|
| AAC | U.S. | STRIKER 2 | STKR-2144 | 1 | SI | |
| AAC | U.S. | STRIKER 2 | STKR-2145 | 1 | SI | |
| AAC | U.S. | STRIKER 2 | STKR-2146 | 1 | SI | |
| AAC | U.S. | STRIKER 2 | STKR-2147 | 1 | SI | |
| AAC | U.S. | STRIKER 2 | STKR-2163 | 1 | SI | |
| AAC | U.S. | STRIKER 2 | STKR-2181 | 1 | SI | |
| AAC | U.S. | STRIKER 2 | STKR-2182 | 1 | SI | |
| AAC | U.S. | STRIKER 2 | STKR-2183 | 1 | SI | |
| AAC | U.S. | STRIKER 2 | STKR-2184 | 1 | SI | |
| AAC | U.S. | STRIKER 2 | STKR-2185 | 1 | SI | |
| AAC | U.S. | STRIKER 2 | STKR-2186 | 1 | SI | |
| AAC | U.S. | NAVY | SWU-011 | 1 | SI | |
| AAC | U.S. | 300-SD | T0031 | 1 | SI | |
| AAC | U.S. | TI FIGHTER | TF-0007 | 1 | SI | |
| AAC | U.S. | TI-FIGHTER | TF-0008 | 1 | SI | |
| AAC | U.S. | TITAN QD | TIQD-0011 | 1 | SI | |
| AAC | U.S. | TITAN QD | TIQD-0020 | 1 | SI | |
| AAC | U.S. | TITAN-QD | TIQD-0051 | 1 | SI | |
| AAC | U.S. | TITAN-QD | TIQD-0209 | 1 | SI | |
| AAC | U.S. | TIRANT | TR-0001 | 1 | SI | |
| AAC | U.S. | TIRANT | TR-0004 | 1 | SI | |
| AAC | U.S. | TIRANT | TR-0054 | 1 | SI | |
| AAC | U.S. | TIRANT | TR-0101 | 1 | SI | |
| AAC | U.S. | TIRANT | TR-0102 | 1 | SI | |
| AAC | U.S. | TIRANT | TR-0103 | 1 | SI | |
| AAC | U.S. | TIRANT | TR-0368 | 1 | SI | |
| AAC | U.S. | TIRANT | TR-0369 | 1 | SI | |
| AAC | U.S. | TIRANT | TR-0370 | 1 | SI | |
| AAC | U.S. | TIRANT | TR-0371 | 1 | SI | |
| AAC | U.S. | TIRANT | TR-0372 | 1 | SI | |
| AAC | U.S. | TIRANT | TR-0373 | 1 | SI | |
| AAC | U.S. | TIRANT | TR-0483 | 1 | SI | |
| AAC | U.S. | TIRANT | TR-0483 | 1 | SI | |
| AAC | U.S. | TIRANT | TR-0484 | 1 | SI | |
| AAC | U.S. | TIRANT | TR-0484 | 1 | SI | |
| AAC | U.S. | TIRANT | TR-0485 | 1 | SI | |
| AAC | U.S. | TIRANT | TR-0485 | 1 | SI | |
| AAC | U.S. | TI RANT 45 | TR45-0008 | 1 | SI | |
| AAC | U.S. | TIRANT 45 | TR45-0061 | 1 | SI | |
| AAC | U.S. | TI RANT 45 | TR45-0068 | 1 | SI | |
| AAC | U.S. | TI RANT 9 S | TR9K-0001 | 1 | SI | |
| AAC | U.S. | TIRANT | TR-XXXX2 | 1 | SI | |
| AAC | U.S. | TIRANT | TR-XXXX4 | 1 | SI | |
| AAC | U.S. | TIRANT | TR-XXXX5 | 1 | SI | |
| AAC | U.S. | TIRANT | TR-XXXX6 | 1 | SI | |
| AAC | U.S. | AVIATOR | WK-0006 | 1 | SI | |
| AAC | U.S. | AVIATOR | WK-0160 | 1 | SI | |
| AAC | U.S. | AVIATOR | WK-02321 | 1 | SI | |
| AAC | U.S. | AVIATOR | WK-0242 | 1 | SI | |
| AAC | U.S. | AVIATOR | WK-0509 | 1 | SI | |
| AAC | U.S. | AVIATOR | WK-0603 | 1 | SI | |

| AAC | U.S. | AVIATOR | WK-0682 | 1 | SI | |
|---|---|---|---|---|---|---|
| AAC | U.S. | AVIATOR | WK-0685 | 1 | SI | |
| Below is a Pistol that needs to be booked out of the Random Ventures Inc. bound book | | | | | | |
| Browning | U.S. | BUCKMARK | 515MZ15743 | 1 | pistol | |
| Below pistols and silencers are excluded from the APA with the exception of the two PHOENIX silencers which are not excluded from the APA but are being provided Gratis as they are integrally attached to two excluded ruger pistols. | | | | | | |
| RUGER | U.S. | 22/45 | 220-69118 | 1 | SI | |
| RUGER | U.S. | 22/45 | 223-91531 | 1 | SI | |
| AAC | U.S. | TI-FIGHTER | TF-0001 | 1 | SI | |
| AAC | U.S. | TI FIGHTER | TF-0003 | 1 | SI | |
| AAC | U.S. | TI-FIGHTER | TF-0005 | 1 | SI | |
| AAC | U.S. | TI-FIGHTER | TF-0009 | 1 | SI | |
| AAC | U.S. | PHOENIX | SA-1650 | 1 | SI | not on excluded list in APA, however it is a integral silencer with the Ruger 22/45 |
| AAC | U.S. | PHOENIX | SA-5565 | 1 | SI | not on excluded list in APA, however it is a integral silencer with the Ruger 22/45 |

03/20/2012 10:17   13046164601   FFLC   PAGE 01/01

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Federal Firearms License
## (18 U.S.C. Chapter 44)

In accordance with the provisions of Title I, Gun Control Act of 1968, and the regulations issued thereunder (27 CFR Part 478), you are licensed to engage in the business specified in this license, within the limitations of Chapter 44, Title 18, United States Code, and the regulations issued thereunder, until the expiration date shown. **THIS LICENSE IS NOT TRANSFERABLE UNDER 27 CFR 478.54.** See "WARNINGS" and "NOTICES" on reverse.

Direct ATF Correspondence To:
ATF - Chief, FFLC
244 Needy Road
Martinsburg, WV 25405-9431

Chief, Federal Firearms Licensing Center (FFLC)
*Tracy Roberts*

License Number: **1-58-011-07-4D-02617**
Expiration Date: **April 1, 2014**

Name: **ADVANCED ARMAMENT CORP**

Premises Address (Changes? Notify the FFLC at least 30 days before the move.):
**1003 SOAPSTONE ROAD**
**BALDWIN, GA 30511-**

Type of License:
**07-MANUFACTURER OF FIREARMS OTHER THAN DESTRUCTIVE DEVICES**

Purchasing Certification: The licensee named above shall use a copy of this license to assist a transferor of firearms to verify the identity and the licensed status of the licensee as provided by 27 CFR Part 478. The signature on each copy must be an original signature. A faxed, scanned or e-mailed copy of the license with a digitally attached to be an original signature is acceptable. The signature must be that of the Federal Firearms Licensee (FFL) or a responsible person of the FFL. Licensees shall certify that the copy of a license issued to the licensee named above to engage in the business indicated above under "Type of License."

Mailing Address (Changes? Notify the FFLC of any changes.)
ADVANCED ARMAMENT CORP
1003 SOAPSTONE ROAD
BALDWIN, GA 30511-

Licensee/Responsible Person Signature _____
Position/Title _____
Printed Name _____
Date _____

ATF Form 8 (5310.11)
Revised October 2011

Previous Edition is Obsolete    ADVANCED ARMAMENT CORP;1003 SOAPSTONE ROAD;BALDWIN GA;1-58-011-07-4D-02617;April 1, 2014;07-MANUFACTURER OF FIREARMS OTHER THAN DESTRUCTIVE DEVICES

## Federal Firearms License (FFL) Customer Service Information

Federal Firearms Licensing Center (FFLC)
244 Needy Road
Martinsburg, WV 25405-9431

Toll-free Telephone Number: (866) 662-2750
Toll-free Fax Number: (866) 257-2749
E-mail: NLC@atf.gov

ATF Homepage: www.atf.gov
FFL eZ Check: www.atfonline.gov/fflezcheck

**Change of Address** (27 CFR 478.52). Licensees may during the term of their current license remove their business or activity to a new location at which they intend regularly to carry on such business or activity by filing an Application for an Amended Federal Firearms License, ATF Form 5300.38, in duplicate, not less than 30 days prior to such removal with the Chief, Federal Firearms Licensing Center. The application must be executed under the penalties of perjury and penalties imposed by 18 U.S.C. 924. The application shall be accompanied by the licensee's original license. The license will be valid for the remainder of the term of the original license. (The Chief, FFLC, shall, if the applicant is not qualified, refer the application for amended license to the Director of Industry Operations for denial in accordance with § 478.71.)

**Right of Succession** (27 CFR 478.56). (a) Certain persons other than the licensee may secure the right to carry on the same firearms or ammunition business at the same address shown on, and for the remainder of the term of, a current license. Such persons are: (1) The surviving spouse or child, or executor, administrator, or other legal representative of a deceased licensee; and (2) A receiver or trustee in bankruptcy, or an assignee for benefit of creditors. (b) In order to secure the right provided by this section, the person or persons continuing the business shall furnish the license for that business for endorsement of such succession to the Chief, FFLC, within 30 days from the date on which the successor begins to carry on the business.

*(Continued on reverse side)*

Cut Here ✂

---

### Federal Firearms License (FFL) Information Card

License Name: **ADVANCED ARMAMENT CORP**
Business Name:
License Number: 1-58-011-07-4D-02617
License Type: **07-MANUFACTURER OF FIREARMS OTHER THAN DESTRUCTIVE DEVICES**
Expiration: **April 1, 2014**

Please Note: Not Valid for the Sale or Other Disposition of Firearms.

---

### FFL Newsletter - Electronic Version Available

Sign-Up Today!

FFLs interested in receiving the electronic version of the FFL Newsletter, along with occasional additional information, should submit name, FFL number, and e-mail address to: FFLNewsletter@atf.gov.

The electronic FFL Newsletter will enable ATF to communicate information to licensees on a periodic basis.