# Exhibit 85

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**2013 Special Tax Stamp**

| Name and Principal Business Address | Tax Statement | | |
|---|---|---|---|
| ADVANCED ARMAMENT CORP<br>2168 TOWN MANOR CT<br>DACULA, GA 30019 | (Annual Tax Rate)<br>Initial Tax....$<br>Additions.....$<br>Total Tax PAID.$ | 500.00<br>500.00<br>.00<br>500.00 | **TAX 2013 YEAR** |

THIS IS NOT A BILL.
DO NOT PAY THE AMOUNT NOTED.

| Actual Physical Business Address *(See Number 2 below)* | Type of Operation Conducted |
|---|---|
| ADVANCED ARMAMENT CORP<br>ADVANCED ARMAMENT CORP<br>1003 SOAPSTONE ROAD<br>BALDWIN, GA 30511 | (72) NFA FIREARMS MFGR (REDUCED) |

0003

| | Number of Locations |
|---|---|
| This is a receipt of payment of Special (Occupational) Tax (SOT) under the National Firearms Act. (27 CFR 479.36) | 1 OF 1 |

ADVANCED ARMAMENT CORP 58-2466585

*If You Have Any Questions, Refer To The Information Below*

| Date of This Receipt | Dates of Special Tax Period |
|---|---|
| **NOVEMBER 27, 2012** | 07/01/2012 TO 06/30/2013 |
| Employer Identification Number | Control Number |
| **58-2466585** | 2012324-N52-003 |

If you have any questions, you may contact the Bureau of Alcohol, Tobacco, Firearms and Explosives as follows:

| CALL: | (304) 616-4500 | OR | WRITE: | National Firearms Act Branch, Bureau of ATF |
| FAX: | (304) 616-4501 | | | 244 Needy Road |
| | | | | Suite 1250 |
| | | | | Martinsburg, WV 25405 |

1. If you write, include in the letter your employer identification number, control number from above, your telephone number, and the best time for us to call if we need more information.

2. If you filed ATF Form 5630.7, Special Tax Registration and Return (NFA Firearms), for the first time, or have renewed your special tax stamp on ATF Form 5630.5R, Special Tax "Renewal" Registration and Return, and ATF Form 5630.5RC, Special Tax Location Registration Listing(s), showing multiple locations, you should have received a stamp for each location. Each stamp is printed with your principal business address and the actual physical address of the business location for which the stamp was issued. Forward the stamp to that location. Be sure that each location keeps the stamp on its business premises so that it is available for inspection. Photocopies are not acceptable evidence of tax payment.

3. If any of the preprinted information is incorrect, please write to the above address listing the correct information and return this Special Tax Stamp with your letter.

4. If there is a change in ownership of your business or business structure, such as a sole owner incorporating, the new owner is required to file ATF Form 5630.7, Special Tax Registration and Return (NFA Firearms), and obtain a new Special Tax Stamp (except as provided in 27 CFR 194.166 - 194.169 or 27 CFR 179.42 - 179.45) before engaging in the business.

5. If you have a change in control, contact ATF. You must notify the Bureau of Alcohol, Tobacco, Firearms and Explosives of any change of address, location, or trade name and receive approval before the change is made, by filing ATF Form 5630.7. If a Federal firearms licensee discontinues business and retains NFA firearms, the retention may be in violation of law. The licensee should check with State and local authorities.

6. This is a Special Tax Stamp and Receipt for Payment of Federal Tax. This does not authorize anyone to begin or continue a business contrary to Federal, State or local laws, nor does it exempt anyone from penalties or punishment for violating such laws.

7. THIS RECEIPT IS NOT TRANSFERABLE.

ATF Form 5630.6A
Revised March 2010

Brittingham_000411