# Exhibit 87

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RANDOM VENTURES, INC., KEVIN BRITTINGHAM, and LYNSEY THOMPSON,

                      Plaintiffs,

       - against -

ADVANCED ARMAMENT CORP., LLC, and REMINGTON ARMS COMPANY, LLC,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ECF Case

No. 12-CV-6792 (KBF)

**DECLARATION OF WADE KNOWLTON**

1.

I hereby authorize this, my sworn Declaration, to be submitted in connection with a cause of action that Kevin Brittingham ("Brittingham"), Random Ventures, Inc., (formerly known as Advanced Armament Corp.; "Random-AAC"), and Lynsey Thompson (collectively, "Plaintiffs") filed against Advanced Armament Corp., LLC ("AAC") and Remington Arms Company, LLC ("Remington")(collectively, "Defendants") in the United States District Court for the Southern District of New York, Civil Action Number 12-CV-6792 (the "Civil Action").

2.

I am over twenty-one (21) years of age and am competent to testify to the matters contained herein. This Declaration is based upon my personal knowledge.

3.

I have no personal or professional interest in the outcome of the Civil Action. Brittingham has not offered me any money and/or favors in connection with the Civil Action.

4.

In 2011, I was employed as a Machinist in AAC's Research and Development ("R&D")

1

Department.

5.

I was not aware that there were certain firearms that were not supposed to be brought to the Lawrenceville facility from Norcross.

6.

I brought a 0.22 caliber rifle manufactured by CZ (serial #452-2E ZKM) with an AAC Czechmate silencer (serial # CZ22-2008) to AAC's Lawrenceville facility during AAC's move from Norcross to Lawrenceville.

7.

The 0.44 caliber rifle manufactured by NE Firearms (serial #NT286630) belongs to my cousin, Vince Mueller.  It was brought to the Lawrenceville facility to have a silencer put on it.

8.

Brittingham did not direct me to go to Norcross to pick up any firearms to use in the R&D Department at Lawrenceville nor did I seek to obtain Brittingham's permission to do so.

9.

In 2011, I never saw Brittingham bring any of the firearms identified in Paragraphs 6 or 7 above to AAC's Lawrenceville facility.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

**Executed this 30th day of April, 2013.**

*Robert Wade Knowlton*
_____
Wade Knowlton

3