# Exhibit 89

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RANDOM VENTURES, INC., KEVIN BRITTINGHAM, and LYNSEY THOMPSON, | ECF Case |
| Plaintiffs, | No. 12-CV-6792 (KBF) |
| - against - | **DECLARATION OF ALLISON WOLFE** |
| ADVANCED ARMAMENT CORP., LLC, and REMINGTON ARMS COMPANY, LLC, | |
| Defendants. | |

1.

I hereby authorize this, my sworn Declaration, to be submitted in connection with a cause of action that Kevin Brittingham ("Brittingham"), Random Ventures, Inc., (formerly known as Advanced Armament Corp.; "Random-AAC"), and Lynsey Thompson (collectively, "Plaintiffs") filed against Advanced Armament Corp., LLC ("AAC") and Remington Arms Company, LLC ("Remington")(collectively, "Defendants") in the United States District Court for the Southern District of New York, Civil Action Number 12-CV-6792 (the "Civil Action").

2.

I am over twenty-one (21) years of age and am competent to testify to the matters contained herein.  This Declaration is based upon my personal knowledge.

3.

I have no personal or professional interest in the outcome of the Civil Action. Brittingham has not offered me any money and/or favors in connection with the Civil Action.

4.

Beginning in or around 2006, I was responsible for entering information in the Bound

1

Book for the Federal Firearms License held by Kevin Brittingham (currently FFL# 1-58-011-01-5C-40006) (the "KB FFL").

5.

I do not recall anyone (including, but not limited to, John Stevens, Mark Barnes, or Knox Williams) asking to review the Bound Book for the KB FFL to compare it against any list of firearms found in AAC's Lawrenceville facility in 2011.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of April, 2013.

_____
Allison Wolfe

2