# Exhibit 91

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RANDOM VENTURES, INC., KEVIN : 
BRITTINGHAM, and LYNSEY THOMPSON, :
: ECF Case
Plaintiffs, :
: No. 12-CV-6792 (KBF)
- against - :
: **DECLARATION OF KEVIN**
ADVANCED ARMAMENT CORP., LLC, and : **BRITTINGHAM**
REMINGTON ARMS COMPANY, LLC, :
:
Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
x

1.

I hereby authorize this, my sworn Declaration, to be submitted in connection with a cause of action that I, Kevin Brittingham, Random Ventures, Inc., (formerly known as Advanced Armament Corp.; "Random-AAC"), and Lynsey Thompson (collectively, "Plaintiffs") filed against Advanced Armament Corp., LLC ("AAC") and Remington Arms Company, LLC ("Remington")(collectively, "Defendants") in the United States District Court for the Southern District of New York, Civil Action Number 12-CV-6792 (the "Civil Action").

2.

I am over twenty-one (21) years of age and am competent to testify to the matters contained herein.  This Declaration is based upon my personal knowledge.

3.

On October 2, 2009, AAC purchased substantially all of the assets of Random-AAC (the "Acquisition") pursuant to the Asset Purchase Agreement by and among AAC, Random-AAC, and me, dated October 2, 2009 (the "APA").

1

I am over twenty-one (21) years of age and am competent to testify to the matters contained herein. This Declaration is based upon my personal knowledge.

3.

On October 2, 2009, AAC purchased substantially all of the assets of Random-AAC (the "Acquisition") pursuant to the Asset Purchase Agreement by and among AAC, Random-AAC, and me, dated October 2, 2009 (the "APA").

4.

As part of the Acquisition, AAC purchased Random-AAC's inventory of firearms and firearm components (the "Inventory").

5.

The firearms listed below were manufactured by Random-AAC and were not included in the "Excluded Assets," as defined in the APA. Therefore, these firearms constitute Inventory included in the Acquisition:

1. AAC 9MM Silencer (serial # AVR-1047);
2. AAC 5.56 Ranger 2 Silencer (serial # R0251); and
3. CZ 0.22 Rifle (serial # 452-2E-ZKM) with integral AAC silencer (serial # CZ22-2008).

6.

Prior to my termination from AAC, no one – including John Stevens, Mark Barnes, or Knox Williams – asked me to review the Bound Book for my FFL to compare it against any list of firearms found in AAC's Lawrenceville facility in 2011.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

Executed this 30th day of April, 2013.

Kevin Brittingham