# Exhibit 92

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
RANDOM VENTURES, INC., KEVIN        :
BRITTINGHAM, and LYNSEY THOMPSON,   :
                                    : ECF Case
             Plaintiffs,            :
                                    : No. 12-CV-6792 (KBF)
     - against -                    :
                                    : **DECLARATION OF LYNSEY**
ADVANCED ARMAMENT CORP., LLC, and   : **THOMPSON**
REMINGTON ARMS COMPANY, LLC,        :
                                    :
             Defendants.            :
------------------------------------- :
                                    x

1.

I hereby authorize this, my sworn Declaration, to be submitted in connection with a cause of action that Kevin Brittingham ("Brittingham"), Random Ventures, Inc., (formerly known as Advanced Armament Corp.; "Random-AAC"), and I (collectively, "Plaintiffs") filed against Advanced Armament Corp., LLC ("AAC") and Remington Arms Company, LLC ("Remington") (collectively, "Defendants") in the United States District Court for the Southern District of New York, Civil Action Number 12-CV-6792 (the "Civil Action").

2.

I am over twenty-one (21) years of age and am competent to testify to the matters contained herein. This Declaration is based upon my personal knowledge.

3.

On January 24, 2012, AAC terminated my employment.

4.

AAC never provided me with written notice that I violated any written policy of AAC pertaining to text messages or the recording I made of my conversation with Dana Rust.

1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of April, 2013.

*Lynsey Thompson*

2