# Exhibit 93

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- x
RANDOM VENTURES, INC., KEVIN : 
BRITTINGHAM, and LYNSEY THOMPSON, :
: ECF Case
                      Plaintiffs, :
: No. 12-CV-6792 (KBF)
  - against - :
: **DECLARATION OF LESLIE**
ADVANCED ARMAMENT CORP., LLC, and : **NORDIN**
REMINGTON ARMS COMPANY, LLC, :
:
                      Defendants. :
----------------------------------------- :
                                   x

1.

I hereby authorize this, my sworn Declaration, to be submitted in connection with a cause of action that Kevin Brittingham ("Brittingham"), Random Ventures, Inc., (formerly known as Advanced Armament Corp.; "Random-AAC"), and Lynsey Thompson (collectively, "Plaintiffs") filed against Advanced Armament Corp., LLC ("AAC") and Remington Arms Company, LLC ("Remington")(collectively, "Defendants") in the United States District Court for the Southern District of New York, Civil Action Number 12-CV-6792 (the "Civil Action").

2.

I am over twenty-one (21) years of age and am competent to testify to the matters contained herein.  This Declaration is based upon my personal knowledge.

3.

I am an attorney with the law firm of Morris, Manning & Martin, LLP ("MMM"), attorneys for Plaintiffs in the Civil Action.

4.

I prepared the attached spreadsheet based on information set forth in the Bound Books

1

provided to MMM during the discovery phase of the Civil Action for the following Federal Firearms Licenses ("FFL's"):

 (1) 1-58-011-01-5C-40006 (the "KB FFL");

 (2) 1-58-135-07-4D-02617 (the "RV FFL");

 (3) 1-58-135-07-3C-05775 (the "Norcross FFL"); and

 (4) 1-58-135-07-3G-06236 (the "LV FFL").

5.

MMM will make the Bound Books in its possession for the FFL's set forth in Paragraph 4 above available to the Court for review and inspection upon request.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

Executed this 30th day of April, 2013.

_/s/ Leslie Nordin_
Leslie Nordin