UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RANDOM VENTURES, INC., KEVIN
BRITTINGHAM, and LYNSEY THOMPSON,

                Plaintiffs,

-v-

ADVANCED ARMAMENT CORP., LLC, and
REMINGTON ARMS COMPANY, LLC,

                Defendants.
------------------------------------------------------------X

12 Civ. 6792 (KBF)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 07 2013

KATHERINE B. FORREST, District Judge:

The Court is in receipt of a letter from plaintiffs' attorney Catharine B. Wooten, dated May 2, 2013, and a responsive letter from defendants' attorney Dana L. Rust, dated May 6, 2013. Both have been posted to the docket.

The letter from attorney Rust states that the parties have not met and conferred as to some or all of the issues raised in attorney Wooten's letter. Plaintiffs are hereby directed to report to the Court--by letter, not later than May 9, 2013--on the parties' efforts to meet and confer to resolve the issues raised in attorney Wooten's letter. Plaintiffs are to report not only as to the parties' exchanges as to the issues in question, but also as to the actual meetings or discussions, and their outcomes, concerning those issues. The Court expects that plaintiffs will identify evidence that those meetings or discussions in fact occurred-- as the parties well know, Rules 2.F.i and 2.F.ii of the Court's individual rules of practice require that such meetings and/or discussions have taken place, and have

1

failed, before the parties are permitted to seek the Court's assistance in resolving discovery disputes.

SO ORDERED.

Dated: New York, New York
      May 7, 2013

                                                Katherine B. Forrest
                                    UNITED STATES DISTRICT JUDGE