McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Tel 804.775.1000
Fax 804.775.1061
www.mcguirewoods.com

Dana L. Rust
Direct: 804.775.1082

**McGUIREWOODS**

drust@mcguirewoods.com
Direct Fax: 804.698.2158

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 3 0 2014

January 28, 2014

**VIA E-MAIL AND FEDERAL EXPRESS**

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 730
New York, New York 10007

Re:   Random Ventures, Inc., et al v. Advanced Armament Corp., LLC, et al.
      Case No. 12-cv-6792 (KBF) (GWG)

Dear Judge Forrest:

In response to Plaintiffs' January 27, 2014 submission to your chambers, enclosed you will find Defendants' Objections to Plaintiffs' Proposed Judgment in a Civil Action and the Affirmation of Dana L. Rust in Support of Defendants' Objections to Plaintiffs' Proposed Judgment in a Civil Action.

If the Court prefers Defendants to submit these documents to the Court in another manner, Defendants will do so upon the Court's direction.

Respectfully submitted,

Dana L. Rust

Enclosures

cc:   R. Jason D'Cruz, Esq.
      Robert A. O'Hare, Jr., Esq.

---

**Order**

Defendants are correct that the clock for appeal properly commences once the Court enters the judgment (which it shall do shortly). The Court's prior order created ambiguity as to the timing for any appeal and is therefore clarified.

1/29/14

K. B. Forrest
USDJ